# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. Z. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24–cv–01655–FWS–SSC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 7/29/2024 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Attachment 1 Civil Cover Sheet should be e–filed separately. The event is located under Civil Events Other Filings Miscellaneous Filings

Clerk, U.S. District Court

Dated: July 31, 2024   By: /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
   Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –