| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Christopher R. Pitoun (SBN 290235)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Avenue, Suite 920<br>Pasadena, California 91101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>Email: christopherp@hbsslaw.com | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., et al.<br><br>Plaintiff(s),<br>v.<br>FENIX INTERNATIONAL LIMITED, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:24−cv−01655−FWS−SSC<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| See Attachment A | See Attachment A |

July 31, 2024                         /s/ Christopher R. Pitoun
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

# Attachment A

| Party | Connection/Interest |
|---|---|
| N.Z. | Plaintiff |
| R.M. | Plaintiff |
| B.L. | Plaintiff |
| S.M. | Plaintiff |
| A.L. | Plaintiff |
| Fenix International Limited | Defendant |
| Fenix Internet LLC | Defendant |
| Boss Baddies LLC | Defendant |
| Moxy Management | Defendant |
| Unruly Agency LLC (also d/b/a Dysrpt Agency) | Defendant |
| Behave Agency LLC | Defendant |
| A.S.H. Agency | Defendant |
| Content X, Inc. | Defendant |
| Verge Agency, Inc. | Defendant |
| Elite Creators LLC | Defendant |