# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. Z. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24−cv−01655−FWS−SSC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   7/31/2024   |    11    |      Request for Summons     |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: August 1, 2024    By: /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −