Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z., et al.

Plaintiff(s)

v.

FENIX INTERNATIONAL LIMITED, et al.

Defendant(s).

CASE NUMBER

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Carey, Robert B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(602) 840-5900
*Telephone Number*

(602) 840-3012
*Fax Number*

rob@hbsslaw.com
*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

N.Z., R.M., B.L., S.M., and A.L.
*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Pitoun, Christopher R.
*Designee's Name (Last Name, First Name & Middle Initial)*

290235
*Designee's Cal. Bar No.*

(213) 330-7150
*Telephone Number*

(213) 330-7152
*Fax Number*

christopherp@hbsslaw.com
*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1