Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., et al. | **CASE NUMBER** |
| | 8:24-cv-01655-FWS-SSC |
| Plaintiff(s) | |
| v. | |
| FENIX INTERNATIONAL LIMITED, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kras, Michella A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(602) 840-5900
*Telephone Number*

(602) 840-3012
*Fax Number*

michellak@hbsslaw.com
*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

N.Z., R.M., B.L., S.M., and A.L.
*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Pitoun, Christopher R.
*Designee's Name (Last Name, First Name & Middle Initial)*

290235
*Designee's Cal. Bar No.*

(213) 330-7150
*Telephone Number*

(213) 330-7152
*Fax Number*

christopherp@hbsslaw.com
*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1