AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | ) | |
|---|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 8:24−cv−01655−FWS−SSC |
| FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FENIX INTERNATIONAL LIMITED
9th Floor, 107 Cheapside
London, EC2V 6DN
United Kingdom

(See Attachment A)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150; Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: August 2, 2024

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

Civil Action No. **8:24-CV-01655-FWS-SSC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **FENIX INTERNET LLC c/o CASTLE PINES, INC.**
was received by me on  **August 02, 2024**

☐ I personally served the  on the individual at  on

☑ I left the **Summons** at **501 Silverside Road, Suite 87, Wilmington, DE 19809** with **Larissa Caputo, Agent for Service of Process**, a person of suitable age and discretion, on *(date)* **August 05, 2024** at **1:20 PM**, and mailed a copy to the last known address.

☐ I served the  to  , who is designated by law to accept service of process on behalf of   on   ;or

☐ other *(specify)*:

My fees are $ for travel and $ for services, for a total of **$ 445.00**

I declare under penalty of perjury that this information is true.

*Date:* **8/6/2024**

_____
*Server's signature*

**Gilbert Del Valle**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

**In addition to the Summons, the following documents, "COMPLAINT, CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); CIVIL STANDING ORDER; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM" were also served.**

**N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated vs FENIX INTERNATIONAL LIMITED, et al.**

A0440-2348249

| | |
|---|---|
| 1 | Christopher R. Pitoun (SBN 290235) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 301 N. Lake Avenue, Suite 920 |
| 3 | Pasadena, California 91101 |
| 4 | Telephone: (213) 330-7150 |
| | Facsimile: (213) 330-7152 |
| 5 | Email: christopherp@hbsslaw.com |
| 6 | |
| 7 | Robert B. Carey (*pro hac vice forthcoming*) |
| | Michella A. Kras (*pro hac vice forthcoming*) |
| 8 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 11 West Jefferson, Suite 1000 |
| 9 | Phoenix, Arizona 85003 |
| 10 | Telephone: (602) 840-5900 |
| | Facsimile: (602) 840-3012 |
| 11 | Email: rob@hbsslaw.com |
| 12 | michellak@hbsslaw.com |
| | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated, | | Case No. _____ |
| | | **CLASS ACTION COMPLAINT** |
| Plaintiffs, | | **ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF** |
| v. | | |
| FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC, | | **DEMAND FOR JURY TRIAL** |
| Defendants. | | |

CLASS ACTION COMPLAINT

011194-11/2686242 V1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

N.Z., et al. v. FENIX INTERNATIONAL LIMITED, et al.
Case No. 8:24-cv-01655-FWS-SSC

## ATTACHMENT A TO SUMMONS

**DEFENDANTS TO BE SERVED (CONTINUED):**

FENIX INTERNET LLC
C/O CASTLE PINES, INC.
501 Silverside Road, Suite 87
Wilmington, DE 19809

BOSS BADDIES LLC
C/O REGISTERED AGENTS INC.
2800 E Enterprise Avenue, Suite 333
Appleton, WI 54913-7889

MOXY MANAGEMENT
C/O ERESIDENTAGENT, INC.
9000 Sunset Boulevard, Suite 1260
Los Angeles, CA 90069

UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY)
C/O VCORP AGENT SERVICES, INC.
25 Robert Pitt Drive
Monsey, NY 10952

BEHAVE AGENCY LLC
C/O VCORP AGENT SERVICES, INC.
25 Robert Pitt Drive
Monsey, NY 10952

A.S.H. AGENCY
C/O Harold Laufer
216 S Hamilton Drive, Unit A
Beverly Hills, CA 90211

CONTENT X, INC.
C/O Reggie Gooden
21800 W Oxnard Street, Suite 940
Woodland Hills, CA 91367

VERGE AGENCY, INC.
10960 Wilshire Boulevard, 5th Floor
Los Angeles, CA 90024

ELITE CREATORS LLC
C/O Andrew Bachman
205 SE 20th Street,
Fort Lauderdale, FL 33316