JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
Attorneys for Specially Appearing
Defendants
Fenix International Limited
and Fenix Internet LLC

CHRISTOPHER R. PITOUN (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL
SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone:  (213) 330-7150
Facsimile:   (213) 330-7152
Attorneys for Plaintiffs

ROBERT B. CAREY (*pro hac vice forthcoming*)
rob@hbsslaw.com
MICHELLA A. KRAS (*pro hac vice forthcoming*)
michellak@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:   (602) 840-3012
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>Hon. Fred W. Slaughter<br><br>**(1) JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT;**<br><br>**(2) [PROPOSED] ORDER (filed under separate cover); and**<br><br>**(3) PROOF OF SERVICE (filed under separate cover)** |

Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs") and Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC (collectively, the "Fenix Defendants," and together with Plaintiffs, "the Parties") hereby stipulate and agree as follows:

WHEREAS, on July 29, 2024, Plaintiffs filed a complaint in the above-captioned action (ECF No. 1) ("Complaint") against the Fenix Defendants, among others;

WHEREAS, on August 5, 2024, Plaintiffs served a summons on Defendant Fenix Internet LLC;

WHEREAS, Fenix Internet LLC's deadline to plead, move, or otherwise respond to the Complaint is August 26, 2024;

WHEREAS, on August 20, 2024, Fenix International Limited executed a waiver of service of summons pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, because Fenix International Limited waived service outside of the United States, pursuant to Federal Rules of Civil Procedure 4(d)(3) and 12(a)(1)(A)(ii), Fenix International Limited's time to plead, move, or otherwise respond to the Complaint is 90 days from August 20, 2024, or November 18, 2024;

WHEREAS, it will save time and resources for the Court and the Parties, and further the interests of justice, to coordinate a uniform response date for the Fenix Defendants to respond to the Complaint;

WHEREAS, the parties have met and conferred and agree that it is appropriate for the Fenix Defendants to both respond to the Complaint 60 days after August 26, 2024, or October 25, 2024;

WHEREAS, this stipulation is not a waiver of any of the Fenix Defendants' rights, remedies, claims, or defenses, including but not limited to any arguments related to personal jurisdiction and the proper venue for the above-captioned action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to Court approval, as follows:

1.    Fenix Internet LLC and Fenix International Limited shall respond to the Complaint on or before October 25, 2024;

2.    Nothing in this stipulation shall be construed to waive, forfeit, limit, or otherwise impair the Fenix Defendants' rights, remedies, claims, and defenses, including but not limited to any arguments related to personal jurisdiction and the proper venue for the above-captioned action.

DATED: August 21, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____ */s/ Jason D. Russell*_____
JASON D. RUSSELL
*Attorneys for Specially Appearing Defendants*
Fenix International Limited and Fenix Internet LLC
**All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.**

HAGENS BERMAN SOBOL SHAPIRO LLP

By:_____ */s/ Robert B. Carey*_____
ROBERT B. CAREY
*Attorneys for Plaintiffs*