# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Fred W. Slaughter |

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation: (1) Fenix Internet LLC and Fenix International Limited shall respond to the Complaint on or before October 25, 2024; and (2) the stipulation shall not be construed to waive, forfeit, limit, or otherwise impair the Fenix Defendants' rights, remedies, claims, and defenses, including but not limited to any arguments related to personal jurisdiction and the proper venue for the above-captioned action.

**IT IS SO ORDERED.**

Date: _____, 2024      _____
                                  Hon. Fred W. Slaughter
                                  United States District Judge