| | | |
|---|---|---|
| 1 | JASON D. RUSSELL (SBN 169219) | CHRISTOPHER R. PITOUN |
| 2 | jason.russell@skadden.com<br>PETER B. MORRISON (SBN 230148) | (SBN 290235)<br>christopherp@hbsslaw.com |
| 3 | peter.morrison@skadden.com<br>SKADDEN, ARPS, SLATE, | HAGENS BERMAN SOBOL<br>SHAPIRO LLP |
| 4 | MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400 | 301 N. Lake Avenue, Suite 920<br>Pasadena, California 91101 |
| 5 | Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000 | Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152 |
| 6 | Facsimile: (213) 687-5600<br>Attorneys for Specially Appearing | Attorneys for Plaintiffs |
| 7 | Defendants<br>Fenix International Limited | |
| 8 | and Fenix Internet LLC | |
| 9 | ROBERT B. CAREY (*pro hac vice forthcoming*)<br>rob@hbsslaw.com | |
| 10 | MICHELLA A. KRAS (*pro hac vice forthcoming*)<br>michellak@hbsslaw.com | |
| 11 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson, Suite 1000 | |
| 12 | Phoenix, Arizona 85003<br>Telephone: (602) 840-5900 | |
| 13 | Facsimile: (602) 840-3012<br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>Hon. Fred W. Slaughter<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 S. Grand Avenue, Suite 3400, Los Angeles, California 90071. My email address is jason.russell@skadden.com.

     On August 21, 2024, I served the documents described as:

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; and**

**[PROPOSED] ORDER**

on the interested parties in this action addressed as follows:

BOSS BADDIES LLC
C/O REGISTERED AGENTS INC.
2800 E. Enterprise Avenue, Suite 333
Appleton, WI 54913-7889

UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY)
C/O VCORP AGENT SERVICES, INC.
25 Robert Pitt Drive
Monsey, NY 10952

BEHAVE AGENCY LLC
C/O VCORP AGENT SERVICES, INC.
25 Robert Pitt Drive
Monsey, NY 10952

A.S.H. AGENCY
C/O Harold Laufer
216 S Hamilton Drive, Unit A
Beverly Hills, CA 90211

CONTENT X, INC.
C/O Reggie Gooden
21800 W Oxnard Street, Suite 940
Woodland Hills, CA 91367

VERGE AGENCY, INC.
10960 Wilshire Boulevard, 5th Floor
Los Angeles, CA 90024

ELITE CREATORS LLC
C/O Andrew Bachman
205 SE 20th Street,
Fort Lauderdale, FL 33316

☒ **(BY US MAIL)** I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒ (**BY ELECTRONIC SERVICE**) the foregoing document was served electronically via ECF for all parties who have appeared.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the above is true and correct.

Executed on August 21, 2024, at Los Angeles, California.

| Jason D. Russell | */s/ Jason D. Russell* |
|---|---|
| Type or Print Name | Signature |