| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| JASON D. RUSSELL (SBN 169219) |
| PETER B. MORRISON (SBN 230148) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071 |
| Telephone: (213) 687-5000 |

ATTORNEY(S) FOR: Defendants Fenix Int'l Ltd. & Fenix Internet LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

N.Z., et al.

Plaintiff(s),

v.

FENIX INTERNATIONAL LIMITED, et al.

Defendant(s)

CASE NUMBER: 8:24-cv-01655-FWS-SSC

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants Fenix International Limited and Fenix Internet LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Fenix International Limited and Fenix Internet LLC | Fenix International Limited is a named Defendant in this action. Fenix International Limited is also the parent corporation and sole member of Fenix Internet LLC, another named Defendant in this action. |

Per FRCP 7.1, no public entity holds 10 percent or more of Fenix International Limited's stock. Per L.R. 7.1-1, other than the parties to this case, Fenix International Limited and Fenix Internet LLC are not aware at this time of any other persons or entities that have a pecuniary interest in the outcome of this case.

| 8/22/2024 | /s/ Jason D. Russell |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants Fenix International Limited and Fenix Internet LLC