| | |
|---|---|
| 1 | BETY JAVIDZAD (Bar No. 240598) |
|   | bety.javidzad@dentons.com |
| 2 | SAMANTHA FAHR (Bar No. 299409) |
|   | samantha.fahr@dentons.com |
| 3 | POOJA L. SHAH (Bar No. 330550) |
|   | pooja.l.shah@dentons.com |
| 4 | DENTONS US LLP |
|   | 601 South Figueroa Street, Suite 2500 |
| 5 | Los Angeles, California 90017-5704 |
|   | Tel: (213) 623-9300 / Fax: (213) 623-9924 |

MICHAEL GEHRET (Bar No. 247869)
mike.gehret@dentons.com
TRINITY JORDAN (*Pro Hac Vice* forthcoming)
trinity.jordan@dentons.com
JORDAN WESTGATE (*Pro Hac Vice* forthcoming)
jordan.westgate@dentons.com
DENTONS DURHAM JONES & PINEGAR P.C.
111 S Main Street, Suite 2400
Salt Lake City, Utah 84111-2184
Tel: (801) 415-3000

Attorneys for Defendant
ELITE CREATORS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**STIPULATION TO EXTEND DEFENDANT ELITE CREATOR LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Fred W. Slaughter<br>Crtrm: 10D<br><br>Complaint Served:       8/05/2024<br>Current Response Date:  8/26/2024<br>New Response Date:     10/04/2024 |

Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs") and Defendant Elite Creators LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to respond to Plaintiff's Complaint [Dkt. No. 1] as follows:

WHEREAS, Plaintiffs filed a class action Complaint ("Complaint") in the above-entitled action in the United States District Court, Central District of California on July 29, 2024 [Dkt. No. 1];

WHEREAS, Plaintiffs served their Summons and Complaint on the Defendant on August 5, 2024;

WHEREAS, Defendant's deadline to answer or otherwise respond to the Complaint is currently August 26, 2024;

WHEREAS, Defendant requires, and Plaintiffs have agreed, to an extension of 39 days, from August 26, 2024 to October 4, 2024, for Defendant to answer or otherwise respond to the Complaint;

WHEREAS, good cause exists because counsel for Defendant was recently retained and requires additional time to assess the allegations in the Complaint.  An extension will allow Defendant to meaningfully evaluate the Complaint and any response thereto;

WHEREAS, an extension will give the Parties sufficient time to discuss the claims and allegations and to meet and confer as may be needed or desirable on any response;

WHEREAS, the Parties mutually agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint to October 4, 2024;

WHEREAS, there have been no prior extensions of this deadline; and

WHEREAS, extending the dates for Defendants to respond to the Complaint, as set forth herein will not alter the date of any event or deadline already fixed by Court Order.

THEREFORE, the Parties hereby stipulate and agree and respectfully request entry of an order extending Defendant's deadline to answer or otherwise respond to the Complaint is

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

extended to and including October 4, 2024.

**IT IS SO STIPULATED.**

Dated: August 23, 2024

Respectfully submitted,

DENTONS US LLP

By: */s/ Michael Gehret*
    Michael Gehret
    Bety Javidzad
    Trinity Jordan
    Jordan Westgate
    Samantha Fahr
    Pooja L. Shah

Attorneys for Defendant
ELITE CREATORS LLC

Dated: August 23, 2024

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Michella A. Kras*
    Christopher R. Pitoun
    Robert B. Carey
    Michella A. Kras

Attorneys for Plaintiffs
N.Z., R.M., B.L., S.M., and A.L.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 3 -

STIPULATION TO EXTEND DEFENDANT ELITE CREATOR LLC'S TIME TO RESPOND TO COMPLAINT
Case No. 8:24-cv-01655-FWS-SSC

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 23, 2024

DENTONS US LLP

By: */s/ Michael Gehret*
    Michael Gehret

Attorneys for Defendant
ELITE CREATORS LLC

US_ACTIVE\127615808\V-2

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300