# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>        Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT ELITE CREATORS LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  On August 23, 2024, Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs") and Defendant Elite Creators LLC ("Defendant") (collectively, the "Parties") filed a stipulation to allow Defendant a 39 day extension to file its response to the Complaint filed by Plaintiff on July 29, 2024.

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the relief requested in the Stipulation and ORDERS as follows:

1. Defendant is granted an additional 39 days to respond to the Complaint; and
2. Defendant's response to Plaintiffs' Complaint is due on October 4, 2024.

**IT IS SO ORDERED.**

Dated:  August 23, 2024

_____
Hon. Fred W. Slaughter
United States District Judge