1  TERESA C. CHOW (SBN 237694)
   *tchow@bakerlaw.com*
2  DYANNE J. CHO (SBN 306190)
   *dcho@bakerlaw.com*
3  **BAKER & HOSTETLER LLP**
   1900 Avenue of the Stars, Suite 2700
4  Los Angeles, CA 90067-4301
   Telephone:  310.820.8800
5  Facsimile:  310.820.8859

6  *Attorneys for Defendant*
   VERGE AGENCY, INC.
7
   *[Additional counsel listed on next page]*
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| 12 | N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated, | Case No.: 8:24-cv-01655-FWS-SSC |
|---|---|---|
| 13 | | Hon. Fred W. Slaughter; Courtroom 10D |
| 14 | | **STIPULATION TO EXTEND TIME FOR DEFENDANT VERGE AGENCY, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC, | Complaint Served:     08/07/24  Current Response Due:  08/28/24  New Response Date:     09/27/24 |
| 18 | | Action Filed:         07/29/24 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152

Robert B. Carey (admitted *pro hac vice*)
rob@hbsslaw.com
Michella A. Kras (admitted *pro hac vice*)
michellak@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

*Attorneys for Plaintiffs*
N.Z., R.M., B.L., S.M., *and* A.L.

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

2

STIPULATION TO EXTEND TIME FOR DEFENDANT VERGE AGENCY, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 8:24-CV-01655-FWS-SSC

Pursuant to Civil Local Rule ("L.R.") 8-3, Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs") and Defendant Verge Agency, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to respond to Plaintiffs' Class Action Complaint [Dkt. 1] by not more than 30 days, as follows:

**WHEREAS**, Plaintiffs filed their Class Action Complaint ("Complaint") in the above-captioned action on July 29, 2024 [Dkt. 1];

**WHEREAS,** Plaintiffs served their Summons and Complaint on Defendant on or about August 7, 2024;

**WHEREAS**, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint is currently August 28, 2024;

**WHEREAS,** on August 26, 2024, Defendant requested, and Plaintiffs have agreed to, an extension of not more than 30 days, from August 28, 2024 to September 27, 2024, for Defendant to answer or otherwise respond to the Complaint;

**WHEREAS**, good cause exists because Defendant and its undersigned counsel require additional time to assess the allegations in the Complaint and formulate an appropriate response thereto; and

**WHEREAS**, the agreed-upon extension is the first such extension of Defendant's deadline to respond to the Complaint and does not result in an extension of more than 30 days from the initial deadline.

//

//

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Defendant's deadline to answer or otherwise respond to the Complaint shall be extended from August 28, 2024 up to and including September 27, 2024.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: August 27, 2024   **BAKER & HOSTETLER LLP**

By:   */s/ Teresa C. Chow*
TERESA C. CHOW
DYANNE J. CHO

*Attorneys for Defendant* VERGE AGENCY, INC.

Dated: August 27, 2024   **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   */s/ Michella A. Kras*
CHRISTOPHER PITOUN
ROBERT B. CAREY (admitted *pro hac vice*)
MICHELLA A. KRAS (admitted *pro hac vice*)

*Attorneys for Plaintiffs* N.Z., R.M., B.L., S.M., *and* A.L.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATION TO EXTEND TIME FOR DEFENDANT VERGE AGENCY, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 8:24-CV-01655-FWS-SSC

# **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 27, 2024

/s/ *Teresa C. Chow*
TERESA C. CHOW

STIPULATION TO EXTEND TIME FOR DEFENDANT VERGE AGENCY, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 8:24-CV-01655-FWS-SSC