Oliver Rocos - State Bar No. 319059
  orocos@birdmarella.com
Barr Benyamin - State Bar No. 318996
  bbenyamin@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Moxy Management

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT MOXY MANAGEMENT'S CORPORATE DISCLOSURE STATEMENT FILED IN COMPLIANCE WITH FRCP 7.1**<br><br>Assigned to Hon. Fred W. Slaughter |

3980918.2

**PLEASE TAKE NOTICE** that Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Moxy Management makes the following disclosures:

1. Moxy Management has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

2. Moxy Management is a citizen of California.

DATED: August 29, 2024

Oliver Rocos
Barr Benyamin
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By: ___*/s/ Oliver Rocos*___
Oliver Rocos
Attorneys for Defendant Moxy Management

3980918.2

2

DEFENDANT MOXY MANAGEMENT'S CORPORATE DISCLOSURE STATEMENT