NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Oliver Rocos (State Bar No. 319059)
Barr Benyamin (State Bar No. 318996)
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1825 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: (310) 201-2100

ATTORNEY(S) FOR: Defendant Moxy Management

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:24-cv-01655-FWS-SSC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Moxy Management
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Moxy Management | Moxy Management is a named defendant in this action. |
| CFC Underwriting Limited | Moxy Management's insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in this action or for the cost of defense. |

Per L.R. 7.1-1, other than the partes identified in this Certification and Notice of Interested Parties, Moxy Management is not aware at this time of any other persons or entities that have a pecuniary interest in the outcome of this case.

August 29, 2024                /s/ Oliver Rocos
Date                           Signature
                               Oliver Rocos

                               Attorney of record for (or name of party appearing in pro per):

                               Defendant Moxy Management