NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MICHAEL GEHRET (Bar No. 247869)
mike.gehret@dentons.com
DENTONS DURHAM JONES & PINEGAR P.C.
111 S Main Street, Suite 2400
Salt Lake City, Utah 84111-2184
Tel: (801) 415-3000

ATTORNEY(S) FOR: ELITE CREATORS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| N.Z., et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:24-cv-01655-FWS-SSC |
| v. | |
| FENIX INTERNATIONAL LIMITED, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant Elite Creators LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| See Attachment A. | |

September 4, 2024                          /s/  Michael Gehret
_____          _____
Date                                              Signature


Attorney of record for (or name of party appearing in pro per):

Defendant Elite Creators LLC
_____

**ATTACHMENT A**

| PARTY | CONNECTION/INTEREST |
|---|---|
| N.Z. | Plaintiff |
| R.M. | Plaintiff |
| B.L. | Plaintiff |
| S.M. | Plaintiff |
| A.L. | Plaintiff |
| Fenix International Limited | Defendant |
| Fenix Internet LLC | Defendant |
| Boss Baddies LLC | Defendant |
| Moxy Management | Defendant |
| Unruly Agency LLC | Defendant |
| Behave Agency LLC | Defendant |
| A.S.H. Agency | Defendant |
| Content X, Inc. | Defendant |
| Verge Agency, Inc. | Defendant |
| Elite Creators LLC | Defendant |
| Creators Inc. Global, Inc. | Parent of Defendant Elite Creators LLC |
| Creators UT, Inc. | Parent of Defendant Elite Creators LLC |