Name and address:
Michael Gehret (Bar No. 247869)
DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
mike.gehret@dentons.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z.; R.M.; S.M.; et al. <br><br><br> Plaintiff(s) <br><br> v. <br><br> Fenix International Limited, et al. <br><br><br> Defendant(s). | CASE NUMBER <br><br> 8:24-cv-01655-FWS-SSC <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jordan, Trinity S.                                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(801) 415-3000                     (801) 415-3500

*Telephone Number*          *Fax Number*

trinity.jordan@dentons.com

*E-Mail Address*

DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Elite Creators LLC

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Gehret, Michael A.                                                     of

*Designee's Name (Last Name, First Name & Middle Initial)*

247869            (801) 415-3000        (801) 415-3500

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mike.gehret@dentons.com

*E-Mail Address*

DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**