Name and address:
Michael Gehret (Bar No. 247869)
DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
mike.gehret@dentons.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z.; R.M.; S.M.; et al.

Plaintiff(s)

v.

Fenix International Limited, et al.

Defendant(s).

CASE NUMBER

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Westgate, Jordan E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(801) 415-3000
*Telephone Number*

(801) 415-3500
*Fax Number*

jordan.westgate@dentons.com
*E-Mail Address*

of

DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Elite Creators LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Gehret, Michael A.
*Designee's Name (Last Name, First Name & Middle Initial)*

247869
*Designee's Cal. Bar No.*

(801) 415-3000
*Telephone Number*

(801) 415-3500
*Fax Number*

mike.gehret@dentons.com
*E-Mail Address*

of

DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge