**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.Z. et al<br><br>PLAINTIFF(S)<br><br>v.<br><br>Fenix International Limited et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SACV 24-01655-FWS (SSCx)<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 9/4/2024 | 39 & 40 | Applications to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Filer shall consult the Notice(s) of Deficiency in Electronically Filed Pro Hac Vice Application(s) and correct all deficiencies prior to re-filing.

Dated: 9/9/2024

By: _____
U.S. District Judge / U.S. Magistrate Judge