# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 8/14/2024

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Trinity Jordan

This is to certify that Trinity Jordan, Utah State Bar No. 15875 was admitted to practice law in Utah on 5/9/2016.

Trinity Jordan is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No. 2024-1102701
verify by email at cogsrequest@utahbar.org