NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nithin Kumar (CA Bar No. 300607)
Kingfisher Law APC
P.O. Box 492415
Los Angeles, CA 90049
Tel: (408) 930-3580

ATTORNEY(S) FOR: Defendant Content X, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| N.Z., R.M., B.L., S.M., and A.L., et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:24-cv-01655-FWS-SSC |
| v. | |
| FENIX INTERNATIONAL LIMITED, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Defendant Content X, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Content X, Inc. | Named defendant in this action |
| New York Marine and General Insurance Company | Content X's insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in this action or for the cost of defense. |

Per FRCP 7.1, there is no parent company or publicly held corporation that holds 10 percent or more of Content X, Inc.'s stock.

September 13, 2024
Date

/s/ Nithin Kumar
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Content X, Inc.