Oliver Rocos - State Bar No. 319059
    orocos@birdmarella.com
Barr Benyamin - State Bar No. 318996
    bbenyamin@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Moxy Management

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>    Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**JOINT STIPULATION TO SYNCHRONIZE DEFENDANTS' DEADLINES TO RESPOND TO COMPLAINT**<br><br>Filed Concurrently with [Proposed] Order<br><br>Assigned to Hon. Fred W. Slaughter |

1     Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (together, "Plaintiffs"), and
2 Defendants Moxy Management, Verge Agency, Inc., Elite Creators LLC, and Content
3 X, Inc. (together, "Stipulating Defendants" and, with Plaintiffs, the "Parties"), by and
4 through their respective counsel of record, hereby stipulate to synchronize the
5 deadline for Stipulating Defendants to respond to Plaintiffs' Class Action Complaint
6 (the "Complaint") and agree as follows:

7     WHEREAS, Plaintiffs filed the Complaint in the above-captioned matter on
8 July 29, 2024 (ECF No. 1);

9     WHEREAS, the Stipulating Defendants were served, and currently have
10 response dates, as follows:

11     (a) Moxy Management executed and returned a Waiver of Service of
12 Summons to Plaintiffs on August 5, 2024, thereby setting its response deadline as
13 October 4, 2024 (ECF No. 18);

14     (b) Verge Agency, Inc. was served on August 7, 2024, and, pursuant to
15 stipulation, its response deadline is September 27, 2024 (ECF Nos. 27, 35);

16     (c) Elite Creators LLC was served on August 5, 2024, and, pursuant to
17 stipulation, its response deadline is October 4, 2024 (ECF Nos. 19, 33-34); and

18     (d) Context X, Inc. was served on August 2, 2024 (ECF No. 26), and,
19 pursuant to an agreement between the parties, its deadline to respond to the
20 Complaint is October 3, 2024;

21     WHEREAS, pursuant to stipulation as ordered by the Court on August 22,
22 2024, the deadline for Defendants Fenix Internet LLC and Fenix International
23 Limited (together, the "Fenix Defendants") to respond to the Complaint is October
24 25, 2024 (ECF Nos. 29 & 32);

25     WHEREAS, the Court's and the Parties' resources, as well as the interests of
26 justice, will be best served by having a single coordinated date for the Stipulating
27 Defendants and Fenix Defendants to respond to the Complaint;

28     WHEREAS, the Parties agree that the deadline for all Stipulating Defendants

to respond to the Complaint should be October 25, 2024, the same as the date for the Fenix Defendants;

WHEREAS, the requested synchronized date will not impact any other deadlines in the action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for Stipulating Defendants to answer, move, or otherwise respond to the Complaint shall be October 25, 2024.

IT IS SO STIPULATED.

DATED: September 25, 2024   Respectfully submitted,

Oliver Rocos
Barr Benyamin
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: ____/s/ Oliver Rocos____
Oliver Rocos
Attorneys for Defendant Moxy Management

DATED: September 25, 2024   Teresa C. Chow
Dyanne J. Cho
Paul Karlsgodt
Baker & Hostetler LLP

By: ____/s/ Paul Karlsgodt____
Paul Karlsgodt
Attorneys for Verge Agency, Inc.

JOINT STIPULATION TO SYNCHRONIZE DEFENDANTS' DEADLINES TO RESPOND TO COMPLAINT

DATED: September 25, 2024

Bety Javidzad
Michael A. Gehret
Trinity S. Jordan
Jordan E. Westgate
Dentons US LLP

By:     /s/ Michael A. Gehret
            Michael A. Gehret
    Attorneys for Elite Creators LLC

DATED: September 25, 2024

Nithin Kumar
Kingfisher Law APC

By:     /s/ Nithin Kumar
            Nithin Kumar
    Attorneys for Context X, Inc.

DATED: September 25, 2024

Christopher R. Pitoun
Robert B. Carey
Michella A. Kras
Hagens Berman Sobol Shapiro LLP

By:     /s/ Michella A. Kras
            Michella A. Kras
    Attorneys for Plaintiffs N.Z., R.M., B.L., S.M., and A.L.

**ATTESTATION**

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

DATED: September 25, 2024

Oliver Rocos
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: /s/ Oliver Rocos
 Oliver Rocos
Attorneys for Defendant Moxy Management