1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

11

12 | N.Z., R.M., B.L., S.M., and A.L.,
individually and on behalf of
13 | themselves and all others similarly
situated,
14

15 |      Plaintiffs,

16 | vs.

17 | FENIX INTERNATIONAL LIMITED,
FENIX INTERNET LLC, BOSS
18 | BADDIES LLC, MOXY
MANAGEMENT, UNRULY
19 | AGENCY LLC (also d/b/a DYSRPT
AGENCY), BEHAVE AGENCY LLC,
20 | A.S.H. AGENCY, CONTENT X, INC.,
VERGE AGENCY, INC., AND ELITE
CREATORS LLC,
21

22 |      Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**[PROPOSED] ORDER TO
SYNCHRONIZE DEFENDANTS'
DEADLINES TO RESPOND TO
COMPLAINT**

Filed Concurrently with Joint
Stipulation

Assigned to Hon. Fred W. Slaughter

23
24
25
26
27
28

3991772.1

1

## **[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation to Synchronize Defendants' Deadlines to Respond to Complaint, and finding good cause exists, hereby ORDERS as follows:

The deadline for Defendants Moxy Management, Verge Agency, Inc., Elite Creators LLC, and Content X, Inc. to respond to the Complaint shall be **October 25, 2024**.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Fred W. Slaughter
United States District Judge