1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>        Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**ORDER TO SYNCHRONIZE DEFENDANTS' DEADLINES TO RESPOND TO COMPLAINT**<br><br>Filed Concurrently with Joint Stipulation<br><br>Assigned to Hon. Fred W. Slaughter |

1

## __ORDER__

The Court, having considered the Parties' Joint Stipulation to Synchronize Defendants' Deadlines to Respond to Complaint, and finding good cause exists, hereby ORDERS as follows:

The deadline for Defendants Moxy Management, Verge Agency, Inc., Elite Creators LLC, and Content X, Inc. to respond to the Complaint shall be **October 25, 2024**.

**IT IS SO ORDERED.**

DATED:  September 26, 2024

_____
Hon. Fred W. Slaughter
United States District Judge