AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-01655-FWS-SSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A.S.H. Agency
C/O Ashley Mathews
299 Patrician Way
Pasadena, California 91105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150; Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: October 3, 2024

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01655-FWS-SSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A.S.H. Agency C/O Ashley Mathews
was received by me on *(date)* 10/08/2024 .

☒ I personally served the summons on the individual at *(place)* 1167 South Fair Oaks Avenue Pasadena, CA 91105 on *(date)* 10/08/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 899.00 for services, for a total of $ 899.00 .

I declare under penalty of perjury that this information is true.

Date: 10/08/2024

*Elias Elhayek (Oct 8, 2024 15:34 PDT)*
Server's signature

E. Elhayek, County of San Bernardino Registered Process Server #1756
Printed name and title

100 Spectrum Center, Irvine, CA 92618
Server's address

Additional information regarding attempted service, etc:
Residence inaccessible due to a long gated driveway.
Served at work (1167 South Fair Oaks Avenue, Pasadena, CA 91105) on 10/08/2024 at 2:56 PM.