# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><div align="right">Plaintiff(s)</div><br>v.<br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><div align="right">Defendant(s)</div> | CASE NUMBER<br><br>8:24-cv-01655-FWS-SSC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

[x] The Court hereby orders that the request of:

VERGE AGENCY, INC.    ☐ Plaintiff  [x] Defendant  ☐ Other _____
*Name of Party*

[x] to substitute  Younjin (Jennifer) Lee   who is

[x] Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Constangy, Brooks, Smith & Prophete, LLP, 3420 Bristol Street, 6th Floor
*Street Address*

Costa Mesa, CA 92626            jlee@constangy.com
*City, State, Zip*                *E-Mail Address*

949.743.3924                             310198
*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of  Teresa C. Chow and Dyanne J. Cho
*List **all** attorneys from same firm or agency who are withdrawing.*

Baker Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301

**is hereby** ☐ GRANTED   ☐ DENIED

[x] The Court hereby orders that the request of  Teresa C. Chow and Dyanne J. Cho
*List **all** attorneys from same firm or agency who are withdrawing.*

Baker Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301

to withdraw as attorney of record for  Verge Agency, Inc.
**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge