# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendant(s) | CASE NUMBER<br><br>8:24-cv-01655-FWS-SSC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

[x] The Court hereby orders that the request of:

VERGE AGENCY, INC.     [ ] Plaintiff  [x] Defendant  [ ] Other
*Name of Party*

[x] to substitute  Younjin (Jennifer) Lee  who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

Constangy, Brooks, Smith & Prophete, LLP, 3420 Bristol Street, 6th Floor
*Street Address*

Costa Mesa, CA 92626                        jlee@constangy.com
*City, State, Zip*                          *E-Mail Address*

949.743.3924                                                      310198
*Telephone Number*         *Fax Number*                *State Bar Number*

as attorney of record instead of  Teresa C. Chow and Dyanne J. Cho
                                  *List **all** attorneys from same firm or agency who are withdrawing.*

Baker Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301

**is hereby** [ ] **GRANTED**   [ ] **DENIED**

[x] The Court hereby orders that the request of  Teresa C. Chow and Dyanne J. Cho
                                                 *List **all** attorneys from same firm or agency who are withdrawing.*

Baker Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301

to withdraw as attorney of record for  Verge Agency, Inc.
**is hereby** [ ] **GRANTED**   [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge