UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　　　　Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION SEQUENCING DEFENDANTS' FORTHCOMING DISPOSITIVE MOTIONS AND SETTING A BRIEFING SCHEDULE**<br><br>Hon. Fred W. Slaughter |

# [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' joint stipulation sequencing forthcoming dispositive motions and setting a briefing schedule, and good cause appearing for the same, the Court **GRANTS** the stipulation and orders that:

1. Fenix Internet LLC and Fenix International Limited (together, "Fenix Defendants") shall file their motion to dismiss for forum non conveniens, and their motion to compel Plaintiffs to proceed without pseudonyms, on or before October 25, 2024 ("October 25 Motions");

2. The Fenix Defendants shall notice the October 25 Motions for hearing on January 30, 2025;

3. Plaintiffs shall file their opposition to the October 25 Motions on or before November 22, 2024;

4. The Fenix Defendants shall file their replies in support of the October 25 Motions on or before December 20, 2024;

5. The Fenix Defendants, as well as Defendants Content X, Elite Creators LLC, Moxy Management, and Verge Agency Inc. (collectively with the Fenix Defendants, "Defendants"), shall not be required to file Rule 12 motions or otherwise respond to the Complaint until after the October 25 Motions are decided by the Court;

6. Within 14 days after the Court decides the October 25 Motions, Plaintiffs shall either file an amended complaint or notify the Defendants that they do not intend to amend their Complaint;

7. The Defendants shall file their Rule 12 motions within 30 days after Plaintiffs file an amended complaint, or within 14 days after Plaintiffs notify the Defendants that they do not intend to amend their Complaint, to the extent such motions are not mooted by the Court's resolution of the October 25 Motions;

8. The stipulation shall not be construed to waive, forfeit, limit, or otherwise impair the Defendants' rights, remedies, claims, and defenses, including but not

limited to any arguments related to personal jurisdiction and the proper venue for the above-captioned action.

**IT IS SO ORDERED.**

Date: _____, 2024        _____
                                            Hon. Fred W. Slaughter
                                            United States District Judge