# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br>Defendant(s) | CASE NUMBER<br><br>8:24-cv-01655-FWS-SSC<br><br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

[x] The Court hereby orders that the request of:

**VERGE AGENCY, INC.**   [ ] Plaintiff  [x] Defendant  [ ] Other
*Name of Party*

[x] to substitute **Younjin (Jennifer) Lee** who is

[x] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

**Constangy, Brooks, Smith & Prophete, LLP, 3420 Bristol Street, 6th Floor**
*Street Address*

**Costa Mesa, CA 92626**          **jlee@constangy.com**
*City, State, Zip*               *E-Mail Address*

**949.743.3924**                                          **310198**
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of **Teresa C. Chow and Dyanne J. Cho**
*List all attorneys from same firm or agency who are withdrawing.*

**Baker Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301**

**is hereby** [x] GRANTED  [ ] DENIED

[x] The Court hereby orders that the request of **Teresa C. Chow and Dyanne J. Cho**
*List all attorneys from same firm or agency who are withdrawing.*

**Baker Hostetler LLP 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301**

to withdraw as attorney of record for **Verge Agency, Inc.**
**is hereby** [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **October 23, 2024**

*/s/ Fred W. Slaughter*
U. S. District Judge Fred W. Slaughter

G–01 ORDER (02/24)         ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY