UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S MOTION TO COMPEL PLAINTIFFS TO PROCEED IN THEIR REAL NAMES**<br><br>Hon. Fred W. Slaughter |

**[PROPOSED] ORDER**

The Court, having considered Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC's Motion to Compel Plaintiffs to Proceed in Their Real Names ("the Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby **GRANTS** the Motion in its entirety.

**IT IS SO ORDERED.**

Date: _____, 2024        _____

Hon. Fred W. Slaughter

United States District Judge