UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Hon. Fred W. Slaughter |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court, having considered Specially Appearing Defendants Fenix |
| 3 | International Limited and Fenix Internet LLC's Request for Judicial Notice in Support |
| 4 | of their Motion to Dismiss For Forum Non Conveniens ("the Request"), all papers |
| 5 | filed in support thereof and in opposition thereto, the argument of counsel, and good |
| 6 | cause appearing, hereby **GRANTS** the Request in its entirety. |
| 7 | |
| 8 | **IT IS SO ORDERED.** |

Date: _____, 2024

_____
Hon. Fred W. Slaughter
United States District Judge