Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
**Constangy, Brooks, Smith & Prophete, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Tel.: 949.743.3979
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC, <br><br> Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC <br><br> **DEFENDANT VERGE AGENCY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** <br><br> Filed Concurrently [Proposed] Order <br><br> Date:    December 28, 2024 <br> Time:    10:00 a.m. <br> Crtrm.:  10D <br><br> Assigned to Hon. Fred W. Slaughter |

1    The Court, having considered Defendant Verge Agency, Inc.'s Motion to

2 Dismiss Plaintiffs' Class Action Complaint (the "Motion"), all papers filed in support

3 thereof and in opposition thereto, the argument of counsel, and good cause appearing,

4 hereby GRANTS the Motion in its entirety with prejudice.

5

6 IT IS SO ORDERED.

7

8 DATE: _____        _____

9                                      Honorable Fred W. Slaughter
                                       United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER DEFENDANT VERGE AGENCY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT