BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
SAMANTHA FAHR (SBN 299409)
samantha.fahr@dentons.com
POOJA L. SHAH (SBN 330550)
pooja.l.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213 623 9300 / Fax: 213 623 9924

MICHAEL GEHRET (SBN 247869)
mike.gehret@dentons.com
TRINITY JORDAN (*Pro Hac Vice*)
trinity.jordan@dentons.com
JORDAN WESTGATE (*Pro Hac Vice*)
jordan.westgate@dentons.com
DENTONS DURHAM JONES & PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111-2184
Tel: 801 415 3000

Attorneys for Defendant
ELITE CREATORS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT ELITE CREATORS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:     January 30, 2025<br>Time:    10:00 a.m.<br>Crtrm:   10D<br>Judge:   Hon. Fred W. Slaughter<br><br>Complaint Served: 8/05/2024 |

**TO THE COURT, DEFENDANT, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10D of the above-entitled Court, located at Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Room 1053, Santa Ana, California 92701-4516, Defendant Elite Creators LLC ("Creators Inc." or "Defendant"), through its counsel, will and hereby does respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiffs' Complaint in its entirety for failure to state a claim upon which relief can be granted.

Pursuant to L.R. 7-3, this motion is made following the conference of counsel, which took place on October 18, 2024 via teleconference.

This Motion is based on this Notice, and the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, and such other matters as the Court may take judicial notice or consider relevant.

Dated: October 25, 2024

Respectfully submitted,

DENTONS US LLP

By: */s/ Michael Gehret*
Michael Gehret
Bety Javidzad
Trinity Jordan
Jordan Westgate
Samantha Fahr
Pooja L. Shah

Attorneys for Defendant
ELITE CREATORS, LLC

- 2 -

ELITE CREATORS, LLC'S NOTICE OF AND MOTION TO DISMISS; Case No. 8:24-cv-01655-FWS-SSC

128201217\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300