DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELITE CREATORS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:   January 30, 2025<br>Time:   10:00 a.m.<br>Ctrm:   10D<br>Judge:  Hon. Fred W. Slaughter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 25, 2024, Defendant Elite Creators LLC filed its Motion to Dismiss Plaintiffs' Complaint for failure to state a claim upon which relief may be granted pursuant to F.R.C.P. 12(b)(6). The Court having fully considered all papers filed in support of and in opposition of this Motion, argument of counsel and all other pleadings and papers on file herein, and finding good cause therefor, hereby GRANTS the Motion to Dismiss and ORDERS as follows:

    1.    Defendant Elite Creators LLC's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED; and

    2.    All claims for relief against Elite Creators LLC are hereby DISMISSED with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

                                    Hon. Fred W. Slaughter
                                    United States District Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300