**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　　　Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**ORDER GRANTING JOINT STIPULATION SEQUENCING DEFENDANTS' FORTHCOMING DISPOSITIVE MOTIONS AND SETTING A BRIEFING SCHEDULE [56]**<br><br>Hon. Fred W. Slaughter |

///

///

///

# ORDER

Having Reviewed and Considered the Joint Stipulation Sequencing Defendants' Forthcoming Dispositive Motions and Setting a Briefing [56] ("Stipulation"), the files and records of the case the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. Defendant Fenix Internet LLC and Defendant Fenix International Limited (together, "Fenix Defendants") shall file their motion to dismiss for forum non conveniens, and their motion to compel Plaintiffs to proceed without pseudonyms (together, "October 25 Motions"), on or before October 25, 2024;

2. The Fenix Defendants shall notice the October 25 Motions for hearing on or after **January 30, 2025**;

3. Plaintiffs shall file their opposition to the October 25 Motions on or before **November 22, 2024**;

4. The Fenix Defendants shall file their replies in support of the October 25 Motions on or before **December 20, 2024**;

5. The Fenix Defendants, as well as Defendant Content X, Defendant Elite Creators LLC, Defendant Moxy Management, and Defendant Verge Agency Inc. (collectively with the Fenix Defendants, "Defendants"), shall not be required to file Rule 12 motions or otherwise respond to the Complaint until after the October 25 Motions are decided by the Court;

6. Within **fourteen (14 days)** after the court decides the October 25 Motions, Plaintiffs shall either file an amended complaint or notify the Defendants that they do not intend to amend their Complaint;

7. The Defendants shall file their Rule 12 motions within **thirty (30 days)** after Plaintiffs file an amended complaint, or within **fourteen (14 days)** after Plaintiffs notify the Defendants that they do not intend to amend their Complaint, to

1

the extent such motions are not mooted by the Court's resolution of the October 25 Motions;

8. The stipulation shall not be construed to waive, forfeit, limit, or otherwise impair the Defendants' rights, remedies, claims, and defenses, including but not limited to any arguments related to personal jurisdiction and the proper venue for the above-captioned action.

Dated: October 28, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE