1 | JASON D. RUSSELL (SBN 169219)
2 | jason.russell@skadden.com
    | PETER B. MORRISON (SBN 230148)
3 | peter.morrison@skadden.com
    | SKADDEN, ARPS, SLATE,
    | MEAGHER & FLOM LLP
4 | 300 South Grand Avenue, Suite 3400
5 | Los Angeles, California 90071-3144
    | Telephone:  (213) 687-5000
    | Facsimile:  (213) 687-5600
6 | Attorneys for Specially Appearing
    | Defendants
7 | Fenix International Limited
    | and Fenix Internet LLC
8
    | *Additional Counsel appear on Signature Block*
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>Hon. Fred W. Slaughter<br><br>**(1) JOINT STIPULATION CONFORMING HEARING DATES ON INITIAL DISPOSITIVE MOTIONS TO THE COURT'S OCTOBER 28, 2024 ORDER; and**<br><br>**(2) [PROPOSED] ORDER (filed under separate cover).** |

Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs"), Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC (collectively, the "Fenix Defendants), and Defendants Content X, Elite Creators LLC, Moxy Management, and Verge Agency Inc. (collectively with the Fenix Defendants, "Defendants," and collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on July 29, 2024, Plaintiffs filed the complaint in the above-captioned action (ECF No. 1) ("Complaint") against the Defendants, among others;

WHEREAS, based on prior stipulations and Court orders, Defendants' deadline to plead, move, or otherwise respond to the Complaint was October 25, 2024;

WHEREAS, the Parties conducted a pre-motion meet and confer pursuant to Civil Local Rule 7-3 on October 18, 2024;

WHEREAS, during the meet and confer call: (1) the Fenix Defendants notified Plaintiffs of their intent to file motions to dismiss the Complaint for forum non conveniens (based on the U.K. forum selection clause in the OnlyFans website's terms of service), lack of personal jurisdiction, and failure to state a claim, and also notified Plaintiffs that they intend to move to compel Plaintiffs to proceed in their real names, without the use of pseudonyms, in this lawsuit; and (2) the remaining Defendants notified Plaintiffs of their intent to file motions to dismiss the Complaint for failure to state a claim;

WHEREAS, the Parties agreed during their meet and confer efforts that the Fenix Defendants' motions to dismiss for forum non conveniens and to preclude use of pseudonyms should be heard before any Rule 12(b) motions to preserve Party and Court resources and maximize efficiency;

WHEREAS, the Parties filed a joint stipulation proposing a sequence and briefing and hearing schedule for Defendants' initial dispositive motions on October 23, 2024;

WHEREAS, the Court granted the Parties' stipulation and adopted their proposed motion sequencing and schedule on October 28, 2024;

1

WHEREAS, to protect against a potential default in the event the Court elected not to adopt the Parties' stipulation, Defendants filed their Rule 12(b) motions on October 25, 2024, along with the Fenix Defendants' forum non conveniens and pseudonyms motions;

WHEREAS, the Fenix Defendants noticed their forum non conveniens and pseudonyms motions for hearing on December 19, 2024, and all Defendants noticed their Rule 12(b) motions for hearing on January 30, 2025;

WHEREAS, these hearing dates are inconsistent with the schedule the Court adopted in its October 28, 2024 order approving the Parties' October 23, 2024 stipulation;

WHEREAS, the Parties desire to conform the hearing dates and schedule for Defendants' motions to the schedule adopted in the Court's October 28, 2024 order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to Court approval, as follows:

1. The hearing on the Fenix Defendants' motion to dismiss for forum non conveniens (ECF 60) and motion to preclude use of pseudonyms (ECF 61) is continued to January 30, 2024;

2. Plaintiffs shall file their opposition to the forum non conveniens and pseudonyms motions on or before November 22, 2024, as reflected in paragraph 3 of the Court's October 28, 2024 order;

3. The Fenix Defendants shall file their replies in support of the forum non conveniens and pseudonyms motions on or before December 20, 2024, as reflected in paragraph 4 of the Court's October 28, 2024 order;

4. Defendants' Rule 12(b) motions (ECF 62, 64-67) are withdrawn without default and without prejudice to refiling pursuant to paragraphs 5-7 of the Court's October 28, 2024 order;

5. Plaintiffs may amend their Complaint on the timetable specified in paragraph 6 of the Court's October 28, 2024 order if they wish.

DATED: October 31, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    */s/ Jason D. Russell*
     JASON D. RUSSELL
*Attorneys for Specially Appearing Defendants*
Fenix International Limited and Fenix Internet LLC

***All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

KINGFISHER LAW APC

By:    */s/ Nithin Kumar*
     NITHIN KUMAR
*Attorneys for Defendant*
Content X

DENTONS US LLP

By:    */s/ Michael Gehret*
     MICHAEL GEHRET
*Attorneys for Defendant*
Elite Creators LLC

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP

By:    */s/ Oliver Rocos*
     OLIVER ROCOS
*Attorneys for Defendant*
Moxy Management

CONSTANGY BROOKS SMITH AND PROPHETE LLP

By:    */s/ Younjin Lee*
     YOUNJIN LEE
*Attorneys for Defendant*
Verge Agency Inc.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Robert Carey*
ROBERT B. CAREY
*Attorneys for Plaintiffs*

4