UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION CONFORMING HEARING DATES ON INITIAL DISPOSITIVE MOTIONS TO THE COURT'S OCTOBER 28, 2024 ORDER**<br><br>Hon. Fred W. Slaughter |

# [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' joint stipulation conforming hearing dates on initial dispositive motions to the Court's October 28, 2024 order, and good cause appearing for the same, the Court **GRANTS** the stipulation and orders that:

1. The hearing on the motion to dismiss for forum non conveniens (ECF 60) and motion to preclude use of pseudonyms (ECF 61), filed by Fenix Internet LLC and Fenix International Limited (together, "Fenix Defendants"), is continued to January 30, 2024;

2. Plaintiffs shall file their opposition to the forum non conveniens and pseudonyms motions on or before November 22, 2024, as reflect in paragraph 3 of the Court's prior October 28, 2024 order;

3. The Fenix Defendants shall file their replies in support of the forum non conveniens and pseudonyms motions on or before December 20, 2024, as reflected in paragraph 4 of the Court's prior October 28, 2024 order;

4. Defendants' Rule 12(b) motions (ECF 62, 64-67) are deemed withdrawn, without default and without prejudice to refiling pursuant to paragraphs 5-7 of the Court's prior October 28, 2024 order;

5. Plaintiffs may amend their Complaint on the timetable specified in paragraph 6 of the Court's prior October 28, 2024 order if they wish.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
Hon. Fred W. Slaughter
United States District Judge