**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　　　Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**ORDER GRANTING JOINT STIPULATION CONFORMING HEARING DATES ON INITIAL DISPOSITIVE MOTIONS TO THE COURT'S OCTOBER 28, 2024, ORDER [70]**<br><br>Hon. Fred W. Slaughter |

///

///

///

# ORDER

Having reviewed and considered the Parties' Joint Stipulation Conforming Hearing Dates on Initial Dispositive Motions to the Court's October 28, 2024, order, (Dkt. 70 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. The in-person hearings on the Motion to Dismiss for Forum Non Conveniens, (Dkt. 60 ("Motion to Dismiss for Forum Non Conveniens")), and Motion to Preclude Use of Pseudonyms, (Dkt. 61 ("Motion to Preclude Use of Pseudonyms")), filed by Defendant Fenix Internet LLC and Defendant Fenix International Limited (together, "Fenix Defendants"), are each **CONTINUED** to **January 30, 2025, at 10:00 a.m., in Courtroom 10D**;

2. Plaintiffs shall file their opposition to the Motion to Dismiss for Forum Non Conveniens and Motion to Preclude Use of Pseudonyms on or before November 22, 2024, as reflect in paragraph 3 of the court's prior October 28, 2024, order (Dkt. 68 "October 28, 2024, Order"));

3. The Fenix Defendants shall file their replies in support of the Motion to Dismiss for Forum Non Conveniens and Motion to Preclude Use of Pseudonyms on or before **December 20, 2024**, as reflected in paragraph 4 of the October 28, 2024, Order;

4. The Rule 12(b) motions, (Dkts. 62, 64-67 (collectively, "12(b) Motions")) are each **WITHDRAWN** and each of the hearings previously set for each of the 12(b) Motions are **VACATED**, without default and without prejudice to refiling pursuant to paragraphs 5-7 of the October 28, 2024, Order; and

///

///

///

1

1     5.     Plaintiffs may amend their Complaint on the timetable specified in paragraph 6 of the October 28, 2024, Order, if Plaintiffs wish.

Dated: November 1, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE