Name and address:
Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z., et al.

Plaintiff(s)

v.

FENIX INTERNATIONAL LIMITED, et al.

Defendant(s).

CASE NUMBER

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Aragon, Leonard W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(602) 840-5900
*Telephone Number*

(602) 840-3012
*Fax Number*

leonarda@hbsslaw.com
*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

N.Z., R.M., B.L., S.M., and A.L.
*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other:

**and designating as Local Counsel**

Pitoun, Christopher R.
*Designee's Name (Last Name, First Name & Middle Initial)*

290235
*Designee's Cal. Bar No.*

(213) 330-7150
*Telephone Number*

(213) 330-7152
*Fax Number*

christopherp@hbsslaw.com
*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
             [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
             [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge