Annick Persinger
Tycko & Zavareei LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.Z., et al.<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, et al.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>8:24-cv-01655-FWS-SSC<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McGee, David A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 973-0900
*Telephone Number*

(202) 973-0950
*Fax Number*

dmcgee@tzlegal.com
*E-Mail Address*

Tycko & Zavareei LLP
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
N.Z., R.M., B.L., S.M., and A.L.

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

and designating as Local Counsel

Persinger, Annick M.
*Designee's Name (Last Name, First Name & Middle Initial)*

272996
*Designee's Cal. Bar No.*

(510) 254-6808
*Telephone Number*

(202) 973-0950
*Fax Number*

apersinger@tzlegal.com
*E-Mail Address*

Tycko & Zavareei LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: [ ] be refunded   [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1