# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 13, 2024

Re: Shana Hope Khader, State Bar Number 24099860

To Whom It May Concern:

This is to certify that Shana Hope Khader was licensed to practice law in Texas on May 02, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web