Annick Persinger
Tycko & Zavareei LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z., et al.

v.

FENIX INTERNATIONAL LIMITED, et al.

Plaintiff(s)

Defendant(s).

**CASE NUMBER**

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Khader, Shana H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 973-0900
*Telephone Number*

(202) 973-0950
*Fax Number*

skhader@tzlegal.com
*E-Mail Address*

of

Tycko & Zavareei LLP
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

N.Z., R.M., B.L., S.M., and A.L.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Persinger, Annick M.
*Designee's Name (Last Name, First Name & Middle Initial)*

272996
*Designee's Cal. Bar No.*

(510) 254-6808
*Telephone Number*

(202) 973-0950
*Fax Number*

apersinger@tzlegal.com
*E-Mail Address*

of

Tycko & Zavareei LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1