Younjin (Jennifer) Lee [Bar No. 310198]
Constangy, Brook, Smith & Prophete, LLP
3420 Bristol Street, 6th Floor
Costa Mesa, CA 92626
Tel: 949.743.3924
E: jlee@constangy.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z., R.M., B.L., S.M., and A.L., et al.

Plaintiff(s)

v.

Fenix International Limited, Fenix Internet LLC, et, al.

Defendant(s).

CASE NUMBER

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sedge, Brent
*Applicant's Name (Last Name, First Name & Middle Initial)*

214.646.8970
*Telephone Number*

N/A
*Fax Number*

bsedge@constangy.com
*E-Mail Address*

of

Constangy, Brooks, Smith & Prophete, LLP
1201 Elm Street
Suite 2550
Dallas, TX 75270

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Verge Agency, Inc.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*    ☒ *Defendant(s)*    ☐ *Other:* _____

**and designating as Local Counsel**

Lee, Younjin (Jennifer)
*Designee's Name (Last Name, First Name & Middle Initial)*

310198
*Designee's Cal. Bar No.*

949.743.3924
*Telephone Number*

N/A
*Fax Number*

jlee@constangy.com
*E-Mail Address*

of

Constangy, Brooks, Smith & Prophete, LLP
3420 Bristol Street
6th Floor
Costa Mesa, CA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded    ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge