Annick M. Persinger
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z., et al.

Plaintiff(s)

v.

FENIX INTERNATIONAL LIMITED, et al.

Defendant(s).

CASE NUMBER

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gold, Andrea R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 973-0900
*Telephone Number*

(202) 973-0950
*Fax Number*

agold@tzlegal.com
*E-Mail Address*

of

Tycko & Zavareei LLP
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

N.Z., R.M., B.L., S.M., and A.L.

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Persinger, Annick M.
*Designee's Name (Last Name, First Name & Middle Initial)*

272996
*Designee's Cal. Bar No.*

(510) 254-6808
*Telephone Number*

(202) 973-0950
*Fax Number*

apersinger@tzlegal.com
*E-Mail Address*

of

Tycko & Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge