Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FOR *FORUM NON CONVENIENS* AND FOR LEAVE TO SERVE LIMITED DISCOVERY IN SUPPORT OF RESPONSE**<br><br>Hon. Fred W. Slaughter |

Having considered Plaintiffs' *Ex Parte* Request to Vacate the Current Briefing Schedule on Fenix Defendants' Motion to Dismiss for Forum Non Conveniens ("FNC Motion") and Expedite Briefing on Plaintiffs' Motion for Limited Discovery ("Discovery Motion"):

It is **ORDERED** that

1. The following briefing deadlines are **VACATED**: Plaintiffs' Response to Fenix Defendants' Motion to Dismiss for Forum Non Conveniens, Dkt. 60 ("FNC Motion"); Plaintiffs' Response to Fenix Defendants' Request for Judicial Notice, Dkt. 63 ("RFJN"); Fenix Defendants' Reply in Support of FNC Motion; and Fenix Defendants' Reply in Support of RFJN;

2. Fenix Defendants shall file any oppositions to Plaintiffs' Discovery Motion by no later than Monday, December 2, 2024;

3. Plaintiffs shall file a reply in support of their Discovery Motion, if any, by no later than Wednesday, December 4, 2024.

The Court will rule on Plaintiffs' Discovery Motion on the papers.

**IT IS SO ORDERED** _____.

ENTERED IN OPEN COURT this _____ day of _____, 2024.

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT JUDGE

Presented by:

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard Aragon (*pro hac* vice)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

*Attorneys for Plaintiffs*