Nithin Kumar (SBN 300607)
nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, California 90024
T: (408) 930-3580

Attorneys for Defendant Content X, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>    Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT CONTEXT X, INC.'S NOTICE OF NON-OPPOSITION TO THE FENIX DEFENDANTS' (1) MOTION TO DISMISS FOR FORUM NON CONVENIENS; AND (2) MOTION TO COMPEL PLAINTIFFS TO PROCEED IN THEIR REAL NAMES**<br><br>Judge: Hon. Fred W. Slaughter<br>Dept.: 10D<br>Date: January 30, 2024<br>Time: 10:00 a.m. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Content X, Inc. does not oppose the Motion to Dismiss for Forum Non Conveniens (Dkt. 60) or the Motion to Compel Plaintiffs to Proceed in Their Real Names (Dkt. 61) filed by Defendants Fenix International Limited and Fenix Internet LLC.

DATED: November 27, 2024     KINGFISHER LAW APC

By: _____/s/ Nithin Kumar_____
Nithin Kumar
Attorneys for Defendant Content X, Inc.