Allen Sattler (Admitted *Pro Hac Vice*)
Younjin (Jennifer) Lee (Admitted *Pro Hac Vice*)
Brent Sedge (*Pro Hac Vice* Forthcoming)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Tel.: 949.743.3979
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com
bsedge@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT VERGE AGENCY, INC.'S NOTICE OF NON-OPPOSITION TO THE FENIX DEFENDANTS' (1) MOTION TO DISMISS FOR FORUM NON CONVENIENS; AND (2) MOTION TO COMPEL PLAINTIFFS TO PROCEED IN THEIR REAL NAMES**<br><br>Date:   January 30, 2025<br>Time:   10:00 a.m.<br>Crtrm.:  10D<br><br>Assigned to Hon. Fred W. Slaughter |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Verge Agency, Inc. does not oppose the Motion to Dismiss for Forum Non Conveniens (Dkt. 60) or the Motion to Compel

Plaintiffs to Proceed in Their Real Names (Dkt. 61) filed by Defendants Fenix International Limited and Fenix Internet LLC.

                                  Respectfully submitted,

DATED: December 2, 2024         **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

                            By:   */s/ Younjin Lee*
                                 Allen Sattler (Admitted *Pro Hac Vice*)
                                 Younjin (Jennifer) Lee (Admitted *Pro Hac Vice*)
                                 Brent Sedge (*Pro Hac Vice* Forthcoming)
                                 **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                                 3420 Bristol Street, 6th Floor
                                 Costa Mesa, California 92626
                                 Tel.: 949.743.3979
                                 Fax: 949.743.3934
                                 asattler@constangy.com
                                 jlee@constangy.com
                                 bsedge@constangy.com

                                 *Counsel for Defendant Verge Agency, Inc.*

DEFENDANT VERGE AGENCY, INC.'S NOTICE OF NON-OPPOSITION TO THE FENIX DEFENDANTS' (1) MOTION TO DISMISS FOR FORUM NON CONVENIENS; AND (2) MOTION TO COMPEL PLAINTIFFS TO PROCEED IN THEIR REAL NAMES

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to this action. I am employed in the County of Orange County, State of California. My business address is 3420 Bristol Street, 6th Floor, Costa Mesa, CA 92626.

On **December 2, 2024**, I caused to be served a true copy of the document(s) entitled:

**DEFENDANT VERGE AGENCY, INC.'S NOTICE OF NON-OPPOSITION TO THE FENIX DEFENDANTS' (1) MOTION TO DISMISS FOR FORUM NON CONVENIENS; AND (2) MOTION TO COMPEL PLAINTIFFS TO PROCEED IN THEIR REAL NAMES**

on the following individuals by the method(s) indicated below:

| | |
|---|---|
| Michael C. McKay<br>**MCKAY LAW, LLC**<br>5635 N. Scottsdale Road, Suite 117<br>Scottsdale, Arizona 85250<br>Email: mmckay@mckaylaw.us | John Nelson (*pro hac vice*)<br>**MILBERG COLEMAN BRYSON PHILIPS GROSSMAN, PLLC**<br>280 S. Beverly Drive<br>Beverly Hills, California 90212<br>Email: jnelson@milberg.com |
| Marc H. Edelson (*pro hac vice*)<br>**EDELSON LECHTZIN LLP**<br>411 S. State Street, Suite N300<br>Newtown, Pennsylvania 18940<br>Email: medelson@edelson-law.com | Ronald Podolny (*pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Fl<br>Tampa, Florida 33602<br>ronald.podolny@forthepeople.com |
| Daniel Srourian (*pro hac vice*)<br>**SROURIAN LAW FIRM, P.C.**<br>468 N. Camden Drive, Suite 200<br>Beverly Hills, California 90210<br>Email: daniel@slfla.com | Carl V. Malmstrom (*pro hac vice*)<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC**<br>111 W. Jackson Street, Suite 1700<br>Chicago, Illinois 60604<br>Email: malmstrom@whafh.com |

*Counsel for Plaintiffs*

✓ **BY ELECTRONIC TRANSMISSION:** By causing the document(s) to be transmitted by the Court's PACER filing system to the e-mail addresses of the individuals as indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 2, 2024**, in Costa Mesa, California.

*/s/ Younjin Lee*
Younjin (Jennifer) Lee