BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
SAMANTH FAHR (SBN 299409)
samantha.fahr@dentons.com
POOJA L. SHAH (SBN 330550)
pooja.l.shah@dentons.com
**DENTONS US LLP**
601 South Figueroa Street, Ste. 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

MICHAEL A. GEHRET (SBN 247869)
mike.gehret@dentons.com
TRINITY JORDAN (*Pro Hac Vice*)
trinity,jordan@dentons.com
JORDAN E. WESTGATE (*Pro Hac Vice*)
jordan.westgate@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000

*Attorneys for Defendant, Elite Creators LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., AND A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTEXT X, INC., VERGE AGENCY, INC., and ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT ELITE CREATORS LLC'S NOTICE OF NON-OPPOSITION TO THE FENIX DEFENDANTS' (1) MOTION TO DISMISS FOR FORUM NON CONVENIENS; AND (2) MOTION TO COMPEL PLAINTIFFS TO PROCEED IN THEIR REAL NAMES**<br><br>Judge: Hon. Fred W. Slaughter<br>Dept.: 10D<br>Date: January 30, 2024<br>Time: 10:00 a.m. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Elite Creators LLC does not oppose the Motion to Dismiss for Forum Non Conveniens (Dkt. 60) or the Motion to Compel Plaintiffs to Proceed in Their Real Names (Dkt. 61) filed by Defendants Fenix International Limited and Fenix Internet LLC.

DATED: December 2, 2024.

Respectfully submitted,

**DENTONS US LLP**

 /s/ Michael A. Gehret
Michael A. Gehret
Bety Javidzad
Trinity Jordan
Jordan E. Westgate
Samantha Fahr
Pooja L. Shah

*Attorneys for Defendant ELITE CREATORS LLC*