Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Plaintiff(s) | CASE NUMBER |
|---|---|
| N.Z., R.M., B.L., S.M. and A.L. | 8:24-cv-01655-FWS-SSC |

v.

Defendant(s):
Fenix International Limited
Fenix Internet LLC
Boss Baddies LLC
Moxy Management
Unruly Agency LLC (also d/b/a Dysrpt Agency)
Behave Agency, LLC
A.S.H. Agency
Content X, Inc.
Verge Agency, Inc.
Elite Creators LLC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Knox, Andrew W.  of  Timoney Knox LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   400 Maryland Drive
215-540-2643    215-540-2643    Fort Washington, PA 19034
*Telephone Number*   *Fax Number*
aknox@timoneyknox.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

N.Z., R.M., B.L., S.M. and A.L.

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other:

and designating as Local Counsel

Pitoun, Christopher R.   of   Hagens Berman Sobol Shapiro LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   301 N Lake Avenue, Suite 920
290235    213-330-7150    213-330-7152    Pasadena, CA 91101
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
christopherp@hbsslaw.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

☑ for failure to complete Application:

- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**