Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Click here to enter Plaintiff(s).
N.Z., R.M., B.L., S.M. and A.L.

Plaintiff(s),

v.

Click here to enter Defendant(s).
Fenix International Limited
Fenix Internet LLC
Boss Baddies LLC
Moxy Management
Unruly Agency LLC (also d/b/a Dysrpt Agency)
Behave Agency, LLC
A.S.H. Agency
Content X, Inc.
Verge Agency, Inc.
Elite Creators LLC

Defendant(s).

CASE NUMBER

8:24-cv-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vernon, Keith T.
*Applicant's Name (Last Name, First Name & Middle Initial)*
202-349-9864        215-540-2643
*Telephone Number        Fax Number*
kvernon@timoneyknox.com
*E-Mail Address*

of Timoney Knox LLP
1717 K Street NW, Suite 900
Washington, DC 20006

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

N.Z., R.M., B.L., S.M. and A.L.

*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Pitoun, Christopher R.
*Designee's Name (Last Name, First Name & Middle Initial)*
290235           213-330-7150       213-330-7152
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
christopherp@hbsslaw.com
*E-Mail Address*

of Hagens Berman Sobol Shapiro LLP
301 N Lake Avenue, Suite 920
Pasadena, CA 91101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1


☑ for failure to complete Application:

    ☐  pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐  pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐  because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                              **U.S. District Judge/U.S. Magistrate Judge**