Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
Email:  christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard Aragon (*pro hac* vice)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile:  (602) 840-3012
Email:  rob@hbsslaw.com
        leonarda@hbsslaw.com
        michellak@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**STIPULATION REQUESTING CONTINUANCE OF HEARING DATE**<br><br>Current Date: January 30, 2025, at 10:00 a.m.<br><br>Proposed Date: February 6, 2025, at 10:00 a.m.<br><br>Hon. Fred W. Slaughter |

1   Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs"), and
2   Defendants Fenix International Limited and Fenix Internet LLC (collectively, the
3   "Fenix Defendants," and collectively with Plaintiffs, the "Parties") hereby stipulate
4   and agree as follows:
5   WHEREAS, the Fenix Defendants filed a Motion to Dismiss for Forum Non
6   Conveniens, and Motion to Compel Plaintiffs to Proceed in Their Real Names
7   (collectively "Defendants' Motions") on October 25, 2024 (ECF Nos. 60–61);
8   WHEREAS, Plaintiffs filed Oppositions to Defendants' Motions on
9   November 27, 2024 (ECF Nos. 84–85);
10  WHEREAS, Defendants filed Replies in Support of Defendants' Motions on
11  December 27, 2024 (ECF Nos. 95–96);
12  WHEREAS, the Court, by stipulation, scheduled the oral argument on
13  Defendants' Motions to be heard on January 30, 2025 at 10:00 a.m. (ECF No. 71)
14  (Declaration of Robert B. Carey ("Carey Decl.") ¶ 3);
15  WHEREAS, the Court scheduled a Rule 26(f) Scheduling Conference in this
16  matter to be held on February 6, 2025, at 9:00 a.m., in Courtroom 10D (ECF No.
17  69);
18  WHEREAS, the attorney for Plaintiffs who is best positioned to argue in
19  opposition to Defendants' Motion to Dismiss for Forum Non Conveniens, having
20  argued a substantively similar motion in a case pending in the Northern District of
21  Illinois, has a conflict with the current hearing date (Carey Decl. ¶¶ 4–7);
22  WHEREAS, counsel for Plaintiffs responsible for the oral argument has an
23  opening brief due to the Fourth Circuit Court of Appeals on Wednesday, January
24  29, 2025, the day prior to the scheduled hearing. As a result, counsel is unable to
25  travel to participate in the January 30, 2025 hearing as currently scheduled (Carey
26  Decl. ¶¶ 8–9);
27
28

1  WHEREAS, the Parties agree that it would conserve party and judicial
2  resources to hold the oral argument on Defendants' Motions and the scheduling
3  conference on the same day.

4  WHEREAS, all Parties have received notice of the Fenix Defendants' and
5  Plaintiffs' stipulation to move the hearing and have not objected to this stipulation;

6  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
7  and between the Parties, through their undersigned counsel and subject to Court
8  approval, as follows:

9  1. The hearing on the Fenix Defendants' Motion to Dismiss for Forum
10 Non Conveniens (ECF No. 60) and Motion to Compel Plaintiffs to Proceed in Their
11 Real Names (ECF No. 61) is continued to February 6, 2025, at 10:00 a.m.; and

12 2. The Rule 26(f) Scheduling Conference will remain scheduled for
13 February 6, 2025, at 9:00 a.m., in Courtroom 10D.

15 DATED: January 13, 2025

16          HAGENS BERMAN SOBOL SHAPIRO LLP

17          By: _____*Robert B. Carey*_____
18              ROBERT B. CAREY
                *Attorneys for Plaintiffs*

***Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          By: _____*Jason D. Russell*_____
              JASON D. RUSSELL
              *Attorneys for Specially Appearing Defendants*
              Fenix International Limited and Fenix Internet LLC