Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**DECLARATION OF ROBERT B. CAREY IN SUPPORT OF STIPULATION REQUESTING CONTINUANCE OF HEARING DATE**<br><br>Hon. Fred W. Slaughter |

CAREY DECL. ISO STIP. REQUESTING CONTINUANCE OF HEARING DATE
Case No: 8:24-cv-01655-FWS-SSC

I, Robert B. Carey, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Arizona, and I have been admitted pro hac vice in this Court. I am a partner at Hagens Berman Sobol Shapiro LLP, and have appeared in this case as one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration on behalf of Plaintiffs in support of the Parties' Stipulation Requesting Continuance of Hearing Date.

3. The current in-person hearing date on the Fenix Defendants' Motion to Dismiss for Forum Non Conveniens (ECF No. 60) and Motion to Compel Plaintiffs to Proceed in Their Real Names (ECF No. 61) is January 30, 2025, at 10:00 a.m.

4. To best serve Plaintiffs and the putative class, putative Class Counsel has determined that Shana Khader is the best person to argue in opposition to the Fenix Defendants' Motion to Dismiss for Forum Non Conveniens.

5. Ms. Khader is counsel in *Phillip McFadden, et al. v. Fenix Internet, LLC, and Fenix International Limited*, Case No. 1:23-cv-06151, (N.D. Ill.), and co-counsel in this case. Her pro hac vice application in this case was granted on November 18, 2024 (ECF No. 78).

6. Ms. Khader argued a substantively similar motion in the Northern District of Illinois. The motion, captioned Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint, raised substantively analogous factual and legal arguments as the Fenix Defendants' Motion to Dismiss for Forum Non Conveniens raises here. The parties also relied on the same experts and expert declarations (with minor edits), to support the respective motions and oppositions in the Northern District of Illinois as they use here. As such, Ms. Khader is in the best position to efficiently and effectively argue the pending motion for Plaintiffs and the putative class.

1  7. Ms. Khader is based in Washington, D.C., and presently has a hearing
2  scheduled in D.C. Superior Court at 9:30 a.m. on Friday, January 31, 2025, the
3  morning after the scheduled hearing.
4  8. Counsel also has an opening brief due to the Fourth Circuit Court of
5  Appeals on Wednesday, January 29, 2025, the day prior to the scheduled hearing.
6  9. As a result, counsel is unable to travel to participate in the January 30,
7  2025 hearing as currently scheduled.
8  10. For these reasons, the Parties respectfully request a continuance on the
9  Fenix Defendants' Motion to Dismiss for Forum Non Conveniens (ECF No. 60)
10 and Motion to Compel Plaintiffs to Proceed in Their Real Names (ECF No. 61) to
11 February 6, 2025 at 10:00 a.m.
12 11. Plaintiffs' counsel gave notice to all parties of the Fenix Defendants'
13 and Plaintiffs' intent to move the hearing and did not receive an objection.
14 12. There have not been any previous requests for continuances for this
15 hearing.
16 13. I declare under penalty of perjury that the foregoing is true and correct.
17 Executed this 13th day of January, 2025, in Phoenix, Arizona.

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Robert B. Carey*
    Robert B. Carey