UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING CONTINUANCE OF HEARING DATE**<br><br>Hon. Fred W. Slaughter |

1    Having reviewed and considered the Parties' Stipulation Requesting
2    Continuance of Hearing Date, the files and records of the case, the applicable law,
3    and for the good cause demonstrated in the Stipulation and attached Declaration,
4    the court **ORDERS** the following:

5    1. The hearing on the Motion to Dismiss for Forum Non Conveniens (ECF No. 60) and Motion to Compel Plaintiffs to Proceed in Their Real Names (ECF No. 61), filed by Defendant Fenix Internet LLC and Defendant Fenix International Limited, are each CONTINUED to February 6, 2025, at 10:00 a.m., in Courtroom 10D; and

6    2. The Rule 26(f) Scheduling Conference will remain scheduled for February 6, 2025, at 9:00 a.m. in Courtroom 10D.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2025.

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER GRANTING STIP. REQUESTING CONTINUANCE OF HEARING DATE

011194-11/2686242 V1                                     Case No: 8:24-cv-01655-FWS-SSC