**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**ORDER RE STIPULATION REQUESTING CONTINUANCE OF HEARING DATE [98]**<br><br>Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Stipulation Requesting Continuance of Hearing Date [98] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation and attached Declaration, the court **ORDERS** the following:

1. The in-person hearings on the Motion to Dismiss for Forum Non Conveniens [60] and Motion to Compel Plaintiffs to Proceed in Their Real Names [61], filed by Defendant Fenix Internet LLC and Defendant Fenix International Limited, are each **CONTINUED** from January 30, 2025, at 10:00 a.m., in Courtroom 10D, to **February 6, 2025, at 10:00 a.m., in Courtroom 10D**; and

2. The Rule 26(f) Scheduling Conference [69] **REMAINS** scheduled for February 6, 2025, at 9:00 a.m. in Courtroom 10D.

Dated: January 14, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE