Name and address:
Armand J. Jaafari (SBN 316607)
Grand Park Law Group, A.P.C.
11835 W Olympic Blvd. Ste 870e
Los Angeles CA 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| S. M., N. Z., R. M., B. L. and A. L. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:2024cv01655 |
| v. | |
| Fenix International Limited, et al. | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Armand J. Jaafari     CA Bar Number: 316607

Firm or agency: Grand Park Law Group, A.P.C.

Address: 11835 W Olympic Blvd. Ste 870e, Los Angeles CA 90064

Telephone Number: (888) 629-4754     Fax Number: (310) 900-0805

Email: ajaafari@grandparklaw.com

Counsel of record for the following party or parties: Unruly Agency LLC and Behave Agency LLC

**SECTION II - TO ADD AN ATTORNEY TO THE DOCKET**

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

**SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET**

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
  *(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

**SECTION IV - SIGNATURE**

I request that the Clerk update the docket as indicated above.

Date: January 15, 2025

Signature: /s/ Armand J. Jaafari

Name: Armand J. Jaafari

G-123 (9/17)   **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**   Page 2 of 2

**PROOF OF SERVICE (2015.5 C.C.P.)**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11835 W Olympic Blvd., Los Angeles., Suite 870e, Los Angeles, CA 90064.

On January 15, 2025, I served on the parties of record in this action the foregoing document described as **NOTICE OF COUNSEL** addressed as follows:

**SEE ATTACHED SERVICE LIST.**

[ ]  **BY MAIL** (C.C.P. '1013(a) - I caused the aforementioned document(s) to be served upon the addressee as indicated on the attached **service list**. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FACSIMILE** (C.C.P. '1013(e); C.R.C. 2.306) - I caused the facsimile transmission to the facsimile number(s) indicated on the attached service list. Upon completion of the said facsimile transmission, the facsimile machine issued a report showing the transmission was complete and without error.

[ X ]  **ELECTRONIC SERVICE** (C.C.P. 1010.6(a)) - I caused the aforementioned document(s) to be electronically served upon the addressee as indicated on the attached service list.

[ ]  **BY PERSONAL SERVICE** (C.C.P. '1011) - I caused the aforementioned document(s)

[ ]  **BY OVERNIGHT DELIVERY** (C.C.P. '1013(c) - I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on **January 15, 2025**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
**Mariah A. Montemayor**

| | | |
|---|---|---|
| 1 | Christopher Pitoun (SBN 290235)<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Tel: 213−330−7150<br>Fax: 213−330−7152<br>Email: christopherp@hbsslaw.com | *Attorneys for Plaintiffs*,<br>N. Z., R.M., B.L., S.M., A.L, individually and on behalf of themselves and all others similarly situated |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Leonard W Aragon (*Pro Hac Vice*)<br>**Hagens Berman Sobol Shapiro LLP**<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>Tel: 602−840−5900 Fax: 602−840−5900 Email:<br>leonard@hbsslaw.com | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Michella A Kras (*Pro Hac Vice*)<br>**Hagens Berman Sobol Shapiro LLP**<br>11 W Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>Tel: 602−840−5900<br>Email: michellak@hbsslaw.com | |
| 10 | | |
| 11 | | |
| 12 | Robert B. Carey (*Pro Hac Vice*)<br>**Hagens Berman Sobol Shapiro LLP**<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>Tel: 602−840−5900 Fax: 602−840−3012<br>Email: rob@hbsslaw.com | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Andrea R. Gold (*Pro Hac Vice)*<br>**Tycko and Zavareei LLP**<br>2000 Pennsylvania Avenue NW, Suite 1010<br>Washington, DC 20006<br>Tel: 202−973−0900 Fax: 202−973−0950<br>Email: agold@tzlegal.com | |
| 17 | | |
| 18 | | |
| 19 | Annick Marie Persinger (SBN 272996)<br>**Tycko and Zavareei LLP**<br>10880 Wilshire Boulevard, Suite 1101<br>Los Angeles, CA 90024−4112<br>Tel: 510−254−6808; Fax: 202−973−0950<br>Email: apersinger@tzlegal.com | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | David A McGee (*Pro Hac Vice*)<br>**Tycko and Zavareei LLP**<br>2000 Pennsylvania Avenue NW<br>Suite 1010 Washington, DC 20006<br>Tel: 202−973−0900 Fax: 202−973−0950<br>Email: dmcgee@tzlegal.com | |
| 24 | | |
| 25 | | |
| 26 | Shana H Khader (*Pro Hac Vice*)<br>**Tycko and Zavareei LLP**<br>200 Pennsylvania Avenue NW, Suite 1010<br>Washington, DC 20006<br>202−973−0900 Fax: 202−973−0950<br>Email: skhader@tzlegal.com | |
| 27 | | |
| 28 | | |

*Left margin:* GRAND PARK LAW GROUP, A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Andrew W Knox (*Pro Hac Vice*)<br>**Timoney Knox LLP**<br>400 Maryland Drive Fort Washington, PA c19034<br>Tel: 215−540−2643 Fax: 215−540−2643<br>Email: aknox@timoneyknox.com<br><br>Keith T Vernon (*Pro Hac Vice*)<br>**Timoney Knox LLP**<br>1717 K Street NW Suite 900<br>Washington, DC 20006<br>Tel: 202−349−9864 Fax: 215−540−2643<br>Email: kvernon@timoneyknox.com | |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | Jason D. Russell (SBN 169219)<br>Hillary A. Hamilton (SBN 218233)<br>Peter Bradley Morrison (SBN 230148)<br>**Skadden Arps Slate Meagher and Flom LLP**<br>2000 Avenue of the Stars, Suite 200 N Los Angeles, CA 90067<br>Tel: 213−687−5328<br>Fax: 213−621−5328<br>Email: jason.russell@skadden.com | *Attorneys for Defendants,*<br>Fenix International Limited,<br>Fenix Internet LLC |

20
21
22
23
24
25
26
27
28

**GRAND PARK LAW GROUP**
A PROFESSIONAL CORPORATION

-3-
**NOTICE OF COUNSEL**

| | | |
|---|---|---|
| 1 | Barr Benyamin (SBN 318996)<br>Oliver Rocos (SBN 319059)<br>**Bird Marella Rhow Lincenberg Drooks and Nessim, LLP**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067<br>Tel: 310−201−2100 Fax: 310−201−2110<br>Email: bbenyamin@birdmarella.com ;<br>orocos@birdmarella.com | *Attorneys for Defendant*,<br>Moxy Management |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Nithin Kumar (SBN 300607)<br>**Kingfisher Law APC**<br>P.O. Box 492415<br>Los Angeles, CA 90049−9998<br>Tel: 408−930−3580<br>Email: nithin@kingfisherlawapc.com | *Attorneys for Defendant,*<br>Content X Inc. |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION

-4-
**NOTICE OF COUNSEL**

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | Younjin Lee (SBN 310198)<br>**Constangy Brooks Smith and Prophete LLP**<br>3420 Bristol Street 6th Floor<br>Costa Mesa, CA 92626<br>949−743−3979 Fax: 949−743−3934<br>Email: jlee@constangy.com<br><br>Brent Sedge (*Pro Hac Vice*)<br>**Constangy Brooks Smith and Prophete LLP**<br>1201 Elm Street Suite 2550<br>Dallas, TX 75270 214−646−8970<br>Email: bsedge@constangy.com | *Attorneys for Defendant,*<br>Verge Agency Inc. |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | Bety Javidzad (SBN 240598)<br>**Dentons US LLP**<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017−5704<br>213−623−9300 Fax: 213−623−9924<br>Email: bety.javidzad@dentons.com<br><br>Michael A Gehret (*Pro Hac Vice*)<br>**Denton Durham Jones Pinegar**<br>111 South Main Street, Suite 1830 Salt Lake City, UT 84111<br>801−415−3000<br>Email: mike.gehret@dentons.com<br><br>Jordan E. Westgate (*Pro Hac Vice*)<br>**Dentons Durham Jones Pinegar, P.C.**<br>111 South Main Street, Ste. 2400<br>Salt Lake City, UT 84111 801−415−3000 Fax: 801−415−3500<br>Email: jordan.westgate@dentons.com<br><br>Trinity S. Jordan (*Pro Hac Vice*)<br>**Dentons Durham Jones Pinegar, P.C.**<br>111 South Main Street, Ste. 2400<br>Salt Lake City, UT 84111<br>801−415−3000 Fax: 801−415−3500<br>Email: trinity.jordan@dentons.com | *Attorneys for Defendant,*<br>Elite Creators LLC |

25

26

27

28

**GRAND PARK LAW GROUP**
A PROFESSIONAL CORPORATION

-5-
**NOTICE OF COUNSEL**