# EXHIBIT A

**Plaintiffs' and Defendants' Proposed Case Schedules**

*N.Z., et al. v. Fenix International Limited, et al.*

Central District of California, Case No. 8:24-cv-01655-FWS-SSC

| Event | Plaintiffs' Proposed Dates | Defendants' Proposed Dates |
|---|---|---|
| Motions to Dismiss | Motion: 7 days after ruling on FNC<br><br>Responses 35 days after motion<br><br>Reply: 28 days after response | Motion: 30 days after Plaintiffs file an amended complaint, or 14 days after Plaintiffs notify Defendants they do not intend to amend their complaint, per Court's October 28 Order Sequencing Dispositive Motions, ECF No. 68 ("October 28 Order").<br><br>Responses: 35 days after motion<br><br>Reply: 28 days after response |
| Start of discovery | Day after ruling on Forum Non Conveniens ("FNC") | Day after ruling on Rule 12 Motions to Dismiss ("MTDs") |
| Initial Disclosure Deadline | January 30, 2025 | 30 days after ruling on MTDs |
| Deadline to file Motion to Amend Pleadings/Add Parties | Motion: 60 days after ruling on Motions to Dismiss ("MTD")<br><br>Responses: 28 days after motion<br><br>Reply: 21 days after motion | Motion: 60 days after the start of discovery<br><br>Responses: 28 days after motion<br><br>Reply: 21 days after motion<br><br>Note: This does not affect the schedule found in the Court's October 28 Order. |
| Last day to hear Motion to Amend Pleadings/Add Parties | 4 weeks after reply deadline | 4 weeks after reply deadline |
| Class Certification Expert Disclosures, including service of expert reports if required | Initial: 240 days after ruling on MTD<br><br>Rebuttal: 45 days after initial class certification expert disclosures | Initial: 240 days after ruling on MTDs<br><br>Rebuttal: 45 days after initial class certification expert disclosures |

| Class Certification Expert Discovery Cutoff | 45 days after rebuttal expert disclosures | 45 days after rebuttal expert disclosures |
|---|---|---|
| Class Certification Motion | Motion: 30 days after class certification expert cutoff<br>Response: 35 days after motion<br>Reply: 28 days after response | Motion: 30 days after class certification expert discovery cutoff<br>Response: 35 days after motion<br>Reply: 28 days after response |
| Last day to hear Class Certification Motion | 4 weeks after the reply deadline | 4 weeks after the reply deadline, subject to court's calendar |
| Fact Discovery Cutoff | 45 days after rebuttal expert disclosure | 60 days after ruling on Class Certification Motion |
| Expert Disclosures, including service of expert reports if required | Initial: 60 days after ruling on Class Certification Motion<br>Rebuttal: 45 days after initial expert disclosure | Initial: 7 days after fact discovery cutoff<br>Rebuttal: 45 days after initial expert disclosure |
| Expert Discovery Cutoff | 45 days after rebuttal expert disclosure | 45 days after rebuttal expert disclosure |
| Dispositive and *Daubert* Motion Deadlines | Motion: same day as discovery cutoff<br>Response: 35 days after motion<br>Reply: 28 days after response | Motion: 30 days after expert discovery cutoff<br>Response: 35 days after motion<br>Reply: 28 days after response |
| ADR Deadline | Same day as discovery cutoff | 3 weeks after dispositive motion reply deadline |
| Last day to hear Dispositive and *Daubert* Motions | 4 weeks after the reply deadline | 4 weeks after the reply deadline, subject to court's calendar |
| Trial Filings (first round) | 60 days after ruling on dispositive and *Daubert* motions | 60 days after ruling on dispositive and *Daubert* motions |
| Trial Filings (second round) | 30 days after Trial Filings (first round) | 30 days after Trial Filings (first round) |
| Pretrial Conference | TBD by the Court | TBD by the Court |
| Trial | TBD by the Court | TBD by the Court |