# EXHIBIT B

**JUDGE FRED W. SLAUGHTER**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. 8:24-cv-01655-FWS-SSC | Case Name: N.Z., et al. v. Fenix International Limited, et al. | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pls' Date mm/dd/yyyy** | **Defs' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Check one: [ X ] Jury Trial or [ ] Bench Trial **[Tuesday at 8:00 a.m., within 18 months after Complaint filed]** Estimated Duration: TBD Days | | TBD | TBD | [ ] Jury Trial [ ] Bench Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* **[Thursday at 8:30 a.m., at least 19 days before trial]** | | 30 days after SJ Order | 30 days after SJ Order | |
| **Event** [1] *Note:* Hearings shall be on Thursdays at 10:00 a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | **Pls' Date mm/dd/yyyy** | **Defs' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties [Thursday] | | 4 weeks after reply deadline | 4 weeks after reply deadline | |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | 26 | 45 days after rebuttal expert disclosure | 60 days after ruling on class certification motion | |
| Expert Disclosure (Initial) | 24 | 60 days after ruling on Class Certification Motion | 7 days after non-expert discovery cut-off | |
| Expert Disclosure (Rebuttal) | 22 | 45 days after initial expert disclosure | 45 days after initial expert disclosure | |
| Expert Discovery Cut-Off | 20[2] | 45 days after rebuttal expert disclosure | 45 days after rebuttal expert disclosure | |
| Last Date to **Hear** Motions [Thursday] • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 12 | 4 weeks after the reply deadline | 4 weeks after the reply deadline | |

| | | | | |
|---|---|---|---|---|
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select one:* [ ] 1. Magistrate Judge<br>　　　　　　 [ ] 2. Court's Mediation Panel<br>　　　　　　 [X] 3. Private Mediation | 10 | Same day as discovery cutoff | 3 weeks after reply deadline for dispositive motions | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions *in Limine* with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | 60 days after ruling on dispositive and *Daubert* motions | 60 days after ruling on dispositive and *Daubert* motions | |
| **Trial Filings (second round)**<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 | 30 days after Trial Filings (first round) | 30 days after Trial Filings (first round) | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.