Name and address:

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

N.Z., et al.

Plaintiff(s)

v.

FENIX INTERNATIONAL LIMITED, et al.

Defendant(s).

CASE NUMBER

8:24-CV-01655-FWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goertz, Seth T.

*Applicant's Name (Last Name, First Name & Middle Initial)*

602-735-2681

*Telephone Number*

602-926-2471

*Fax Number*

goertz.seth@dorsey.com

*E-Mail Address*

of

Dorsey & Whitney LLP
2325 E. Camelback Rd, Ste 300
Phoenix, AZ 85016

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

N.Z., R.M., B.L., S.M., and A.L.

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

**and designating as Local Counsel**

Pitoun, Christopher R.

*Designee's Name (Last Name, First Name & Middle Initial)*

290235

*Designee's Cal. Bar No.*

213-330-7150

*Telephone Number*

213-330-7152

*Fax Number*

christopherp@hbsslaw.com

*E-Mail Address*

of

Hagens Berman Sobol Shapiro LLP
301 North Lake Ave, Suite 920
Pasadena, CA 91101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____                                  _____
                                              **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1