UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., et al.<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>8:24-CV-01655-FWS-SSC<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [103] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stone, Andrew C.         of    Dorsey & Whitney LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   2325 E. Camelback Rd, Ste 300
602-735-2691         602-926-2471                                     Phoenix, AZ 85016
*Telephone Number*    *Fax Number*
stone.andy@dorsey.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
N.Z., R.M., B.L., S.M., and A.L.

*Name(s) of Party(ies) Represented*                 ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**
Pitoun, Christopher R.                     of    Hagens Berman Sobol Shapiro LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   301 North Lake Ave, Suite 920
290235       213-330-7150     213-330-7152          Pasadena, CA 91101
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
christopherp@hbsslaw.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   January 29, 2025                                    _____
                                                            U.S. District Judge