UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., et al.<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>8:24-CV-01655-FWS-SSC<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [104] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Goertz, Seth T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

602-735-2681   602-926-2471
*Telephone Number*   *Fax Number*

goertz.seth@dorsey.com
*E-Mail Address*

of  Dorsey & Whitney LLP
2325 E. Camelback Rd, Ste 300
Phoenix, AZ 85016
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
N.Z., R.M., B.L., S.M., and A.L.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Pitoun, Christopher R.
*Designee's Name (Last Name, First Name & Middle Initial)*

290235   213-330-7150   213-330-7152
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

christopherp@hbsslaw.com
*E-Mail Address*

of  Hagens Berman Sobol Shapiro LLP
301 North Lake Ave, Suite 920
Pasadena, CA 91101
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   January 29, 2025

_____
. . District Judge