Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
Brent Sedge (Admitted *Pro Hac Vice*)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Tel.: 949.743.3979
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com
bsedge@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT VERGE AGENCY, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br><br>Date:    February 6, 2025<br>Time:    9:00 a.m.<br>Crtrm.:  10D<br><br>Assigned to Hon. Fred W. Slaughter |

In accordance with the Court's standing requirements for hearings, Defendant Verge Agency, Inc. ("Verge") submits Defendant Verge Agency, Inc.'s Motion for Leave to Appear Telephonically ("Motion") for the Scheduling Conference and Hearing on Motions in this matter set for February 6, 2025, at 9:00 am and 10:00 am respectively. In support, Verge shows the following:

## I.  **BACKGROUND**

Defendants Fenix International Limited and Fenix Internet, LLC (collectively, "Fenix Defendants") previously filed a Motion to Dismiss for Forum Non Conveniens (ECF No. 60) and Motion to Compel Plaintiffs to Proceed in Their Real Names (ECF No. 61) (collectively, "Fenix Defendants' Motions") on October 25, 2024. Plaintiffs filed Oppositions to Fenix Defendants' Motions on November 27, 2024. (ECF Nos. 84–85). Fenix Defendants filed Replies in Support of Defendants' Motions on December 27, 2024. (ECF Nos. 95–96).

By stipulation, the Court initially scheduled oral argument on the Fenix Defendants' Motions for January 30, 2025 at 10:00 a.m. (ECF No. 71). In addition, the Court scheduled a Rule 26(f) Scheduling Conference in this matter for February 6, 2025, at 9:00 a.m., in Courtroom 10D. (ECF No. 69).

Fenix Defendants and Plaintiffs later stipulated (without objection) to continuance of the hearing on the Fenix Defendants' Motions from January 30, 2025, to February 6, 2025, due to conflicting engagements of counsel. (ECF. No. 98).Based this Stipulation, the Court subsequently continued the hearing on the Fenix Defendants' Motions to February 6, 2025, at 10:00 am in Courtroom 10D. (ECF No. 99).

## II.  **RELIEF REQUESTED**

Due to preexisting travel and professional commitments, Verge's counsel is unable to travel to participate in-person for February 6, 2025 hearings as currently schedule. Counsel thus respectfully requests leave from the Court to attend these hearings via remote methods.

Granting such a request would conserve resources and should not have any adverse impact on the Court's proceedings. Counsel for Verge has conferred with Plaintiffs' counsel who is unopposed to the relief sought by this Motion.

//

//

DEFENDANT VERGE AGENCY, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

**III.   <u>CONCLUSION</u>**

Verge respectfully requests that the Court grant this Motion and permit counsel for Verge to appear at the Rule 26(f) Conference and hearing on Fenix Defendants' Motions remotely currently set for February 6, 2025.

Respectfully submitted,

DATED: January 31, 2025          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: _/s/ Younjin (Jennifer) Lee_
Allen Sattler
Younjin (Jennifer) Lee
Brent Sedge

*Counsel for Defendant Verge Agency, Inc.*

DEFENDANT VERGE AGENCY, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to this action. I am employed in the County of Orange County, State of California. My business address is 3420 Bristol Street, 6th Floor, Costa Mesa, CA 92626.

On January 31, 2025, I caused to be served a true copy of the document(s) entitled:

### DEFENDANT VERGE AGENCY, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

on all individuals as indicated on the Court's ECF System

✓    **BY ELECTRONIC TRANSMISSION:** By causing the document(s) to be transmitted by the Court's PACER filing system to the e-mail addresses of the individuals as indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 31, 2025, in Costa Mesa, California.


*/s/ Younjin Lee*
Younjin (Jennifer) Lee

DEFENDANT VERGE AGENCY, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY