Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
Brent Sedge (Admitted *Pro Hac Vice*)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Tel.: 949.743.3979
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com
bsedge@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT VERGE AGENCY, INC.'S PROPOSED ORDER FOR MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Date:　February 6, 2025<br>Time:　9:00 a.m.<br>Crtrm.:　10D<br><br>Assigned to Hon. Fred W. Slaughter |

1

PROPOSED ORDER

1    The Court, having considered Defendant Verge Agency, Inc.'s Motion for leave
2 to Appear Telephonically for the Scheduling Conference and Hearing on Motions in
3 this matter set for February 6, 2025 at 9:00 a.m. and 10:00 a.m. respectively, all papers
4 filed in support thereof and in opposition thereto, the argument of counsel, and good
5 cause appearing, hereby GRANTS the Motion in its entirety.

7 IT IS SO ORDERED.

9 DATE: _____        _____
                                            Honorable Fred W. Slaughter
                                            United States District Court Judge

PROPOSED ORDER