JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
HILLARY A. HAMILTON (SBN 218233)
hillary.hamilton@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Specially Appearing
Defendants
Fenix International Limited
and Fenix Internet LLC

*Additional Counsel appear on Signature Block*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>Hon. Fred W. Slaughter<br><br>**(1) REQUEST FOR CLARIFICATION OF COURT ORDER; and**<br><br>**(2) [PROPOSED] ORDER (filed under separate cover).** |

1. On January 23, 2025, Plaintiffs N.Z., R.M., B.L., S.M., and A.L., Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC, and Defendants Content X, Elite Creators LLC, Moxy Management, and Verge Agency Inc. (collectively, the "Parties") jointly filed a Rule 26(f) report. *See* ECF 102.

2. On February 3, 2025, the Court issued an order requiring the Parties to jointly file an amended Rule 26(f) report by February 13, 2025, containing a completed scheduling worksheet. *See* ECF 109.

3. The Court's order states that the parties did not include a completed Schedule of Pretrial and Trial Dates Worksheet. *Id.*

4. In their joint filing on January 23, 2025, the Parties attached a Schedule of Pretrial and Trial Dates Worksheet as Exhibit B. *See* ECF 102-2.

5. The Parties respectfully request clarification of the Court's order as to what the Court would like the Parties to file with their amended Rule 26(f) report.

DATED: February 4, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Jason D. Russell*_____
JASON D. RUSSELL
*Attorneys for Specially Appearing Defendants*
Fenix International Limited and Fenix Internet LLC
***All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

KINGFISHER LAW APC

By: _____*/s/ Nithin Kumar*_____
NITHIN KUMAR
*Attorneys for Defendant*
Content X

1

DENTONS US LLP

By: */s/ Trinity Jordan*
Trinity S. Jordan
*Attorneys for Defendant*
Elite Creators LLC

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP

By: */s/ Barr Benyamin*
Barr Benyamin
*Attorneys for Defendant*
Moxy Management

CONSTANGY BROOKS SMITH AND PROPHETE LLP

By: */s/ Younjin Lee*
Younjin Lee
*Attorneys for Defendant*
Verge Agency Inc.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Robert Carey*
ROBERT B. CAREY
*Attorneys for Plaintiffs*

2