UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　　　Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER CLARIFYING FEBRUARY 3, 2025 ORDER**<br><br>Hon. Fred W. Slaughter |

# [PROPOSED] ORDER

For good cause shown, the Court clarifies its order of February 3, 2025, and directs the parties to make the following changes to their joint scheduling worksheet:

**IT IS SO ORDERED.**

Date: _____, 2025            _____
                                       Hon. Fred W. Slaughter
                                       United States District Judge

1