# EXHIBIT B

**JUDGE FRED W. SLAUGHTER**
**<u>SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET</u>**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. 8:24-cv-01655-FWS-SSC | Case Name: N.Z., et al., v. Fenix International Limited, et al. | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference  Dates** | | **Pls' Date mm/dd/yyyy** | **Defs' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Check one:  [ X ] Jury Trial  or  [ ] Bench  Trial **[Tuesday at 8:00 a.m., within 18 months after Complaint   filed]** Estimated  Duration: TBD or <u>28</u> Days | | 10/05/2027 | 10/26/2027 | [ ] Jury Trial [ ] Bench  Trial _____Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on   Motions *in Limine* **[Thursday at 8:30 a.m., at least 19 days before   trial]** | | 09/16/2027 | 09/16/2027 | |
| **Event [1]** *Note:* Hearings shall be on Thursdays at 10:00  a.m. Other dates can be any day of the week. | **Weeks Before FPTC** | **Pls' Date mm/dd/yyyy** | **Defs' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings/Add Parties [Thursday] | | 10/23/2025 | 10/23/2025 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for <u>filing</u> dispositive  motions)** | 26 | 02/18/2027 | 11/12/2026 | |
| Expert Disclosure  (Initial) | 24 | 11/19/2026 | 11/19/2026 | |
| Expert Disclosure  (Rebuttal) | 22 | 01/07/2027 | 01/07/2027 | |
| Expert Discovery  Cut-Off | 20[2] | 02/18/2027 | 02/18/2027 | |
| Last Date to <u>Hear</u> Motions [Thursday] • Motion for Summary Judgment due at least 6  weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is  filed • Reply due 1 week after Opposition is  filed | 12 | 05/27/2027 | 05/27/2027 | |

| | | | | |
|---|---|---|---|---|
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select one:* [ ] 1. Magistrate  Judge<br>[ ] 2. Court's Mediation Panel<br>[X] 3. Private  Mediation | 10 | 05/20/2027 | 05/20/2027 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first  round)**<br>• Motions *in Limine* with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | 07/29/2027 | 07/29/2027 | |
| **Trial Filings (second  round)**<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any  (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 | 09/02/2027 | 09/02/2027 | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.
[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.