| | |
|---|---|
| 1 | Allen Sattler (SBM 321086) |
| 2 | Younjin (Jennifer) Lee (SBN 310198)<br>Brent Sedge (Admitted *Pro Hac Vice*) |
| 3 | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**<br>Laguna Hills Carlota Plaza |
| 4 | 23046 Avenida de la Carlota, Suite 600<br>Laguna Hills, California 92653 |
| 5 | Tel.: 949.743.3924<br>Fax: 949.743.3934 |
| 6 | asattler@constangy.com<br>jlee@constangy.com |
| 7 | bsedge@constangy.com |
| 8 | |
| 9 | *Counsel for Defendant Verge Agency, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>       Defendants. | Case No.: 8:24-cv-01655-FWS-SSC<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Hon. Fred W. Slaughter |

NOTICE OF CHANGE OF ADDRESS

1  TO THE CLERK OF THE COURT AND ALL PARTIES:

2      PLEASE TAKE NOTICE that Allen Sattler, Younjin (Jennifer) Lee and Brent
3  Sedge, Counsel for Defendant Verge Agency, Inc. in the above-captioned matter, is
4  providing notice of change of address. All future notices, filings, and correspondence
5  should be directed to:

Allen Sattler
Younjin (Jennifer) Lee
Brent Sedge
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Laguna Hills Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, California 92653
Telephone: (949) 743-3924
Email: asattler@constangy.com
jlee@constangy.com
bsedge@constangy.com

DATED: February 26, 2025          Respectfully submitted,

*s/ Younjin Lee*

Allen Sattler (SBM 321086)
Younjin (Jennifer) Lee (SBN 310198)
Brent Sedge (Admitted *Pro Hac Vice*)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
Laguna Hills Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, California 92653
Telephone: (949) 743-3924
jlee@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**

I am over 18 years of age and not a party to this action. I am employed in the County of Orange County, State of California. My business address is Laguna Hills Carlota Plaza, 23046 Avenida de la Carlota, Suite 600, Laguna Hills, CA 92653.

On **February 26, 2025**, I served a true copy of the document(s) entitled:

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

on the following individuals by the method(s) indicated below:

| | |
|---|---|
| Michael C. McKay<br>**MCKAY LAW, LLC**<br>5635 N. Scottsdale Road, Suite 117<br>Scottsdale, Arizona 85250<br>Email: mmckay@mckaylaw.us | John Nelson (*pro hac vice*)<br>**MILBERG COLEMAN BRYSON PHILIPS GROSSMAN, PLLC**<br>280 S. Beverly Drive<br>Beverly Hills, California 90212<br>Email: jnelson@milberg.com |
| Marc H. Edelson (*pro hac vice*)<br>**EDELSON LECHTZIN LLP**<br>411 S. State Street, Suite N300<br>Newtown, Pennsylvania 18940<br>Email: medelson@edelson-law.com | Ronald Podolny (*pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Fl<br>Tampa, Florida 33602<br>ronald.podolny@forthepeople.com |
| Daniel Srourian (*pro hac vice*)<br>**SROURIAN LAW FIRM, P.C.**<br>468 N. Camden Drive, Suite 200<br>Beverly Hills, California 90210<br>Email: daniel@slfla.com | Carl V. Malmstrom (*pro hac vice*)<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC**<br>111 W. Jackson Street, Suite 1700<br>Chicago, Illinois 60604<br>Email: malmstrom@whafh.com |

*Attorneys for Plaintiff Verge Agency, Inc.*

__X__ **BY ELECTRONIC TRANSMISSION:** By causing the document(s) to be transmitted by the Court's CM/ECF system to the e-mail addresses of the individuals as indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 26, 2025**, in Laguna Hills, California.

*s/ Younjin Lee*
Younjin (Jennifer) Lee