# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC, et al.<br><br>Defendant(s) | CASE NUMBER 8:24-cv-01655-FWS-SSC<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [119] |

[X] The Court hereby orders that the request of:

Unruly Agency LLC and Behave Agency LLC    [ ] Plaintiff  [X] Defendant  [ ] Other
*Name of Party*

[X] to substitute **Matthew Jacobs** who is

[X] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

The Jacobs Law Firm, PC, 5743 Corsa Avenue, Suite 208
*Street Address*

Westlake Village, CA 91362          matt@jacobslawfirm.com
*City, State, Zip*                   *E-Mail Address*

805-601-7504          n/a          331916
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of **Armand J. Jaafari of Grand Park Law Group, A.P.C**
*List all attorneys from same firm or agency who are withdrawing.*

is hereby [X] GRANTED  [ ] DENIED

[X] The Court hereby orders that the request of **Armand J. Jaafari**
*List all attorneys from same firm or agency who are withdrawing.*

Grand Park Law Group, A.P.C., 11835 W. Olympic Blvd., Suite 870e, Los Angeles, CA 90064

to withdraw as attorney of record for **Unruly Agency LLC and Behave Agency LLC**

is hereby [X] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  May 20, 2025

*U. S. District Judge*

G-01 ORDER (02/24)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY