UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND FAILURE TO STATE A CLAIM**<br><br>Hon. Fred W. Slaughter |

# [PROPOSED] ORDER

The Court, having considered the Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim, and Improper Venue filed by Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC ("the Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby **GRANTS** the Motion in its entirety with prejudice.

**IT IS SO ORDERED.**

Date: _____, 2025

_____
Hon. Fred W. Slaughter
United States District Judge