# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION AND MOTION TO STRIKE CLAIMS OF NON-CALIFORNIA DEFENDANTS**<br><br>Hon. Fred W. Slaughter |

# [PROPOSED] ORDER

The Court, having considered the Motion To Strike Claims Of Non-California Defendants filed by Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC and Defendants Content X, Inc., Elite Creators LLC, Moxy Management, Verge Agency Inc., Unruly Agency LLC, and Behave Agency LLC ("the Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby **GRANTS** the Motion in its entirety.

**IT IS SO ORDERED.**

Date: _____, 2025

_____
Hon. Fred W. Slaughter
United States District Judge