# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MOXY MANAGEMENT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Assigned to Hon. Fred W. Slaughter |

1

[PROPOSED] ORDER GRANTING DEFENDANT MOXY MANAGEMENT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

# [PROPOSED] ORDER

The Court, having considered Defendant Moxy Management's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, having read and considered papers submitted both in support of and in opposition to the motion and based upon further briefing, papers and pleadings on file in this matter as well as the oral arguments, and finding good cause exists, hereby ORDERS that Defendant Moxy Management's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint is GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Fred W. Slaughter
United States District Judge