# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELITE CREATORS LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:    June 26, 2025<br>Time:   10:00 a.m.<br>Ctrm:   10D<br>Judge:  Hon. Fred W. Slaughter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On May 23, 2025, Defendant Elite Creators LLC filed its Motion to Dismiss Plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to F.R.C.P. 12(b)(6). The Court having fully considered all papers filed in support of and in opposition of this Motion, argument of counsel and all other pleadings and papers on file herein, and finding good cause therefor, hereby GRANTS the Motion to Dismiss and ORDERS as follows:

1. Defendant Elite Creators LLC's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED; and

2. All claims for relief against Elite Creators LLC are hereby DISMISSED with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Fred W. Slaughter
United States District Judge