# Secretary of State
## Certificate of Dissolution
(California Stock Corporation ONLY)

**DISS STK**

**For Office Use Only**

**-FILED-**

File No.: BA20241454748

Date Filed: 8/8/2024

There is **No Fee** for filing a Certificate of Dissolution - Stock

Certification Fee (Optional) - $5.00

*This Space For Office Use Only*

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

Content X, Inc.

**2. Secretary of State Entity Number**

C4634927

**3. Election**

[X] The dissolution was made by a vote of ALL of the shareholders of the California corporation.

Note: If the above box is not checked, a Certificate of Election to Wind Up and Dissolve (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

[X] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the attachment to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below**

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | Type or Print Name |
|---|---|---|
| 12/01/2023 | *[signature]* | Annabella Thorne |
| 12/01/2023 | *[signature]* | Tamara Thorne |
| 12/01/2023 | *[signature]* | Thor Bradwell |

DISS STK (REV 03/2022)

2022 California Secretary of State
bizfileOnline.sos.ca.gov