

1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

13

14

15

16

17

18

19

20

21

22

23

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

                Plaintiff,

      vs.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

           Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**[PROPOSED] ORDER GRANTING DEFENDANT CONTENT X, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**

24

25

26

27

28

1

## [PROPOSED] ORDER

The Court, having considered Defendant Content X, Inc.'s Notice of Motion to Dismiss the First Amended Complaint and Request for Judicial Notice, having read and considered papers submitted both in support of and in opposition to the motion and based upon further briefing, papers and pleadings on file in this matter as well as the oral arguments, and finding good cause exists, hereby ORDERS that Defendant Content X, Inc.'s Motion to Dismiss the First Amended Complaint is GRANTED. The Court further GRANTS Content X, Inc.'s Request for Judicial Notice.

**SO ORDERED**.

DATED: _____          _____

Hon. Fred W. Slaughter
United States District Judge