Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Tel.: 949.743.3979
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>    Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VERGE AGENCY, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT FOR FORUM NON CONVENIENS**<br><br>Date:    June 26, 2025<br>Time:   10:00 a.m.<br>Crtrm.: 10D<br><br>Assigned to Hon. Fred W. Slaughter |

1

[PROPOSED] ORDER GRANTING DEFENDANT VERGE AGENCY, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT FOR FORUM NON CONVENIENS

12915471v1

1    The Court, having considered Defendant Verge Agency, Inc.'s Motion to
2    Dismiss Plaintiffs' First Amended Class Action Complaint for Forum Non Conveniens
3    (the "Motion"), all papers filed in support thereof and in opposition thereto, the
4    argument of counsel, and good cause appearing, hereby GRANTS the Motion in its
5    entirety with prejudice.

7    IT IS SO ORDERED.

9    DATE: _____        _____
10                                                Honorable Fred W. Slaughter
                                                  United States District Court Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT VERGE AGENCY, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT FOR FORUM NON CONVENIENS

12915471v1