Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email:  christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile:  (602) 840-3012
Email:  rob@hbsslaw.com
          leonarda@hbsslaw.com
          michellak@hbsslaw.com

*Attorneys for Plaintiffs*

*(continued on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME REGARDING MOTIONS TO DISMISS**<br><br>Current Date: June 26, 2025, at 10:00 a.m.<br><br>Proposed Date: September 4, 2025, at 10:00 a.m.<br><br>Hon. Fred W. Slaughter |

Andrea R. Gold (*pro hac vice*)
David A. McGee (*pro hac vice*)
Shana H. Khader (*pro hac vice*)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com
dmcgee@tzlegal.com
skhader@tzlegal.com

Andrew W. Knox (*pro hac vice*)
TIMONEY KNOX LLP
400 Maryland Drive
Fort Washington, PA 19034
Phone: (215) 540-2643
Facsimile: (215) 540-2643
Email: aknox@timoneyknox.com

Keith T. Vernon (*pro hac vice*)
TIMONEY KNOX LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (202) 349-9864
Facsimile: (215) 540-2643
Email: kvernon@timoneyknox.com

Andrew C. Stone (*pro hac vice*)
Seth T. Goertz (*pro hac vice*)
DORSEY & WHITNEY LLP
2325 E Camelback Road, Suite 300
Phoenix, AZ 85016
Phone: (602) 735-2691
Facsimile: (602) 926-2471
Email: stone.andy@dorsey.com
goertz.seth@dorsey.com

*Attorneys for Plaintiffs*

Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs"), Defendants Fenix International Limited and Fenix Internet LLC (collectively, the "Fenix Defendants"), and Defendants Content X, Inc., Elite Creators LLC, Moxy Management, Verge Agency, Inc., Unruly Agency LLC, and Behave Agency LLC (collectively, the "Agency Defendants," collectively with the Fenix Defendants, "Defendants," and collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Defendants filed various Motions to Dismiss and a Motion to Strike, and the Fenix Defendants filed a Request for Judicial Notice on May 23, 2025 (collectively "Defendants' Motions") (ECF Nos. 121–129);

WHEREAS, Plaintiffs need additional time to respond to Defendants' Motions given the number of motions and counsel's schedules;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to Court approval, as follows:

1. Plaintiffs' Responses are due by July 10, 2025;
2. Defendants' Replies are due by August 11, 2025; and
3. The hearing date on the Defendants' Motions to Dismiss and Motion to Strike is continued to September 4, 2025, at 10:00 a.m.

DATED: June 6, 2025           Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____/s/ Robert B. Carey_____
ROBERT B. CAREY
*Attorneys for Plaintiffs*

*Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Jason D. Russell
JASON D. RUSSELL
*Attorneys for Specially Appearing Defendants*
Fenix International Limited and Fenix Internet LLC

KINGFISHER LAW APC

By: /s/ Nithin Kumar
NITHIN KUMAR
*Attorney for Defendant*
Content X, Inc.

DENTONS US LLP

By: /s/ Michael Gehret
MICHAEL GEHRET
*Attorneys for Defendant*
Elite Creators LLC

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP

By: /s/ Oliver Rocos
OLIVER ROCOS
*Attorneys for Defendant*
Moxy Management

CONSTANGY BROOKS SMITH AND PROPHETE LLP

By: /s/ Younjin Lee
YOUNJIN LEE
*Attorneys for Defendant*
Verge Agency, Inc.

THE JACOBS LAW FIRM, PC

By: /s/ Matthew Jacobs
MATTHEW JACOBS
*Attorney for Defendants*
Unruly Agency LLC and Behave Agency LLC

-2-
JOINT STIP. FOR EXTENSION OF TIME