UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME REGARDING MOTIONS TO DISMISS**<br><br>Hon. Fred W. Slaughter |

1  Having reviewed and considered the Parties' Stipulation for Extension of
2  Time Regarding Motions to Dismiss, the files and records of the case, the
3  applicable law, and for the good cause demonstrated in the Stipulation, the court
4  **ORDERS** the following:
5      1. Plaintiffs' Responses are due by July 10, 2025;
6      2. Defendants' Replies are due by August 11, 2025; and
7      3. The hearing date on the Defendants' Motions to Dismiss and Motion to
8  Strike is continued to September 4, 2025, at 10:00 a.m.

10 **IT IS SO ORDERED.**
11 DATED this ___ day of _____, 2025.

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT JUDGE