NOTE: CHANGES MADE BY COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME REGARDING MOTIONS TO DISMISS [130]**<br><br>Assigned to Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Joint Stipulation for Extension of Time Regarding Motions to Dismiss, (Dkt. 130 ("Stipulation")), between Plaintiff N.Z., Plaintiff R.M., Plaintiff B.L., Plaintiff S.M., and Plaintiff A.L. (collectively, "Plaintiffs"), and Defendant Fenix International Limited, Defendant Fenix Internet LLC, Defendant Content X, Inc., Defendant Elite Creators LLC, Defendant Moxy Management, Defendant Verge Agency, Inc., Defendant Unruly Agency LLC, and Defendant Behave Agency LLC (collectively, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Plaintiffs shall file a response to Defendants' Motions to Dismiss and Motion to Strike, (Dkts. 121-129 (collectively, "Motions")), on or before **July 10, 2025**;

2. Defendants shall file their reply in support of the Motions on or before **August 11, 2025**; and

3. The in-person hearing on each of the Motions is **CONTINUED** from June 26, 2025, at 10:00 a.m., in Courtroom 10D, to **September 4, 2025, at 10:00 a.m., in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated: June 9, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE