Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**JOINT STIPULATION TO EXTEND WORD LIMIT**<br><br>Hon. Fred W. Slaughter |

Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs"), Defendants Fenix International Limited and Fenix Internet LLC (collectively, the "Fenix Defendants"), and Defendants Content X, Inc., Elite Creators LLC, Moxy Management, Verge Agency, Inc., Unruly Agency LLC, and Behave Agency LLC (collectively, the "Agency Defendants," collectively with the Fenix Defendants, "Defendants," and collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Defendants filed various Motions to Dismiss and a Motion to Strike, and the Fenix Defendants filed a Request for Judicial Notice on May 23, 2025 (collectively "Defendants' Motions") (ECF Nos. 121–129);

WHEREAS, Plaintiffs believe it would conserve judicial and party resources to consolidate their arguments in response to the nine Motions filed by Defendants into three briefs, and may need to exceed the word limit set by Local Rule 11-6.1 for a single brief in order to respond fully and efficiently to Defendants' Motions;

WHEREAS, in response to each of the nine Motions filed by Defendants, Plaintiffs are entitled to file a separate brief, limited to 7,000 words each under Local Rule 11-6.1, and would thus be entitled to 63,000 words in the aggregate;

WHEREAS, Plaintiffs respectfully request to extend their per-brief word limit from 7,000 words to 10,000 words, resulting in an aggregate limit of 30,000 words.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to Court approval, that Plaintiffs shall be allowed an aggregate limit of 30,000 words for their consolidated oppositions to Defendants' Motions.

DATED: July 14, 2025          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____*/s/ Robert B. Carey*_____
ROBERT B. CAREY
*Attorneys for Plaintiffs*

***Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Jason D. Russell*_____
JASON D. RUSSELL
*Attorneys for Specially Appearing Defendants*
Fenix International Limited and Fenix Internet LLC

KINGFISHER LAW APC

By: _____*/s/ Nithin Kumar*_____
NITHIN KUMAR
*Attorney for Defendant*
Content X, Inc.

DENTONS US LLP

By: _____*/s/ Trinity Jordan*_____
TRINITY JORDAN
*Attorneys for Defendant*
Elite Creators LLC

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP

By: _____*/s/ Barr Benyamin*_____
BARR BENYAMIN
*Attorneys for Defendant*
Moxy Management

CONSTANGY BROOKS SMITH AND PROPHETE LLP

By: _____/s/ Younjin Lee_____
　　　　　YOUNJIN LEE
　　　*Attorneys for Defendant*
　　　　Verge Agency, Inc.

THE JACOBS LAW FIRM, PC

By: _____/s/ Matthew Jacobs_____
　　　　　MATTHEW JACOBS
　　　*Attorney for Defendants*
　Unruly Agency LLC and Behave Agency LLC