```
 1  Christopher R. Pitoun (SBN 290235)
    HAGENS BERMAN SOBOL SHAPIRO LLP
 2  301 N. Lake Avenue, Suite 920
    Pasadena, California 91101
 3  Telephone: (213) 330-7150
    Facsimile:  (213) 330-7152
 4  Email:  christopherp@hbsslaw.com
 5
    Robert B. Carey (pro hac vice)
 6  Leonard W. Aragon (pro hac vice)
    Michella A. Kras (pro hac vice)
 7  HAGENS BERMAN SOBOL SHAPIRO LLP
    11 West Jefferson, Suite 1000
 8  Phoenix, Arizona 85003
    Telephone: (602) 840-5900
 9  Facsimile:  (602) 840-3012
    Email:  rob@hbsslaw.com
10          leonarda@hbsslaw.com
            michellak@hbsslaw.com
11
12  Attorneys for Plaintiffs
13  (Additional Counsel on Signature Page)
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>Hon. Fred W. Slaughter<br>Hon. Stephanie S. Christensen<br><br>**PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, FAILURE TO STATE A CLAIM, AND IMPROPER VENUE AND CERTAIN SUPPORTING DOCUMENTS** |

Pursuant to Local Rule 79-5.2.2(b), Plaintiffs hereby respectfully apply to this Court for permission to file under seal documents designated as "Confidential" by Fenix International Limited and Fenix Internet LLC ("Fenix Defendants") in this action, found in the concurrently submitted:

1. Plaintiffs' Response in Opposition to Fenix International Limited's and Fenix Internet LLC's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim, and Improper Venue ("Response").

2. Exhibit A and Exhibit B to the Declaration of Robert B. Carey in Support of Plaintiffs' Response in Opposition to Fenix International Limited's and Fenix Internet LLC's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim, and Improper Venue ("Exhibits").

Under the July 3, 2025 Stipulated Protective Order ("Stipulated Protective Order") requires that any motion papers, briefs, memoranda, affidavits, declarations, exhibits, transcripts, or other papers filed with the Clerk of Court that contain any confidential material must be accompanied by an application to file the papers—or the confidential portion thereof—under seal in compliance with Local Rule 79-5. Dkt. 135 at §§ 1, 5, 12. The Fenix Defendants have designated information found in the documents listed above as "Confidential" under the Protective Order in this action.

On July 15, 2025 counsel for Plaintiffs shared with counsel for Defendants which documents the Fenix Defendants designated as "Confidential" would be referenced in Plaintiffs' Response. *See* Declaration of Robert B. Carey in Support of Plaintiffs' Response in Opposition to Fenix International Limited's and Fenix Internet LLC's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim, and Improper Venue and Certain Supporting Documents ("Carey Decl.") ¶ 4. The parties discussed, in good faith, the possibility of redacting or removing

| | |
|---|---|
| 1 | the confidentiality designations in their entirety but were unable to reach a |
| 2 | resolution. *Id*. |
| 3 |     Plaintiffs apply for an order regarding the sealing of these documents to |
| 4 | comply with the provisions set forth in the Stipulated Protective Order. *See id*. The |
| 5 | Joint Stipulation includes references to documents that the Fenix Defendants have |
| 6 | marked as "Confidential." The Exhibits may include information relating to internal |
| 7 | investigations, employment information, or other private personal identifying |
| 8 | information. However, the Fenix Defendants are the parties who have designated |
| 9 | the Exhibits confidential and presumably have knowledge regarding the basis for |
| 10 | the confidentiality designations and an interest in the materials being sealed. |
| 11 | Therefore, it is the Fenix Defendants who must "overcome the presumption of the |
| 12 | public's right of access sufficient to permit sealing." *Kamakana v. City & Cnty. of* |
| 13 | *Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). Plaintiffs take no position on |
| 14 | whether these documents qualify for protection under Rule 26(c). |
| 15 |     Pursuant to Local Rule 79-5.2.2(b)(i), within 4 days of this filing, the Fenix |
| 16 | Defendants must file with the Court a declaration establishing that the designated |
| 17 | information is sealable. If the Fenix Defendants do not file responsive declarations |
| 18 | as required by this subsection, the documents Plaintiffs are requesting be filed |
| 19 | under seal may be made part of the public record in their entirety. |

DATED: July 17, 2025        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Robert B. Carey*

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900

Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
leonarda@hbsslaw.com
michellak@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Andrea R. Gold (*pro hac vice*)
David A. McGee (*pro hac vice*)
Shana H. Khader (*pro hac vice*)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com
dmcgee@tzlegal.com
skhader@tzlegal.com

Keith T. Vernon (*pro hac vice*)
TIMONEY KNOX LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (202) 349-9864
Facsimile: (215) 540-2643
Email: kvernon@timoneyknox.com

Andrew C. Stone (*pro hac vice*)
Seth T. Goertz (*pro hac vice*)
DORSEY & WHITNEY LLP
2325 E Camelback Road, Suite 300
Phoenix, AZ 85016
Phone: (602) 735-2691
Facsimile: (602) 926-2471
Email: stone.andy@dorsey.com
goertz.seth@dorsey.com

*Attorneys for Plaintiffs*

-3-

PLS.' APPLICATION TO FILE UNDER SEAL

011194-11/2686242 V1                                            Case No: 8:24-cv-01655-FWS-SSC