JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
HILLARY HAMILTON (SBN 218233)
hillary.hamilton@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Specially Appearing Defendants
Fenix International Limited and Fenix Internet LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>　　　　　　　　　Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**DECLARATION OF RAZA RASHEED IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S MOTION FOR PARTIAL RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF AN INTERLOCUTORY APPEAL**<br><br>Judge:　　　　Hon. Fred W. Slaughter<br>Courtroom:　　10D<br>Date:　　　　August 28, 2025<br>Time:　　　　10:00 a.m. |

**DECLARATION OF RAZA RASHEED**

I, Raza Rasheed, declare and state as follows:

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a counsel in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which represents Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC (together, "Fenix Defendants"). I submit this declaration in support of the Fenix Defendants' Motion for Partial Reconsideration or Alternatively Certification of an Interlocutory Appeal (the "Motion"). This declaration is based on my own personal knowledge and if called upon to do so, I could and would testify competently thereto.

2. On July 23, 2025, I met and conferred via telephone with counsel for the Plaintiffs, Leonard Aragon, regarding the substance of the Motion and potential resolution. I explained Fenix Defendants' position that the Court should either (1) partially reconsider its April 9 Order granting in part and denying in part Fenix Defendants' Motion to Dismiss, or (2) certify the issue for interlocutory appeal. I explained Fenix Defendants' position that partial reconsideration or interlocutory appeal is justified in light of the California Supreme Court's July 21, 2025 decision in *EpicentRx, Inc. v. Superior Court*, --- P.3d ---, No. S282521, 2025 WL 2027272 (Cal.), which reversed, disapproved, or limited the California authorities upon which the Court's Order relied. Plaintiffs indicated that their position would likely be to oppose any reconsideration or interlocutory appeal. The parties were unable to reach a resolution that eliminated the necessity of bringing the Motion.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an article by Robert H. Klonoff titled "Why Most Nations Do Not Have U.S.-Style Class Actions" that was published in Bloomberg Law on May 22, 2015. A copy of this article was obtained at my direction by downloading it from Bloomberg Law, and the article is publicly available online at https://news.bloomberglaw.com/class-action/why-most-nations-do-not-have-us-style-class-actions.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on July 31, 2025, in Los Angeles, California.

By: _____/s/ Raza Rasheed_____
Raza Rasheed