**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME REGARDING MOTION FOR PARTIAL RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF AN INTERLOCUTORY APPEAL [149]**<br><br>Assigned to Hon. Fred W. Slaughter |

///

///

///

    Having reviewed and considered the Joint Stipulation for Extension of Time Regarding Motion for Partial Reconsideration or Alternatively Certification of an Interlocutory Appeal, (Dkt. 149 ("Stipulation")), between Plaintiff N.Z., Plaintiff R.M., Plaintiff B.L., Plaintiff S.M., and Plaintiff A.L. (collectively, "Plaintiffs"), and Defendant Fenix International Limited and Defendant Fenix Internet LLC (together, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The deadline for Plaintiffs to file a response to Defendants' Motion for Partial Reconsideration or Alternatively Certification of an Interlocutory Appeal, (Dkt. 147 ("Motion")), is **EXTENDED** to and including **August 11, 2025**;

2. The deadline for Defendants to file a reply in support of the Motion is **EXTENDED** to and including **August 21, 2025**; and

3. The in-person hearing on the Motion is **CONTINUED** to **September 4, 2025, at 10:00 a.m., in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated: August 6, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE