UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   8:24-cv-01655-FWS-SSCx | Date: August 7, 2025 |
| Title   N.Z., et al. v. Fenix International Limited, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Re: Informal Discovery Conference**

The Court received the attached email from the parties dated **August 5, 2025**, outlining disputed discovery issues.

On **August 7, 2025**, the Court held an Informal Discovery Conference.

The parties are ordered to continue to meet and confer regarding these disputes. Should outstanding disputes remain, the Court grants Defendant's request to file a motion for a protective order. It must take the form of a written stipulation to be filed with the notice of motion and must comply with Rule 37 of the Local Civil Rules.

The motion must be filed **no later than August 15, 2025.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  8:24-cv-01655-FWS-SSCx                    Date: August 7, 2025

Title        N.Z., et al. v. Fenix International Limited, et al.

Any supplemental memoranda must be filed **no later than August 20, 2025**.

**IT IS SO ORDERED.**

                                                                                              :
                                                         Initials of Preparer      **ts**