Matthew Jacobs (SBN 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Ave, Suite 208
Westlake Village, CA 91362
(805) 601-7504
matt@jacobslawfirm.com

*Attorney for Defendants Unruly Agency LLC and Behave Agency LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**DEFENDANTS UNRULY AGENCY LLC AND BEHAVE AGENCY LLC'S JOINDER TO SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S MOTION FOR PARTIAL RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF AN INTERLOCUTORY APPEAL**

Assigned to Hon. Fred W. Slaughter

Defendants Unruly Agency LLC ("Unruly") and Behave Agency LLC ("Behave"), by and through counsel, and pursuant to Civil Local Rule 7-18, Rule 54(b) of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1292(b), submit this Joinder to the Motion for Partial Reconsideration or Alternatively Certification of an Interlocutory Appeal by Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC, filed on July 31, 2025 (the "Fenix Defendants' Motion for Reconsideration"). *See* ECF 147. Unruly and Behave hereby join in full, and incorporate by reference herein, the arguments and relief sought in (1) the Fenix Defendants' Motion for Reconsideration, *see* ECF 147; and (2) the Joinder filed by Defendant Elite Creators Inc. on August 14, 2025, *see* ECF 159.

DATED: August 15, 2025

The Jacobs Law Firm, PC

By: [signature]
Matthew Jacobs

*Attorney for Unruly Agency LLC and Behave Agency LLC*