Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
Brent Sedge (Admitted *Pro Hac Vice*)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
Laguna Hills Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, California 92653
Tel.: 949.743.3924
Fax: 949.743.3934
asattler@constangy.com
jlee@constangy.com
bsedge@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>Judge: Hon. Fred W. Slaughter<br><br>**REPLY IN SUPPORT OF DEFENDANT VERGE AGENCY, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FORUM NON CONVENIENS**<br><br>Complaint Served: 8/05/2024 |

Defendant Verge Agency, Inc. ("Defendant" or "Verge") submits this Reply in Support of Defendant Verge Agency, Inc.'s Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Forum Non Conveniens and Memorandum of Points and Authorities in Support ("Reply") in response to Plaintiffs'

Consolidated Response in Opposition to the Agency Defendants' Motions to Dismiss the First Amended Complaint ("Plaintiffs' Opposition") [ECF No. 142]. In support Verge shows the following:

**REPLY**

In response to Verge's Motion to Dismiss, Plaintiffs' Opposition devotes a whopping one paragraph response. (Plaintiffs' Opposition at 3-4.) Even then, Plaintiffs' Opposition does not actually respond to the substance of Verge's Motion to Dismiss. Instead, it merely states:

> The Agency Defendants argue that Plaintiffs' claims are barred by the forum selection clause in the OnlyFans Terms of Service. That argument fails for the reasons set forth in Plaintiffs' concurrently filed opposition to Defendants' motion to strike ("Pls.' Opp. to Defs.' MTS") and enforce the clause. See Pls.' Opp. to Defs.' MTS at Section I. In short: (1) the Agency Defendants are not parties to the Terms and cannot invoke them; (2) equitable estoppel does not apply; and (3) even if it did, the clause would not require dismissal. Plaintiffs incorporate those arguments here.

(*Id.*)

For efficiency's sake—and to ease the Court's review of the relevant briefing—Verge will avoid duplicative arguments. Thus, in accordance with FED. R. CIV. P. 10(c), Verge reincorporates by reference the arguments made in Defendants' Reply in Support of Motion to Strike Claims of Non-California Defendants [ECF No. 166], as well as Defendant Verge Agency, Inc.'s Joinder to Specially Appearing Defendant's Fenix International Limited's and Fenix Internet LLC's Motion for Partial

Reconsideration or Alternatively Certification of an Interlocutory Appeal ("Joinder") [EFC No. 161].

**CONCLUSION**

For the foregoing reasons, Verge respectfully requests that the Court grant its Motion to Dismiss its entirety.

Date: August 18, 2025

Respectfully submitted,

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Younjin Lee*
Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
Brent Sedge (Admitted *Pro Hac Vice*)
Laguna Hills Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, California 92653
Telephone: (949) 743-3924
asattler@constangy.com
jlee@constangy.com
bsedge@constangy.com

*Counsel for Defendant Verge Agency, Inc.*

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to this action. I am employed in the County of Orange County, State of California. My business address is Laguna Hills Carlota Plaza, 23046 Avenida de la Carlota, Suite 600, Laguna Hills, CA 92653.

On **August 18, 2025**, I served a true copy of the document(s) entitled:

**REPLY IN SUPPORT OF DEFENDANT VERGE AGENCY, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FORUM NON CONVENIENS**

on all individuals as indicated on the Court's ECF System

_✓_ **BY ELECTRONIC TRANSMISSION:** By causing the document(s) to be transmitted by the Court's PACER filing system to the e-mail addresses of the individuals as indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 18, 2025**, in Costa Mesa, California.

*/s/ Younjin Lee*
Younjin (Jennifer) Lee