Oliver Rocos - State Bar No. 319059
    orocos@birdmarella.com
Barr Benyamin - State Bar No. 318996
    bbenyamin@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Moxy
Management

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC, <br><br> Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC <br><br> **DEFENDANT MOXY MANAGEMENT'S JOINDER TO SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S MOTION FOR PARTIAL RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF AN INTERLOCUTORY APPEAL** <br><br> Date:     September 4, 2025 <br> Time:     10:00 a.m. <br> Crtrm.:  10D <br><br> Assigned to Hon. Fred W. Slaughter |

4074507.1

DEFENDANT MOXY MANAGEMENT'S JOINDER TO FENIX DEFENDANTS' PARTIAL MOTION FOR
RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF AN INTERLOCUTORY APPEAL

Defendant Moxy Management ("Moxy"), by and through its counsel, and pursuant to Civil Local Rule 7-18, Rule 54(b) of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1292(b), submits this Joinder to the Motion for Partial Reconsideration or Alternatively Certification of an Interlocutory Appeal by Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC, filed on July 31, 2025 (the "Fenix Defendants' Motion for Reconsideration"). *See* ECF No. 147.  Moxy hereby joins in full, and incorporates by reference herein, the arguments and relief sought in (1) the Fenix Defendants' Motion for Reconsideration; (2) the Joinder filed by Defendant Elite Creators Inc. on August 14, 2025 (ECF No. 159); and (3) the Joinder filed by Defendant Verge Agency, Inc. on August 15, 2025 (ECF No. 161).

DATED:  August 18, 2025

Respectfully submitted,

Oliver Rocos
Barr Benyamin
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____
Oliver Rocos
Attorneys for Defendant Moxy Management

DEFENDANT MOXY MANAGEMENT'S JOINDER TO FENIX DEFENDANTS' PARTIAL MOTION FOR RECONSIDERATION OR ALTERNATIVELY CERTIFICATION OF AN INTERLOCUTORY APPEAL