Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

*Counsel for Plaintiffs*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>Hon. Fred W. Slaughter<br><br>**PLAINTIFFS' NOTICE OF INTENT TO SEEK LEAVE TO FILE CORRECTIVE BRIEFS REGARDING ECF NOS. 138, 141, AND 158**<br><br>Complaint filed: July 29, 2024 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs N.Z., R.M., B.L., S.M., and A.L. (collectively, "Plaintiffs"), hereby file this Notice of Intent to Seek Leave to File Corrective Briefs regarding ECF Nos. 138, 141, and 158 ("Notice") to correct the issues raised by Defendants Fenix International Limited and Fenix Internet LLC (collectively, "Fenix").

1. Plaintiffs have reviewed and investigated the issues raised by Fenix in ECF Nos. 164 and 165, filed on August 18, 2025, regarding hallucinated citations and parentheticals in Plaintiffs' responsive briefs filed on July 17 and August 11, 2025.

2. On August 19, 2025, Plaintiffs' counsel requested a meet and confer with Fenix's counsel.

3. On August 20, 2025, Plaintiffs' counsel conferred with Fenix's counsel via Zoom, under Local Rule 7-3, to explain what had occurred to cause the errors and to meet and confer about whether Fenix opposes Plaintiffs' forthcoming Motion for Leave to File Corrective Briefs ("Motion").

4. Fenix opposes Plaintiffs' forthcoming Motion for Leave to File Corrective Briefs.

5. Under Local Rule 7-3, Plaintiffs cannot file their Motion until August 27, 2025.

6. Given the seriousness of the issues raised by Fenix, Plaintiffs wanted to alert the Court that they will be responding as soon as possible, and are ready to respond earlier if the Court requests.

7. Plaintiffs' Motion will include redlines of the proposed corrective briefs,[1] as well as declarations that will detail exactly what occurred to cause these

---

[1] In reviewing and correcting the briefs, Plaintiffs' counsel have tried to correct the briefs in a way that will not be prejudicial to Fenix, have not added any new arguments, and have deleted several arguments, which will benefit Fenix.

-1-

issues and identify what undersigned counsel will do differently to ensure that this does not happen again in the future.

8. To preview the issue for the Court, Hagens Berman's co-counsel (who has not filed a notice of appearance in this case) was tasked with drafting portions of the briefing, as well as compiling, editing, and assisting with finalizing the briefing. Co-counsel was dealing with the extended hospice care and the eventual death of a parent on August 14, 2025, which unbeknownst to undersigned counsel was taking up a significant amount of her time. To avoid missing the filing deadlines, she turned to AI for help without informing Hagens Berman (Hagens Berman has a policy against the use of this type of AI and Hagens Berman is aware of the Court's order on the issue). Because of her role in finalizing the briefs and her history of reliability, Hagens Berman's review of her work was not thorough enough and failed to catch her use of AI. Hagens Berman takes full responsibility for those failures.

9. If requested by the Court, Plaintiffs are prepared to file their Motion and supporting declarations before August 27, 2025.

DATED: August 21, 2025          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Robert B. Carey*

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

|    |    |
|----|----|
| 1  | Christopher R. Pitoun (SBN 290235) |
| 2  | HAGENS BERMAN SOBOL SHAPIRO LLP |
|    | 301 North Lake Avenue, Suite 920 |
| 3  | Pasadena, California 91101 |
|    | Telephone: (213) 330-7150 |
| 4  | Facsimile: (213) 330-7152 |
|    | Email: christopherp@hbsslaw.com |
| 5  |    |
| 6  | Andrea R. Gold (*pro hac vice*) |
|    | David A. McGee (*pro hac vice*) |
| 7  | Shana H. Khader (*pro hac vice*) |
|    | TYCKO & ZAVAREEI LLP |
| 8  | 2000 Pennsylvania Avenue NW, Suite 1010 |
|    | Washington, DC 20006 |
| 9  | Phone: (202) 973-0900 |
|    | Facsimile: (202) 973-0950 |
| 10 | Email: agold@tzlegal.com |
| 11 | dmcgee@tzlegal.com |
|    | skhader@tzlegal.com |
| 12 |    |
| 13 | Andrew C. Stone (*pro hac vice*) |
|    | Seth T. Goertz (*pro hac vice*) |
| 14 | DORSEY & WHITNEY LLP |
|    | 2325 East Camelback Road, Suite 900 |
| 15 | Phoenix, AZ 85016 |
|    | Phone: (602) 735-2700 |
| 16 | Facsimile: (602) 926-2471 |
|    | Email: stone.andy@dorsey.com |
| 17 | goertz.seth@dorsey.com |
| 18 | *Attorneys for Plaintiffs* |

-3-