BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
SAMANTHA FAHR (SBN 299409)
samantha.fahr@dentons.com
POOJA L. SHAH (SBN 330550)
pooja.l.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213 623 9300 / Fax: 213 623 9924

MICHAEL GEHRET (SBN 247869)
mike.gehret@dentons.com
TRINITY JORDAN (*Pro Hac Vice*)
trinity.jordan@dentons.com
JORDAN WESTGATE (*Pro Hac Vice*)
jordan.westgate@dentons.com
DENTONS DURHAM JONES & PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111-2184
Tel: 801 415 3000

Attorneys for Defendant
ELITE CREATORS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | Case No. 8:24-cv-01655-FWS-SSC<br><br>**NOTICE OF WITHDRAWAL OF DOCKET ENTRIES 180 & 181** |

Please take notice that Defendant's, Elite Creators, LLC ("**Creators Inc.**"), hereby withdraws the filing of docket entries 180 and 181 filed in the above-referenced case.

Docket entry 180 is titled, NOTICE OF MOTION AND MOTION for Leave to file Corrective Briefs and Plaintiff's Motion for Continuance of Hearing filed by Defendant Elite Creators LLC. Motion set for hearing on 9/4/2025 at 10:00 AM before Judge Fred W. Slaughter. (Gehret, Michael) (Entered: 08/29/2025).

Docket entry 181 is titled, Certificate of Service filed by Defendant Elite Creators LLC (Gehret, Michael) (Entered: 08/29/2025).

The above reference docket entries were incorrectly filed under the wrong title.

Dated: August 29, 2025

Respectfully submitted,

DENTONS DURHAM JONES PINEGAR

By: */s/ Michael Gehret*
Michael Gehret
Bety Javidzad
Trinity Jordan
Jordan Westgate
Samantha Fahr
Pooja L. Shah

Attorneys for Defendant
ELITE CREATORS, LLC

- 1 -

ELITE CREATORS, LLC'S NOTICE OF WITHDRAWAL OF DOCUMENT; Case No. 8:24-cv-01655-FWS-SSC

SL_8148865.2

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

## CERTIFICATE OF SERVICE

I, Molly Mallard, certify that on this 29th day of August, 2025, I caused a true and correct copy of the foregoing to be served via CM/ECF on counsel for all parties of record herein.

/s/   Molly Mallard

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 2 -

ELITE CREATORS, LLC'S NOTICE OF WITHDRAWAL OF DOCUMENT; Case No. 8:24-cv-01655-FWS-SSC

SL_8148865.2