UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:24-cv-01655-FWS-SSC                                   Date: September 4, 2025
Title: N.Z. *et al.* v. Fenix International Limited *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                               Attorneys Present for Defendants:

Not Present                                                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING AI-GENERATED CONTENT IN OPPOSITION BRIEFS**

The court **ORDERS** Plaintiff N.Z., Plaintiff R.M., Plaintiff B.L., Plaintiff S.M., and Plaintiff A.L.'s Counsel (collectively, "Plaintiffs") to show cause at an in-person hearing on **Thursday, September 25, 2025, at 10:00 a.m. in Courtroom 10D** why Plaintiffs should not be sanctioned under Rule 11 and the court's inherent power for the misuse of Artificial Intelligence in the following oppositions to several of Defendants' pending motions: (1) Consolidated Response in Opposition to Defendants' Motion to Strike Claims of Non-California Defendants and Fenix Defendants' Motion for Request for Judicial Notice, (Dkt. 138); (2) Response in Opposition to Defendants Fenix International Limited's and Fenix Internet LLC's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim, and Improper Venue, (Dkt. 141); (3) Consolidated Response in Opposition to the Agency Defendants' Motions to Dismiss the First Amended Complaint, (Dkt. 142); and (4) Response in Opposition to Defendants Fenix International Limited's and Fenix Internet LLC's Motion for Partial Reconsideration or Alternatively Certification of an Interlocutory Appeal, (Dkt. 158). If Plaintiffs wish to file a written response beyond the statements made in the Motion for Leave to Withdraw ECF Nos. 138, 141, 142, and 158 and File Corrective Briefs, (Dkt. 176), they may do so on or before September 18, 2025.