# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 24-01655-FWS (SSCx) | Date | September 25, 2025 |
| Title | N.Z. et al v. Fenix International Limited et al | | |

**PRESENT:**

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Michella Kras; Robert Carey; Leonard Aragon; Shana Khader; David McGee; Andrew Knox; Keith Vernon; Andrea R. Gold; Andrew C Stone; Seth T Goertz; Celeste Boyd | Jason Russell; Hillary Hamilton; Barr Benyamin; Oliver Rocos; Trinity Jordan; Raza Rasheed; Matthew Jacobs; Or-el Vaknin; Nithin Kumar; Younjin Lee |

**PROCEEDINGS:** PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW ECF NOS. 138, 141, 142, AND 158, AND FILE CORRECTIVE BRIEFS [176]

ORDER TO SHOW CAUSE REGARDING AI-GENERATED CONTENT IN OPPOSITION BRIEFS

Motion and order to show cause hearing held. The Court hears oral argument from the parties. The Court takes the motion and order to show cause under submission. Order to issue.

|  |  |  |
|---|---|---|
| MTN | : | .17 |
| OSC | : | .46 |

Initials of Deputy Clerk   rrp

cc: