Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
leonarda@hbsslaw.com
michellak@hbsslaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

Case No. 8:24-cv-01655-FWS-SSC

**PLAINTIFFS' STATUS REPORT REGARDING CORRECTIVE AND PREVENTIVE MEASURES TAKEN BECAUSE OF AI MISUSE**

Judge: Hon. Fred W. Slaughter
Courtroom: 10D

In accordance with this Court's Order entered on December 12, 2025 (ECF No. 207), Plaintiffs, through undersigned counsel, hereby submit this status report describing all corrective and preventive measures taken by Robert Carey and Hagens Berman because of the AI misuse.

Mr. Carey, with the assistance of ethics counsel, prepared a presentation about the use of AI titled "The Mistakes We Made and the Ways to Avoid Them—Lessons learned from AI corruption in brief signing," and presented it to close to 70 attorneys at the Hagens Berman attorney retreat on October 6, 2025. Part of Mr. Carey's preparation included reviewing over two dozen cases and treatises on Rule 11 and AI. In that presentation, Mr. Carey reviewed the signer's Rule 11 obligations and how to deal with those obligations when working with a team of people and co-counsel. He reviewed the signs that AI was used and the ways AI errors show up in briefing—identifying all the errors that occurred in this case and what to look for beyond hallucinated cases. He talked about timing and how meaningful review requires having the briefs done well ahead of time. Last, he presented on ways to ensure that your briefing meets the requirements of Rule 11, including verifying in writing whether AI was used, performing multiple cite checks, and adding internal deadlines to ensure work product is received well before the filing deadline.

As a result of that presentation, and subsequent discussion at the attorney retreat, Hagens Berman instituted a policy that an internal schedule should be set by the team for every major filing, and if the filing is a response or a reply, it must be set within 24 hours of the receipt of the motion or response. Any failure to comply with that schedule must be reported to the firm's Executive Committee.

The firm's Management Committee, consisting of three senior partners at the firm, updated the firm's AI policy to address the issues created in this case and to avoid other misuses of AI by the firm, co-counsel, and experts. The firm also adopted the policy on timing of motions, *supra*, and drafted a policy dictating how

AI is used by co-counsel and experts. In drafting the updated AI policy, the firm incorporated input from all major stakeholders and the former Chair of the ABA Standing Committee on Ethics and Professional Responsibility. The policy is also a living document that the firm will reconsider and revise regularly. Indeed, because of the changing landscape of AI, Hagens Berman formed a Best Practices Committee, which (among other things) is tasked with identifying and addressing ongoing AI issues and updating the AI policy as necessary. The members of the Committee, five partners (three of whom are senior partners), were announced on December 23, 2025, and intend to meet quickly to review and revise the updated AI policy, as necessary, and formally adopt the revised policy for firm use.

Last, Mr. Carey's office reviewed any pending briefs in other cases that Celeste Boyd worked on for possible use of AI, to ensure that this was an isolated incident. The firm's internal review involved reviewing all source material cited by Ms. Boyd to verify that all content written by Ms. Boyd complied with the firm's Rule 11 obligations. There were no hallucinated cases or quotations, no misstatements of case law, and no inaccurate citations to the record.

DATED: December 23, 2025 Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Robert B. Carey*

Robert B. Carey (*pro hac vice)*
Leonard W. Aragon (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
leonarda@hbsslaw.com
michellak@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

*Counsel for Plaintiffs*