**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

Case No. 8:24-cv-01655-FWS-SSC

**ORDER RE PLAINTIFFS' APPLICATION TO FILE UNDER SEAL SECOND AMENDED CLASS ACTION COMPLAINT [216]**

Having reviewed and considered Plaintiff A. L., Plaintiff B. L., Plaintiff R. M., Plaintiff S. M., and Plaintiff N. Z.'s (collectively, "Plaintiffs") Application to File Under Seal Second Amended Class Action Complaint, (Dkt. 216

(“Application”)), Declaration of Or-El S. Vaknin on Behalf of Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC in Support of Plaintiffs’ Application to File Under Seal Plaintiffs’ Second Amended Complaint, (Dkt. 219), the files and records of the case, the applicable law, including *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016), *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206 (9th Cir. 2002), and Local Rule 79-5.2.2, and for good cause demonstrated in the Application, the court **GRANTS** the Application and **ORDERS** the following:

Plaintiffs shall file the unredacted Second Amended Class Action Complaint, (Dkt. 217-1), as a new and separate filing on or before January 15, 2026, under seal pursuant to Central District of California Local Civil Rule 79-5.2.2(c).

**IT IS SO ORDERED**.

DATED: January 8, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE