JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
HILLARY A. HAMILTON (SBN 218233)
hillary.hamilton@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Specially Appearing Defendants
Fenix International Limited and Fenix Internet LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>                              Defendants. | CASE NO.: 8:24-cv-01655-FWS-SSC<br><br>**DECLARATION OF RAZA RASHEED IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET LLC'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Judge:        Hon. Fred W. Slaughter<br>Courtroom:  10D<br>Date:         March 19, 2026<br>Time:         10:00 a.m. |

## DECLARATION OF RAZA RASHEED

I, Raza Rasheed, declare and state as follows:

1.      I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a counsel in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which represents Specially Appearing Defendants Fenix International Limited and Fenix Internet LLC (together, "Fenix"). I submit this declaration in support of Fenix's Motion to Dismiss the Second Amended Complaint for Lack of Subject Matter and Personal Jurisdiction, Failure to State a Claim, and Improper Venue (the "Motion"). This declaration is based on my own personal knowledge and if called upon to do so, I could and would testify competently thereto.

2.      On January 9, 2026, I met and conferred via video conference over Zoom with counsel for the Plaintiffs, including Robert Carey and Michella Kras, regarding the substance of the Motion and potential resolution. I explained Fenix's position on each ground for dismissal described in the Motion, including lack of standing as to Plaintiffs N.Z. and R.M., improper venue as to Plaintiff R.M., lack of personal jurisdiction over Fenix, and failure to state a claim under FRCP 12(b)(6) as to all claims. Plaintiffs indicated that they would like additional time to review Fenix's position before responding.

3.      On January 15, 2026, counsel for the Plaintiffs, Michella Kras, sent an e-mail to Fenix, as well as counsel for other Defendants. Plaintiffs did not address Fenix's position on lack of standing, but otherwise indicated that their position would likely be to oppose all of Fenix's other positions described in the Motion. The parties were unable to reach a resolution that eliminated the necessity of bringing the Motion.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2026, in Claremont, California.

By: _____/s/ Raza Rasheed_____
Raza Rasheed

1