Matthew Jacobs (SBN 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Ave, Suite 208
Westlake Village, CA 91362
(805) 601-7504
matt@jacobslawfirm.com

*Attorney for Defendants Unruly Agency LLC and Behave Agency LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**DEFENDANTS UNRULY AGENCY LLC AND BEHAVE AGENCY LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT; JOINDER IN CODEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Filed Concurrently with [Proposed] Order

Date: March 19, 2026
Time: 10:00 a.m.
Crtrm.: 10D

Assigned to Hon. Fred W. Slaughter

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 19, at 10:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled court, before the Honorable Fred W. Slaughter, United States District Judge of the Central District of California, Southern Division, in Courtroom 10D, Defendants Unruly Agency LLC and Behave Agency LLC (collectively referred to as "Unruly") will, and hereby do, move for an order dismissing the Second Amended Class Action Complaint (the "SAC") against Unruly pursuant to Federal Rule of Civil Procedure 12(b)(6) for the following reasons:

**RICO And RICO Conspiracy** – Plaintiffs fail to state a RICO or RICO conspiracy claim because they fail to allege the existence of a racketeering enterprise, do not plead that Unruly engaged in any conduct in furtherance of any such enterprise, or that Plaintiffs suffered recoverable damages.

**Video Privacy Protection Act** – Plaintiffs fail to state a claim under this statute because they fail to allege facts showing that Unruly ever possessed any personally identifiable information covered by the statute or that Unruly ever knowingly disclosed any such information outside of its ordinary course of business.

**Unfair Competition Law –** Plaintiffs' Unfair Competition Law claim is based on the exact same alleged conduct supporting their other claims. Just as those other claims fail, so too does this claim.

Unruly further will, and hereby does, move for an order dismissing the claims brought by Plaintiffs B.L., S.M., and A.L. in the SAC against Unruly on the basis of *forum non conveniens* because, as this Court previously found, their claims fall within the ambit of the forum selection clause in the Terms of Service agreed between Plaintiffs and Fenix Defendants and so cannot be brought here.

This motion is based upon this Notice of Motion, the memoranda of points and authorities supporting codefendants' various motions to dismiss Plaintiffs' SAC in which Unruly joins (*see* ECF 225, 227, 228, 229), the pleadings on file, and such other evidence and argument as the Court may receive. Pursuant to Local Rule 7-3, counsel for Unruly met and conferred with counsel for Plaintiffs on January 9, 2026, to discuss the grounds for its motion.

DATED: January 23, 2026 The Jacobs Law Firm, PC

By: ______________________
Matthew Jacobs

*Attorney for Unruly Agency LLC and Behave Agency LLC*