Nithin Kumar (SBN 300607)
nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, California 90024
T: (408) 930-3580

Attorneys for Defendant Content X, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiff,

vs.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**DEFENDANT CONTEXT X, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**

Judge: Hon. Fred W. Slaughter
Dept.: 10D
Date: March 19, 2025
Time: 10:00 a.m.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 19, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Fred W. Slaughter, United States District Court Judge, in Courtroom 10D of the United States District Court for the Central District of California, Southern Division, 411 West 4th Street, Los Angeles, California, 90012, Defendant Content X, Inc. ("Content X") will and hereby does move this Court for entry of an Order dismissing the claims asserted against Content X in the Second Amended Complaint filed by Plaintiffs N.Z., R.M. B.L., S.M., and A.L. (collectively, "Plaintiffs"). This Motion to Dismiss is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and is made on the ground that each of the causes of action asserted against Content X fails to state a claim upon which relief may be granted.

**RICO And RICO Conspiracy** – Plaintiffs fail to state a RICO or RICO conspiracy claim because they fail to allege the existence of a racketeering enterprise, do not plead that Content X engaged in any conduct in furtherance of any such enterprise, or that Plaintiffs suffered recoverable damages.

**Video Privacy Protection Act** – Plaintiffs fail to state a claim under this statute because they fail to allege facts showing that COntent X ever possessed any personally identifiable information covered by the statute or that Unruly ever knowingly disclosed any such information outside of its ordinary course of business.

**Unfair Competition Law** – Plaintiffs' Unfair Competition Law claim is based on the exact same alleged conduct supporting their other claims. Just as those other claims fail, so too does this claim.

Content X further moves for an order dismissing the claims brought by Plaintiffs B.L., S.M., and A.L. on the basis of forum non conveniens because, as this Court previously found, their claims fall within the ambit of the forum selection clause in the OnlyFans' Terms of Service.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on January 9, 2026. This Motion is based upon this Notice of Motion, all papers and records on file herein, and such other matters as may be presented to the Court at or before the hearing on this Motion

DATED: January 23, 2026 KINGFISHER LAW APC

By: */s/ Nithin Kumar*

Nithin Kumar
Attorneys for Defendant Content X, Inc.