Nithin Kumar (SBN 300607)
 nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, California 90024
T: (408) 930-3580

Attorneys for Defendant Content X, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>   Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT CONTEXT X, INC.'S JOINDER IN MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Fred W. Slaughter<br>Dept.: 10D<br>Date: March 19, 2026<br>Time: 10:00 a.m. |

Defendant Content X, Inc. hereby joins the Motions to Dismiss the Second Amended Complaint filed by Fenix International Limited and Fenix Internet LLC (ECF 225), Elite Creators, Inc. (ECF 227), Moxy Management (ECF 228), Verge Agency (ECF 229) and  Unruly Agency LLC and Behave Agency LLC (ECF 230).

DATED:  January 23, 2026          KINGFISHER LAW APC


By:          /s/ Nithin Kumar

Nithin Kumar
Attorneys for Defendant Content X, Inc.