Matthew Jacobs (SBN 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Ave, Suite 208
Westlake Village, CA 91362
(805) 601-7504
matt@jacobslawfirm.com

*Attorney for Defendants Unruly Agency LLC and Behave Agency LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANTS UNRULY AGENCY LLC's AND BEHAVE AGENCY LLC'S JOINDER IN COFENDEANTS' MOTIONS TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>Judge: Hon. Fred W. Slaughter<br>Ctrm: 10D<br>Date: October 22, 2026<br>Time: 10:00 a.m. |

Defendants Unruly Agency LLC and Behave Agency LLC hereby join the Motions to Dismiss Plaintiffs' Fourth Amended Complaint filed by Fenix International Limited and Fenix Internet LLC (ECF 265), Elite Creators LLC (ECF 266), Moxy Management (ECF 267), and Verge Agency, Inc. (ECF 271).

DATED: July 21, 2026

The Jacobs Law Firm, PC

By: ______________________
Matthew Jacobs

*Counsel for Unruly Agency LLC and Behave Agency LLC*