Nithin Kumar (SBN 300607)
  nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, California 90024
T: (408) 930-3580

Attorneys for Defendant Content X, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,<br><br>Defendants. | CASE NO. 8:24-cv-01655-FWS-SSC<br><br>**DEFENDANT CONTEXT X, INC.'S JOINDER IN MOTIONS TO DISMISS THE FOURTH AMENDED COMPLAINT**<br><br>Judge: Hon. Fred W. Slaughter<br>Dept.: 10D<br>Date: October 22, 2026<br>Time: 10:00 a.m. |

DEFENDANT CONTEXT X, INC.'S JOINDER TO MOTIONS TO DISMISS FOURTH AMENDED COMPLAINT

Defendant Content X, Inc. hereby joins the Motions to Dismiss the Fourth Amended Complaint filed by Moxy Management (ECF 267), Elite Creators (ECF 266), and Verge Agency (ECF 271).

DATED:  July 21, 2026              KINGFISHER LAW APC


By:        */s/ Nithin Kumar*
                    Nithin Kumar
           Attorneys for Defendant Content X, Inc.