Matthew Jacobs (SBN 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Ave, Suite 208
Westlake Village, CA 91362
(805) 601-7504
matt@jacobslawfirm.com

*Attorney for Defendants Unruly Agency LLC and Behave Agency LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**DEFENDANTS UNRULY AGENCY LLC AND BEHAVE AGENCY LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT**

*[Proposed Order filed concurrently]*

Date: October 22, 2026
Time: 10:00 a.m.
Crtrm.: 10D

Assigned to Hon. Fred W. Slaughter

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 22, 2026, at 10:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled court, before the Honorable Fred W. Slaughter, United States District Judge of the Central District of California, Southern Division, in Courtroom 10D, Defendants Unruly Agency LLC and Behave Agency LLC (together, "Unruly") will, and hereby do, move for an order dismissing the claims against Unruly in Plaintiffs' Fourth Amended Complaint ("4AC") pursuant to Federal Rule of Civil Procedure 12(b)(6) for the following reasons:

***Forum Non Conveniens*.** Unruly moves for an order dismissing the claims brought by Plaintiffs B.L. and A.L. in the 4AC against Unruly on the basis of *forum non conveniens* because, as the Court previously found, their claims fall under tge forum selection clause in the Terms of Service agreed between Plaintiffs and Fenix Defendants and so cannot be brought here. Plaintiff S.M. does not assert claims against Unruly. *See, e.g.*, 4AC ¶¶ 504-523, 388. Nonetheless, any such claims asserted by Plaintiff S.M. would be subject to dismissal for the same reason.

**Video Privacy Protection Act ("VPPA").** Plaintiffs fail to state a claim under the VPPA because they fail to allege facts showing that Unruly ever sent a video to a Plaintiff, that Unruly ever knowingly disclosed any such information outside of its ordinary course of business, or that Plaintiffs were not aware that third parties may access their information.

**Unfair Competition Law ("UCL").** Plaintiffs' UCL claim fails to cure the deficiencies described in the Court's prior order and it fails to allege an inadequate remedy at law. Plaintiffs' claim under the "unlawful" prong fails because it is based on Plaintiffs' deficient VPPA claim. Plaintiffs' claim under the "unfair" prong fails because Plaintiffs have identified no economic injury that could confer standing.

This motion is based upon this Notice of Motion, the memoranda of points and authorities and request for judicial notice supporting codefendants' various motions to dismiss Plaintiffs' 4AC (*see* ECF 265, 266, 267, 269 and 271) in which Unruly has joined (*see* ECF 272), the arguments set forth in Unruly's memoranda of points and authorities supporting its motions to dismiss Plaintiffs' First Amended Complaint and Second Amended Complaint (*see* ECF 126, 173, 230, 244), the other pleadings on file, and such other evidence and argument as the Court may receive. Pursuant to Local Rule 7-3, counsel for Unruly joined in codefendants' meet-and-confer with counsel for Plaintiffs on July 15, 2026, which involved a discussion of the grounds for codefendants' motions to dismiss.[1]

DATED: July 22, 2026

The Jacobs Law Firm, PC

By: [signature]
Matthew Jacobs

*Attorney for Unruly Agency LLC and Behave Agency LLC*

[1] Counsel intended to file this Notice of Motion and Motion concurrently with the Joinder filed on the evening of July 21, 2026 (*see* ECF 272) and apologies for any inconvenience resulting from its filing the next morning.