**NOTE CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

N.Z., R.M., B.L., S.M., A.L., J.A. and N.T., individually and on behalf of themselves and all others similarly situated,

Plaintiff,

v.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (ALSO D/B/A DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendant.

CASE NO. 8:24-cv-01655-FWS-SSC

**ORDER APPROVING JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO CERTIFY COURT'S OCTOBER 20, 2026, ORDER AND MOTION FOR PARTIAL RECONSIDERATION OF COURT'S DECEMBER 12, 2025, ORDER RE CERTIFICATION FOR INTERLOCUTORY APPEAL [300]**

Courtroom: 10D
Judge: Hon. Fred W. Slaughter

///

///

Having reviewed and considered the Parties' Joint Stipulation Setting Briefing Schedule for Motion to Certify Court's October 20, 2026, Order and Motion for Partial Reconsideration of Court's December 12, 2025, Order Re Certification for Interlocutory Appeal (Dkt. 300 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the Court **APPROVES** the stipulation and **ORDERS** the following:

1. Plaintiffs shall file any opposition to the Motion to Certify in Part for Interlocutory Appeal the Court's October 20, 2026, Order Granting in Part and Denying in Part Fenix's Motion to Dismiss ("Motion to Certify") on or before **November 20, 2026**;

2. Fenix shall file any reply in support of the Motion to Certify on or before **December 11, 2026**;

3. Plaintiffs shall file any opposition to the Motion for Partial Reconsideration of the Court's December 12, 2025, Order Denying Certification of Forum Non Conveniens Order for Interlocutory Appeal and, in the Alternative, to Stay Pending Ninth Circuit Review ("Motion for Partial Reconsideration") on or before **December 4, 2026**;

4. Fenix shall file any reply in support of the Motion for Partial Reconsideration on or before **December 18, 2026**;

5. The hearing on both Motions will be set for **January 7, 2027, at 10:00 a.m. in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated: November 12, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE