Oliver Rocos - State Bar No. 319059
orocos@birdmarella.com
Bill L. Clawges - State Bar No. 345908
bclawges@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Moxy Management

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

N.Z., R.M., B.L., S.M., and A.L., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, BOSS BADDIES LLC, MOXY MANAGEMENT, UNRULY AGENCY LLC (also d/b/a DYSRPT AGENCY), BEHAVE AGENCY LLC, A.S.H. AGENCY, CONTENT X, INC., VERGE AGENCY, INC., AND ELITE CREATORS LLC,

Defendants.

CASE NO. 8:24-cv-01655-FWS-SSC

**DEFENDANT MOXY MANAGEMENT'S ANSWER TO PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT**

**DEMAND FOR TRIAL BY JURY**

Assigned to Hon. Fred W. Slaughter

Defendant Moxy Management (hereinafter, "Moxy") submits its answer and defenses in response to Plaintiffs' Fourth Amended Class Action Complaint (Dkt. No. 262) (hereinafter the "4AC") as follows:

## I. INTRODUCTION[1]

1. The allegations in Paragraph 1 are not directed to Moxy, and no response is required. The documents or public records referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and on that basis denies them.

2. The allegations in Paragraph 2 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and on that basis denies them.

3. The allegations in Paragraph 3 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and on that basis denies them.

4. To the extent Paragraph 4 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

5. To the extent Paragraph 5 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them. To the extent the

[1] For the avoidance of doubt, Moxy denies all allegations, statements of fact, and legal conclusions contained in the headings of the 4AC. The headings are reproduced solely to track the structure of the 4AC. Moxy further denies all allegations not expressly admitted herein.

allegations in Paragraph 5 state legal conclusions, no response is required. To the extent a further response is required, Moxy denies the allegations in Paragraph 5.

6. To the extent Paragraph 6 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

7. To the extent Paragraph 7 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

8. The allegations in Paragraph 8 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and on that basis denies them.

9. The allegations in Paragraph 9 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and on that basis denies them.

10. The allegations in Paragraph 10 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and on that basis denies them.

11. The allegations in Paragraph 11 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and on that basis denies them.

12. The allegations in Paragraph 12 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and on that basis denies them.

13. The allegations in Paragraph 13 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and on that basis denies them.

14. The allegations in Paragraph 14 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and on that basis denies them.

15. The allegations in Paragraph 15 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and on that basis denies them.

16. To the extent Paragraph 16 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

17. To the extent Paragraph 17 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

18. The allegations in Paragraph 18 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and on that basis denies them.

19. The allegations in Paragraph 19 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that basis denies them.

20. The allegations in Paragraph 20 state legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 20.

21. The allegations in Paragraph 21 state legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 21.

## II. JURISDICTION & VENUE

22. Moxy admits that this Court has personal jurisdiction over it. Moxy denies that 18 U.S.C. § 1965 provides a basis for jurisdiction. To the extent the remaining allegations in Paragraph 22 are directed to Moxy, Moxy denies them.

23. Moxy admits that venue is proper in this District. Moxy denies that this District is the proper forum to adjudicate the claims of Plaintiffs B.L., S.M., and A.L., for the reasons stated in Moxy's Motion to Dismiss Plaintiffs' 4AC (ECF No. 267). Moxy denies the remaining allegations in Paragraph 23, including that it ever devised or executed any alleged "Chatter Scam."

24. The document or public record referenced, quoted, or characterized in Paragraph 24 speaks for itself, and Moxy denies any characterization inconsistent with it.

25. The document or public record referenced, quoted, or characterized in Paragraph 25 speaks for itself, and Moxy denies any characterization inconsistent with it.

26. The document or public record referenced, quoted, or characterized in Paragraph 26 speaks for itself, and Moxy denies any characterization inconsistent with it.

27. The document or public record referenced, quoted, or characterized in Paragraph 27 speaks for itself, and Moxy denies any characterization inconsistent with it.

28. The allegations in Paragraph 28 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and on that basis denies them.

**III. PARTIES**

29. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and on that basis denies them.

30. The allegations in Paragraph 30 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and on that basis denies them.

31. The allegations in Paragraph 31 are not directed to Moxy, and no response is required. The allegations in Paragraph 31 also state legal conclusions to which no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and on that basis denies them.

32. The allegations in Paragraph 32 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and on that basis denies them.

33. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and on that basis denies them.

34. The allegations in Paragraph 34 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

34 and on that basis denies them.

35. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and on that basis denies them.

36. The allegations in Paragraph 36 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and on that basis denies them.

37. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and on that basis denies them.

38. The allegations in Paragraph 38 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and on that basis denies them.

39. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and on that basis denies them.

40. The allegations in Paragraph 40 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and on that basis denies them.

41. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and on that basis denies them.

42. The allegations in Paragraph 42 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy denies the allegations in Paragraph 42.

43. The allegations in Paragraph 43 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and on that basis denies them.

44. The allegations in Paragraph 44 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and on that basis denies them.

45. The allegations in Paragraph 45 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and on that basis denies them.

46. The allegations in Paragraph 46 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and on that basis denies them.

47. The allegations in Paragraph 47 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis denies them.

48. The allegations in Paragraph 48 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and on that basis denies them.

49. The allegations in Paragraph 49 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and on that basis denies them.

50. Moxy admits that it provides management and consulting services to certain content creators. Moxy denies the remaining allegations in Paragraph 50.

51. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and on that basis denies them.

52. The allegations in Paragraph 52 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and on that basis denies them.

53. Moxy admits it was registered on June 21, 2021, as a California corporation. Moxy denies the remaining allegations in Paragraph 53.

54. The allegations in Paragraph 54 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and on that basis denies them.

55. The allegations in Paragraph 55 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and on that basis denies them.

56. The allegations in Paragraph 56 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and on that basis denies them.

57. The allegations in Paragraph 57 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and on that basis denies them.

58. The allegations in Paragraph 58 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and on that basis denies them.

## IV. FACTS

59. The allegations in Paragraph 59 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and on that basis denies them.

60. The allegations in Paragraph 60 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and on that basis denies them.

61. The allegations in Paragraph 61 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and on that basis denies them.

62. The allegations in Paragraph 62 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and on that basis denies them.

63. The allegations in Paragraph 63 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and on that basis denies them.

64. The allegations in Paragraph 64 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

64 and on that basis denies them.

65. The allegations in Paragraph 65 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and on that basis denies them.

66. The allegations in Paragraph 66 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations and the content of the figure in Paragraph 66 and on that basis denies them.

67. The allegations in Paragraph 67 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and on that basis denies them.

68. The allegations in Paragraph 68 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and on that basis denies them.

69. The allegations in Paragraph 69 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and on that basis denies them.

70. The allegations in Paragraph 70 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization

inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and on that basis denies them.

71. The allegations in Paragraph 71 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and on that basis denies them.

72. The allegations in Paragraph 72 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and on that basis denies them.

73. The allegations in Paragraph 73 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and on that basis denies them.

74. The allegations in Paragraph 74 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and on that basis denies them.

///

75. The allegations in Paragraph 75 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and on that basis denies them.

76. The allegations in Paragraph 76 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and on that basis denies them.

77. The allegations in Paragraph 77 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and on that basis denies them.

78. The allegations in Paragraph 78 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and on that basis denies them.

79. The allegations in Paragraph 79 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and on that basis denies them.

80. The allegations in Paragraph 80 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and on that basis denies them.

81. The allegations in Paragraph 81 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and on that basis denies them.

82. The allegations in Paragraph 82 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and on that basis denies them.

83. The allegations in Paragraph 83 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and on that basis denies them.

84. The allegations in Paragraph 84 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and on that basis denies them.

85. The allegations in Paragraph 85 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and on that basis denies them.

86. The allegations in Paragraph 86 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and on that basis denies them.

87. The allegations in Paragraph 87 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and on that basis denies them.

88. The allegations in Paragraph 88 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and on that basis denies them.

89. The allegations in Paragraph 89 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and on that basis denies them.

90. The allegations in Paragraph 90 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and on that basis denies them.

91. The allegations in Paragraph 91 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 and on that basis denies them.

92. The allegations in Paragraph 92 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and on that basis denies them.

93. The allegations in Paragraph 93 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 and on that basis denies them.

94. The allegations in Paragraph 94 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and on that basis denies them.

95. The allegations in Paragraph 95 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and on that basis denies them.

96. The allegations in Paragraph 96 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and on that basis denies them.

///

97. The allegations in Paragraph 97 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and on that basis denies them.

98. The allegations in Paragraph 98 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and on that basis denies them.

99. The allegations in Paragraph 99 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and on that basis denies them.

100. The allegations in Paragraph 100 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and on that basis denies them.

101. The allegations in Paragraph 101 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and on that basis denies them.

102. The allegations in Paragraph 102 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and on that basis denies them.

103. The allegations in Paragraph 103 are not directed to Moxy, and no response is required. Moxy denies all allegations in the pleading referenced in the paragraph on the basis it is no longer valid and has been superseded by the Fourth Amended Complaint. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a further response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 and on that basis denies them.

104. The allegations in Paragraph 104 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and on that basis denies them.

105. The allegations in Paragraph 105 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and on that basis denies them.

106. The allegations in Paragraph 106 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and on that basis denies them.

107. Paragraph 107 does not contain an allegation, and no response is required. To the extent a response is required, Moxy denies all allegations in the

pleading referenced in the paragraph on the basis it is no longer valid and has been superseded by the Fourth Amended Complaint.

108. Paragraph 108 does not contain an allegation, and no response is required. To the extent a response is required, Moxy denies all allegations in the pleading referenced in the paragraph on the basis it is no longer valid and has been superseded by the Fourth Amended Complaint.

109. The allegations in Paragraph 109 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and on that basis denies them.

110. The allegations in Paragraph 110 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and on that basis denies them.

111. The allegations in Paragraph 111 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and on that basis denies them.

112. The allegations in Paragraph 112 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and on that basis denies them.

113. The allegations in Paragraph 113 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 and on that basis denies them.

114. The allegations in Paragraph 114 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 and on that basis denies them.

115. The allegations in Paragraph 115 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and on that basis denies them.

116. The allegations in Paragraph 116 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 and on that basis denies them.

117. The allegations in Paragraph 117 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 and on that basis denies them.

118. The allegations in Paragraph 118 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and on that basis denies them.

119. The allegations in Paragraph 119 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 and on that basis denies them.

120. The allegations in Paragraph 120 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 and on that basis denies them.

121. The allegations in Paragraph 121 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and on that basis denies them.

122. The allegations in Paragraph 122 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 and on that basis denies them.

123. The allegations in Paragraph 123 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and on that basis denies them.

124. The allegations in Paragraph 124 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 124 and on that basis denies them.

125. The allegations in Paragraph 125 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and on that basis denies them.

126. The allegations in Paragraph 126 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and on that basis denies them.

127. The allegations in Paragraph 127 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 and on that basis denies them.

128. The allegations in Paragraph 128 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and on that basis denies them.

129. The allegations in Paragraph 129 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and on that basis denies them.

130. The allegations in Paragraph 130 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and on that basis denies them.

131. The allegations in Paragraph 131 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and on that basis denies them.

132. The allegations in Paragraph 132 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and on that basis denies them.

133. The allegations in Paragraph 133 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and on that basis denies them.

134. The allegations in Paragraph 134 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and on that basis denies them.

135. The allegations in Paragraph 135 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and on that basis denies them.

136. The allegations in Paragraph 136 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and on that basis denies them.

137. The allegations in Paragraph 137 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and on that basis denies them.

138. The allegations in Paragraph 138 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and on that basis denies them.

139. The allegations in Paragraph 139 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 139 and on that basis denies them.

140. The allegations in Paragraph 140 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and on that basis denies them.

141. The allegations in Paragraph 141 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and on that basis denies them.

142. The allegations in Paragraph 142 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and on that basis denies them.

143. The allegations in Paragraph 143 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and on that basis denies them.

144. The allegations in Paragraph 144 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 and on that basis denies them.

145. The allegations in Paragraph 145 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and on that basis denies them.

146. The allegations in Paragraph 146 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and on that basis denies them.

147. The allegations in Paragraph 147 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 and on that basis denies them.

148. The allegations in Paragraph 148 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 and on that basis denies them.

149. The allegations in Paragraph 149 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and on that basis denies them.

150. The allegations in Paragraph 150 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 150 and on that basis denies them.

151. The allegations in Paragraph 151 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 and on that basis denies them.

152. The allegations in Paragraph 152 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and on that basis denies them.

153. The allegations in Paragraph 153 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and on that basis denies them.

154. The allegations in Paragraph 154 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and on that basis denies them.

155. The allegations in Paragraph 155 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and on that basis denies them.

156. The allegations in Paragraph 156 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 and on that basis denies them.

157. The allegations in Paragraph 157 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and on that basis denies them.

158. The allegations in Paragraph 158 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and on that basis denies them.

159. The allegations in Paragraph 159 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and on that basis denies them.

160. The allegations in Paragraph 160 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and on that basis denies them.

161. The allegations in Paragraph 161 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and on that basis denies them.

162. The allegations in Paragraph 162 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and on that basis denies them.

163. The allegations in Paragraph 163 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and on that basis denies them.

164. The allegations in Paragraph 164 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and on that basis denies them.

165. The allegations in Paragraph 165 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and on that basis denies them.

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and on that basis denies them.

166. The allegations in Paragraph 166 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and on that basis denies them.

167. The allegations in Paragraph 167 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and on that basis denies them.

168. The allegations in Paragraph 168 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 and on that basis denies them.

169. The allegations in Paragraph 169 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 and on that basis denies them.

170. The allegations in Paragraph 170 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 170 and on that basis denies them.

171. The allegations in Paragraph 171 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 and on that basis denies them.

172. The allegations in Paragraph 172 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 and on that basis denies them.

173. The allegations in Paragraph 173 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 and on that basis denies them.

174. The allegations in Paragraph 174 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174 and on that basis denies them.

175. The allegations in Paragraph 175 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 175 and on that basis denies them.

176. The allegations in Paragraph 176 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 and on that basis denies them.

177. The allegations in Paragraph 177 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 and on that basis denies them.

178. The allegations in Paragraph 178 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and on that basis denies them.

179. The allegations in Paragraph 179 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 and on that basis denies them.

180. The allegations in Paragraph 180 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and on that basis denies them.

181. The allegations in Paragraph 181 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and on that basis denies them.

182. The allegations in Paragraph 182 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and on that basis denies them.

183. The allegations in Paragraph 183 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and on that basis denies them.

184. The allegations in Paragraph 184 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and on that basis denies them.

185. The allegations in Paragraph 185 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185 and on that basis denies them.

186. The allegations in Paragraph 186 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and on that basis denies them.

187. The allegations in Paragraph 187 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 and on that basis denies them.

188. The allegations in Paragraph 188 are not directed to Moxy, and no response is required. The figure referenced in the paragraph speaks for itself, and Moxy denies any characterization or inference inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and on that basis denies them.

189. The allegations in Paragraph 189 are not directed to Moxy, and no response is required. The figures referenced in the paragraph speak for themselves, and Moxy denies any characterization or inference inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and on that basis denies them.

190. The allegations in Paragraph 190 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and on that basis denies them.

191. The allegations in Paragraph 191 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

191 and on that basis denies them.

192. To the extent Paragraph 192 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

193. The allegations in Paragraph 193 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and on that basis denies them.

194. The allegations in Paragraph 194 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and on that basis denies them.

195. The allegations in Paragraph 195 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and on that basis denies them.

196. The allegations in Paragraph 196 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and on that basis denies them.

197. The allegations in Paragraph 197 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

197 and on that basis denies them.

198. The allegations in Paragraph 198 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and on that basis denies them.

199. Paragraph 199 does not contain an allegation, and no response is required.

200. The allegations in Paragraph 200 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and on that basis denies them.

201. The allegations in Paragraph 201 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and on that basis denies them.

202. The allegations in Paragraph 202 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and on that basis denies them.

203. The allegations in Paragraph 203 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization

inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and on that basis denies them.

204. The allegations in Paragraph 204 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and on that basis denies them.

205. The allegations in Paragraph 205 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and on that basis denies them.

206. The allegations in Paragraph 206 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and on that basis denies them.

207. The allegations in Paragraph 207 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 and on that basis denies them.

208. The allegations in Paragraph 208 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization

inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and on that basis denies them.

209. The allegations in Paragraph 209 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and on that basis denies them.

210. The allegations in Paragraph 210 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and on that basis denies them.

211. The allegations in Paragraph 211 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 and on that basis denies them.

212. The allegations in Paragraph 212 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and on that basis denies them.

///

213. The allegations in Paragraph 213 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and on that basis denies them.

214. The allegations in Paragraph 214 are not directed to Moxy, and no response is required. The figure referenced in the paragraph speaks for itself, and Moxy denies any characterization or inference inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 and on that basis denies them.

215. The allegations in Paragraph 215 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 and on that basis denies them.

216. The allegations in Paragraph 216 are not directed to Moxy, and no response is required. The documents or public records referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 and on that basis denies them.

217. The allegations in Paragraph 217 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 and on that basis denies them.

///

218. The allegations in Paragraph 218 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and on that basis denies them.

219. The allegations in Paragraph 219 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219 and on that basis denies them.

220. The allegations in Paragraph 220 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 and on that basis denies them.

221. The allegations in Paragraph 221 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221 and on that basis denies them.

222. The allegations in Paragraph 222 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 222 and on that basis denies them.

223. The allegations in Paragraph 223 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 and on that basis denies them.

224. The allegations in Paragraph 224 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 and on that basis denies them.

225. The allegations in Paragraph 225 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 and on that basis denies them.

226. The allegations in Paragraph 226 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 and on that basis denies them.

227. The allegations in Paragraph 227 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 and on that basis denies them.

228. The allegations in Paragraph 228 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228 and on that basis denies them.

229. The allegations in Paragraph 229 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and on that basis denies them.

230. The allegations in Paragraph 230 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 and on that basis denies them.

231. The allegations in Paragraph 231 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and on that basis denies them.

232. The allegations in Paragraph 232 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 and on that basis denies them.

233. The allegations in Paragraph 233 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233 and on that basis denies them.

234. The allegations in Paragraph 234 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234 and on that basis denies them.

235. The allegations in Paragraph 235 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and on that basis denies them.

236. The allegations in Paragraph 236 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 236 and on that basis denies them.

237. The allegations in Paragraph 237 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and on that basis denies them.

238. The allegations in Paragraph 238 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and on that basis denies them.

239. The allegations in Paragraph 239 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and on that basis denies them.

240. The allegations in Paragraph 240 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240 and on that basis denies them.

241. The allegations in Paragraph 241 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 and on that basis denies them.

242. The allegations in Paragraph 242 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 and on that basis denies them.

243. The allegations in Paragraph 243 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 and on that basis denies them.

244. The allegations in Paragraph 244 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 and on that basis denies them.

245. The allegations in Paragraph 245 are not directed to Moxy, and no response is required. The figure referenced in the paragraph speaks for itself, and Moxy denies any characterization or inference inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 and on that basis denies them.

246. The allegations in Paragraph 246 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 and on that basis denies them.

///

247. The allegations in Paragraph 247 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 and on that basis denies them.

248. The allegations in Paragraph 248 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 and on that basis denies them.

249. To the extent Paragraph 249 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

250. To the extent Paragraph 250 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

251. To the extent Paragraph 251 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

252. To the extent Paragraph 252 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

253. To the extent Paragraph 253 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

254. The allegations in Paragraph 254 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 and on that basis denies them.

///

255. The allegations in Paragraph 255 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255 and on that basis denies them.

256. The allegations in Paragraph 256 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 and on that basis denies them.

257. The allegations in Paragraph 257 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257 and on that basis denies them.

258. To the extent Paragraph 258 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

259. The allegations in Paragraph 259 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259 and on that basis denies them.

260. To the extent Paragraph 260 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

261. The allegations in Paragraph 261 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 and on that basis denies them.

262. To the extent Paragraph 262 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

263. The allegations in Paragraph 263 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263 and on that basis denies them.

264. The allegations in Paragraph 264 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264 and on that basis denies them.

265. The allegations in Paragraph 265 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265 and on that basis denies them.

266. The allegations in Paragraph 266 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

266 and on that basis denies them.

267. To the extent Paragraph 267 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

268. The allegations in Paragraph 268 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268 and on that basis denies them.

269. The allegations in Paragraph 269 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269 and on that basis denies them.

270. To the extent Paragraph 270 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

271. To the extent Paragraph 271 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

272. The allegations in Paragraph 272 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272 and on that basis denies them.

273. The allegations in Paragraph 273 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273 and on that basis denies them.

274. The allegations in Paragraph 274 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274 and on that basis denies them.

275. The allegations in Paragraph 275 are not directed to Moxy, and no response is required. The document, public record, and figures referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275 and on that basis denies them.

276. The allegations in Paragraph 276 are not directed to Moxy, and no response is required. The document, public record, and figure referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276 and on that basis denies them.

277. The allegations in Paragraph 277 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277 and on that basis denies them.

278. The allegations in Paragraph 278 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278 and on that basis denies them.

279. The allegations in Paragraph 279 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 279 and on that basis denies them.

280. The allegations in Paragraph 280 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280 and on that basis denies them.

281. The allegations in Paragraph 281 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 281 and on that basis denies them.

282. The allegations in Paragraph 282 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 282 and on that basis denies them.

283. The allegations in Paragraph 283 are not directed to Moxy, and no response is required. The figure referenced in the paragraph speaks for itself, and Moxy denies any characterization or inference inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283 and on that basis denies them.

284. The allegations in Paragraph 284 are not directed to Moxy, and no response is required. The figure referenced in the paragraph speaks for itself, and Moxy denies any characterization or inference inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 284 and on that basis denies them.

285. The allegations in Paragraph 285 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 285.

286. The allegations in Paragraph 286 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 286 and on that basis denies them.

287. The allegations in Paragraph 287 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 287 and on that basis denies them.

288. The allegations in Paragraph 288 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 288 and on that basis denies them.

289. The allegations in Paragraph 289 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 289 and on that basis denies them.

290. The allegations in Paragraph 290 are not directed to Moxy, and no response is required. The figures referenced in the paragraph speak for themselves, and Moxy denies any characterization or inference inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 290 and on that basis denies

them.

291. The allegations in Paragraph 291 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 291 and on that basis denies them.

292. The allegations in Paragraph 292 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 292 and on that basis denies them.

293. The allegations in Paragraph 293 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 293 and on that basis denies them.

294. The allegations in Paragraph 294 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 294 and on that basis denies them.

295. The allegations in Paragraph 295 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 295 and on that basis denies them.

296. The allegations in Paragraph 296 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296 and on that basis denies them.

297. The allegations in Paragraph 297 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

297 and on that basis denies them.

298. The allegations in Paragraph 298 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 298 and on that basis denies them.

299. The allegations in Paragraph 299 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 299 and on that basis denies them.

300. The allegations in Paragraph 300 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 300 and on that basis denies them.

301. The allegations in Paragraph 301 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301 and on that basis denies them.

302. The allegations in Paragraph 302 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302 and on that basis denies them.

///

303. The allegations in Paragraph 303 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 303 and on that basis denies them.

304. The allegations in Paragraph 304 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304 and on that basis denies them.

305. The allegations in Paragraph 305 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305 and on that basis denies them.

306. The allegations in Paragraph 306 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 306 and on that basis denies them.

307. The allegations in Paragraph 307 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 307 and on that basis denies them.

308. The allegations in Paragraph 308 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 308 and on that basis denies them.

309. The allegations in Paragraph 309 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309 and on that basis denies them.

310. The allegations in Paragraph 310 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 310 and on that basis denies them.

311. The allegations in Paragraph 311 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 311 and on that basis denies them.

312. The allegations in Paragraph 312 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 312 and on that basis denies them.

313. The allegations in Paragraph 313 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 313 and on that basis denies them.

314. The allegations in Paragraph 314 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 314 and on that basis denies them.

315. The allegations in Paragraph 315 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315 and on that basis denies them.

316. To the extent Paragraph 316 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

317. To the extent Paragraph 317 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

318. The allegations in Paragraph 318 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 318 and on that basis denies them.

319. The allegations in Paragraph 319 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 319 and on that basis denies them.

320. The allegations in Paragraph 320 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 320 and on that basis denies them.

321. The allegations in Paragraph 321 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 321 and on that basis denies them.

322. To the extent Paragraph 322 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

323. The allegations in Paragraph 323 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 323 and on that basis denies them.

324. The allegations in Paragraph 324 are not directed to Moxy, and no response is required. The figures referenced in the paragraph speak for themselves, and Moxy denies any characterization or inference inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 324 and on that basis denies them.

325. The allegations in Paragraph 325 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 325 and on that basis denies them.

326. The allegations in Paragraph 326 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 326 and on that basis denies them.

///

327. The allegations in Paragraph 327 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 327 and on that basis denies them.

328. The allegations in Paragraph 328 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 328 and on that basis denies them.

329. The allegations in Paragraph 329 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 329 and on that basis denies them.

330. The allegations in Paragraph 330 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 330 and on that basis denies them.

331. The allegations in Paragraph 331 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 331 and on that basis denies them.

332. The allegations in Paragraph 332 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 332 and on that basis denies them.

333. The allegations in Paragraph 333 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 333 and on that basis denies them.

334. The allegations in Paragraph 334 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 334 and on that basis denies them.

335. The allegations in Paragraph 335 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 335 and on that basis denies them.

336. The allegations in Paragraph 336 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 336 and on that basis denies them.

337. The allegations in Paragraph 337 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 337 and on that basis denies them.

338. The allegations in Paragraph 338 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 338 and on that basis denies them.

339. The allegations in Paragraph 339 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 339 and on that basis denies them.

340. The allegations in Paragraph 340 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 340 and on that basis denies them.

341. The allegations in Paragraph 341 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 341 and on that basis denies them.

342. The allegations in Paragraph 342 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 342 and on that basis denies them.

343. The allegations in Paragraph 343 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 343 and on that basis denies them.

344. The allegations in Paragraph 344 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 344 and on that basis denies them.

345. The allegations in Paragraph 345 are not directed to Moxy, and no response is required. The documents or public records referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 345 and on that basis denies them.

346. The allegations in Paragraph 346 are not directed to Moxy, and no response is required. The documents or public records referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 346 and on that basis denies them.

347. The allegations in Paragraph 347 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 347 and on that basis denies them.

348. Moxy admits the allegations in Paragraph 348 that it is a California corporation formed in 2021. Moxy denies the remaining allegations in Paragraph 348.

349. Moxy denies the allegations in Paragraph 349.

350. Moxy denies the allegations in Paragraph 350.

351. Moxy denies the allegations in Paragraph 351.

352. Moxy denies the allegations in Paragraph 352.

353. Moxy denies the allegations in Paragraph 353.

354. Moxy denies the allegations in Paragraph 354.

355. Moxy lacks knowledge or information sufficient to form a belief as to

the allegations in Paragraph 355 and on that basis denies them.

356. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 356 and on that basis denies them.

357. Moxy denies the allegations in Paragraph 357.

358. Moxy denies the allegations in Paragraph 358.

359. Moxy denies the allegations in Paragraph 359.

360. Moxy denies the allegations in Paragraph 360.

361. Moxy denies the allegations in Paragraph 361.

362. Moxy denies the allegations in Paragraph 362.

363. Moxy denies the allegations in Paragraph 363.

364. The allegations in Paragraph 364 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 364 and on that basis denies them.

365. The allegations in Paragraph 365 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 365 and on that basis denies them.

366. The allegations in Paragraph 366 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366 and on that basis denies them.

367. The allegations in Paragraph 367 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized

characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 367 and on that basis denies them.

368. The allegations in Paragraph 368 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 368 and on that basis denies them.

369. The allegations in Paragraph 369 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 369 and on that basis denies them.

370. The allegations in Paragraph 370 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 370 and on that basis denies them.

371. The allegations in Paragraph 371 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 371 and on that basis denies them.

372. The allegations in Paragraph 372 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 372 and on that basis denies them.

373. The allegations in Paragraph 373 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 373 and on that basis denies them.

374. The allegations in Paragraph 374 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 374 and on that basis denies them.

375. The allegations in Paragraph 375 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 375 and on that basis denies them.

376. The allegations in Paragraph 376 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 376 and on that basis denies them.

377. The allegations in Paragraph 377 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 377 and on that basis denies them.

378. The allegations in Paragraph 378 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 378 and on that basis denies them.

379. The allegations in Paragraph 379 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 379 and on that basis denies them.

380. The allegations in Paragraph 380 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 380 and on that basis denies them.

381. The allegations in Paragraph 381 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381 and on that basis denies them.

382. The allegations in Paragraph 382 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 382 and on that basis denies them.

383. The allegations in Paragraph 383 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 383 and on that basis denies them.

384. The allegations in Paragraph 384 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 384 and on that basis denies them.

385. The allegations in Paragraph 385 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 385 and on that basis denies them.

386. The allegations in Paragraph 386 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 386 and on that basis denies them.

387. The allegations in Paragraph 387 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 387 and on that basis denies them.

388. The allegations in Paragraph 388 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 388 and on that basis denies them.

389. The allegations in Paragraph 389 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 389 and on that basis denies them.

390. The allegations in Paragraph 390 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 390 and on that basis denies them.

391. The allegations in Paragraph 391 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 391 and on that basis denies them.

392. The allegations in Paragraph 392 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 392 and on that basis denies them.

393. The allegations in Paragraph 393 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 393 and on that basis denies them.

394. The allegations in Paragraph 394 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 394 and on that basis denies them.

395. The allegations in Paragraph 395 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 395 and on that basis denies them.

396. The allegations in Paragraph 396 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 396 and on that basis denies them.

397. The allegations in Paragraph 397 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 397 and on that basis denies them.

398. The allegations in Paragraph 398 are not directed to Moxy, and no response is required. The documents or public records referenced, quoted, or characterized in the paragraph speak for themselves, and Moxy denies any characterization inconsistent with them. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 398 and on that basis denies them.

399. The allegations in Paragraph 399 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 399 and on that basis denies them.

400. The allegations in Paragraph 400 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 400 and on that basis denies them.

401. The allegations in Paragraph 401 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 401 and on that basis denies them.

402. The allegations in Paragraph 402 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 402 and on that basis denies them.

403. The allegations in Paragraph 403 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 403 and on that basis denies them.

404. The allegations in Paragraph 404 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 404 and on that basis denies them.

405. The allegations in Paragraph 405 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 405 and on that basis denies them.

406. The allegations in Paragraph 406 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 406 and on that basis denies them.

407. The allegations in Paragraph 407 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 407 and on that basis denies them.

408. The allegations in Paragraph 408 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 408 and on that basis denies them.

409. The allegations in Paragraph 409 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 409 and on that basis denies them.

410. The allegations in Paragraph 410 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 410 and on that basis denies them.

411. The allegations in Paragraph 411 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 411 and on that basis denies them.

412. The allegations in Paragraph 412 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 412 and on that basis denies them.

413. The allegations in Paragraph 413 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 413 and on that basis denies them.

414. The allegations in Paragraph 414 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 414 and on that basis denies them.

415. The allegations in Paragraph 415 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 415 and on that basis denies them.

416. The allegations in Paragraph 416 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 416 and on that basis denies them.

417. The allegations in Paragraph 417 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 417 and on that basis denies them.

418. The allegations in Paragraph 418 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 418 and on that basis denies them.

419. The allegations in Paragraph 419 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 419 and on that basis denies them.

420. The allegations in Paragraph 420 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 420 and on that basis denies them.

421. The allegations in Paragraph 421 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 421 and on that basis denies them.

422. The allegations in Paragraph 422 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 422 and on that basis denies them.

423. The allegations in Paragraph 423 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 423 and on that basis denies them.

424. The allegations in Paragraph 424 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 424 and on that basis denies them.

425. The allegations in Paragraph 425 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 425 and on that basis denies them.

426. The allegations in Paragraph 426 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 426 and on that basis denies them.

427. The allegations in Paragraph 427 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 427 and on that basis denies them.

428. The allegations in Paragraph 428 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 428 and on that basis denies them.

429. The allegations in Paragraph 429 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 429 and on that basis denies them.

430. The allegations in Paragraph 430 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 430 and on that basis denies them.

431. The allegations in Paragraph 431 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 431 and on that basis denies them.

432. The allegations in Paragraph 432 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 432 and on that basis denies them.

433. The allegations in Paragraph 433 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 433 and on that basis denies them.

434. The allegations in Paragraph 434 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 434 and on that basis denies them.

435. The allegations in Paragraph 435 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 435 and on that basis denies them.

436. The allegations in Paragraph 436 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 436 and on that basis denies them.

437. The allegations in Paragraph 437 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 437 and on that basis denies them.

438. To the extent Paragraph 438 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

///

439. To the extent Paragraph 439 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

440. The allegations in Paragraph 440 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 440 and on that basis denies them.

441. The allegations in Paragraph 441 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 441 and on that basis denies them.

442. The allegations in Paragraph 442 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 442 and on that basis denies them.

443. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 443 and on that basis denies them.

444. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 444 and on that basis denies them.

445. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 445 and on that basis denies them.

446. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 446 and on that basis denies them.

447. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 447 and on that basis denies them.

448. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 448 and on that basis denies them.

///

449. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 449 and on that basis denies them.

450. To the extent Paragraph 450 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

451. The allegations in Paragraph 451 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 451 and on that basis denies them.

452. To the extent Paragraph 452 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

453. To the extent Paragraph 453 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

454. To the extent Paragraph 454 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

455. The allegations in Paragraph 455 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 455 and on that basis denies them.

456. To the extent Paragraph 456 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

457. The allegations in Paragraph 457 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

457 and on that basis denies them.

458. To the extent Paragraph 458 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

459. To the extent Paragraph 459 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

460. The allegations in Paragraph 460 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 460 and on that basis denies them.

461. The allegations in Paragraph 461 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 461 and on that basis denies them.

462. The allegations in Paragraph 462 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 462 and on that basis denies them.

463. The allegations in Paragraph 463 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 463 and on that basis denies them.

464. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 464 and on that basis denies them.

465. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 465 and on that basis denies them.

466. Moxy lacks knowledge or information sufficient to form a belief as to

the truth of the allegations in Paragraph 466 and on that basis denies them.

467. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 467 and on that basis denies them.

468. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 468 and on that basis denies them.

469. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 469 and on that basis denies them.

470. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 470 and on that basis denies them.

471. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 471 and on that basis denies them.

472. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 472 and on that basis denies them.

473. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 473 and on that basis denies them.

474. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 474 and on that basis denies them.

475. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 475 and on that basis denies them.

476. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 476 and on that basis denies them.

477. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 477 and on that basis denies them.

478. To the extent Paragraph 478 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

479. The allegations in Paragraph 479 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 479 and on that basis denies them.

480. To the extent Paragraph 480 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

481. To the extent Paragraph 481 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

482. To the extent Paragraph 482 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

483. To the extent Paragraph 483 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

484. The allegations in Paragraph 484 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 484 and on that basis denies them.

485. The allegations in Paragraph 485 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 485 and on that basis denies them.

486. To the extent Paragraph 486 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

487. The allegations in Paragraph 487 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

487 and on that basis denies them.

488. To the extent Paragraph 488 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

489. To the extent Paragraph 489 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

490. The allegations in Paragraph 490 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 490 and on that basis denies them.

491. The allegations in Paragraph 491 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 491 and on that basis denies them.

492. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 492 and on that basis denies them.

493. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 493 and on that basis denies them.

494. The allegations in Paragraph 494 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 494 and on that basis denies them.

495. The allegations in Paragraph 495 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 495 and on that basis denies them.

///

496. The allegations in Paragraph 496 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 496 and on that basis denies them.

497. To the extent Paragraph 497 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

498. The allegations in Paragraph 498 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 498 and on that basis denies them.

499. To the extent Paragraph 499 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

500. To the extent Paragraph 500 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

501. To the extent Paragraph 501 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

502. To the extent Paragraph 502 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

503. The allegations in Paragraph 503 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 503 and on that basis denies them.

///

504. To the extent Paragraph 504 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

505. To the extent Paragraph 505 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

506. The allegations in Paragraph 506 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 506 and on that basis denies them.

507. The allegations in Paragraph 507 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 507 and on that basis denies them.

508. The allegations in Paragraph 508 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 508 and on that basis denies them.

509. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 509 and on that basis denies them.

510. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 510 and on that basis denies them.

511. The allegations in Paragraph 511 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 511 and on that basis denies them.

512. To the extent Paragraph 512 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief

as to the truth of the remaining allegations and on that basis denies them.

513. The allegations in Paragraph 513 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 513 and on that basis denies them.

514. The allegations in Paragraph 514 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 514 and on that basis denies them.

515. The allegations in Paragraph 515 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 515 and on that basis denies them.

516. To the extent Paragraph 516 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

517. To the extent Paragraph 517 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

518. To the extent Paragraph 518 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

519. The allegations in Paragraph 519 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 519 and on that basis denies them.

520. The allegations in Paragraph 520 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 520 and on that basis denies them.

521. The allegations in Paragraph 521 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 521 and on that basis denies them.

522. To the extent Paragraph 522 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

523. The allegations in Paragraph 523 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 523 and on that basis denies them.

524. The allegations in Paragraph 524 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 524 and on that basis denies them.

525. To the extent Paragraph 525 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

526. The allegations in Paragraph 526 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 526 and on that basis denies them.

527. The allegations in Paragraph 527 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 527 and on that basis denies them.

528. The allegations in Paragraph 528 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 528 and on that basis denies them.

529. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 529 and on that basis denies them.

530. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 530 and on that basis denies them.

531. To the extent Paragraph 531 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

532. The allegations in Paragraph 532 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 532 and on that basis denies them.

533. To the extent Paragraph 533 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

534. To the extent Paragraph 534 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

535. To the extent Paragraph 535 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

536. The allegations in Paragraph 536 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 536 and on that basis denies them.

537. The allegations in Paragraph 537 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 537 and on that basis denies them.

538. The allegations in Paragraph 538 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 538 and on that basis denies them.

539. To the extent Paragraph 539 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

540. The allegations in Paragraph 540 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 540 and on that basis denies them.

## V. CLASS ACTION ALLEGATIONS

541. The allegations in Paragraph 541 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 541.

542. The allegations in Paragraph 542 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 542.

543. The allegations in Paragraph 543 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 543.

544. The allegations in Paragraph 544 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 544.

545. The allegations in Paragraph 545 are not directed to Moxy, and no response is required. To the extent the allegations state legal conclusions, no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 545.

546. The allegations in Paragraph 546 are not directed to Moxy, and no response is required. To the extent the allegations state legal conclusions, no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 546.

547. The allegations in Paragraph 547 are not directed to Moxy, and no response is required. To the extent the allegations state legal conclusions, no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 547.

548. The allegations in Paragraph 548 are legal conclusions to which no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 548 and on that basis denies them.

549. The allegations in Paragraph 549 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 549.

550. The allegations in Paragraph 550 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 550.

551. The allegations in Paragraph 551 are not directed to Moxy, and no response is required. To the extent the allegations state legal conclusions, no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 551 and on that basis denies them.

///

552. The allegations in Paragraph 552 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 552.

553. The allegations in Paragraph 553 are legal conclusions to which no response is required. To the extent a response is required and Paragraph 553 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

554. The allegations in Paragraph 554 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 554.

555. The allegations in Paragraph 555 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 555.

556. The allegations in Paragraph 556 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 556.

557. The allegations in Paragraph 557 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 557.

558. The allegations in Paragraph 558 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 558.

559. The allegations in Paragraph 559 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 559.

560. The allegations in Paragraph 560 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations

in Paragraph 560.

561. The allegations in Paragraph 561 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 561.

562. The allegations in Paragraph 562 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 562.

## VI. TOLLING OF STATUTE OF LIMITATIONS

563. The allegations in Paragraph 563 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 563.

564. To the extent Paragraph 564 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

565. The allegations in Paragraph 565 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 565.

566. The allegations in Paragraph 566 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 566.

567. To the extent Paragraph 567 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

568. The allegations in Paragraph 568 are legal conclusions to which no response is required. To the extent the paragraph alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

///

569. The allegations in Paragraph 569 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 569.

570. The allegations in Paragraph 570 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 570.

## VII. CAUSES OF ACTION

571. Paragraph 571 does not contain an allegation, and no response is required. To the extent Paragraph 571 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

572. The allegations in Paragraph 572 are not directed to Moxy, and no response is required. To the extent the allegations state legal conclusions, no response is required.

### COUNT I. VIOLATION OF THE FEDERAL VIDEO PRIVACY PROTECTION ACT

### (18 U.S.C. § 2710)

### (Against Agency Defendants)

573. The allegations in Paragraph 573 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 573.

574. The allegations in Paragraph 574 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy denies the allegations in Paragraph 574.

575. The allegations in Paragraph 575 are legal conclusions to which no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization

inconsistent with it. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 575 and on that basis denies them.

576. The allegations in Paragraph 576 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 576 and on that basis denies them.

577. The allegations in Paragraph 577 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 577 and on that basis denies them.

578. The allegations in Paragraph 578 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 578 and on that basis denies them.

579. The allegations in Paragraph 579 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 579 and on that basis denies them.

580. The allegations in Paragraph 580 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 580.

581. To the extent Paragraph 581 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

582. To the extent Paragraph 582 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

583. The allegations in Paragraph 583 are not directed to Moxy, and no response is required. To the extent a response is required, Moxy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 583 and on that basis denies them.

584. The allegations in Paragraph 584 are not directed to Moxy, and no response is required. The document or public record referenced, quoted, or characterized in the paragraph speaks for itself, and Moxy denies any characterization inconsistent with it. To the extent a response is required, Moxy denies the allegations in Paragraph 584.

585. To the extent Paragraph 585 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

586. To the extent Paragraph 586 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

587. To the extent Paragraph 587 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

588. To the extent Paragraph 588 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

589. To the extent Paragraph 589 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

590. To the extent Paragraph 590 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

///

591. To the extent Paragraph 591 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

592. The allegations in Paragraph 592 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 592.

593. The allegations in Paragraph 593 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 593.

594. The allegations in Paragraph 594 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 594.

**COUNT II. BREACH OF CONTRACT—FAILURE TO PROVIDE PLATFORM WITH REASONABLE CARE AND SKILL**

**(Against FIL)**

595. Paragraph 595 does not contain an allegation, and no response is required. To the extent Paragraph 595 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

596. The allegations in Paragraph 596 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

597. The allegations in Paragraph 597 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

598. The allegations in Paragraph 598 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

///

599. The allegations in Paragraph 599 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

600. The allegations in Paragraph 600 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

601. The allegations in Paragraph 601 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

602. The allegations in Paragraph 602 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

603. The allegations in Paragraph 603 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

604. The allegations in Paragraph 604 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

605. The allegations in Paragraph 605 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

606. The allegations in Paragraph 606 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

607. The allegations in Paragraph 607 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

///

608. The allegations in Paragraph 608 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

609. The allegations in Paragraph 609 concern a cause of action that is not asserted against Moxy and so Moxy is not required to, and does not, respond to those allegations.

**COUNT III. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

**(Against FIL)**

610. Paragraph 610 does not contain an allegation, and no response is required. To the extent Paragraph 610 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

611. The allegations in Paragraph 611 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

612. The allegations in Paragraph 612 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

613. The allegations in Paragraph 613 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

614. The allegations in Paragraph 614 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

615. The allegations in Paragraph 615 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

///

616. The allegations in Paragraph 616 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

617. The allegations in Paragraph 617 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

618. The allegations in Paragraph 618 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

619. The allegations in Paragraph 619 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

620. The allegations in Paragraph 620 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

621. The allegations in Paragraph 621 exclusively concern a cause of action that is not asserted against Moxy and that the Court dismissed on October 20, 2026. Accordingly, Moxy is not required to, and does not, respond to those allegations.

**COUNT IV. VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW (CAL. BUS. & PROF. CODE § 17200, ET SEQ.) (Against Agency Defendants on behalf of California Subclass)**

622. Paragraph 622 does not contain an allegation, and no response is required. To the extent Paragraph 622 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

623. The allegations in Paragraph 623 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 623.

624. The allegations in Paragraph 624 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 624.

625. The allegations in Paragraph 625 are legal conclusions to which no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 625.

626. To the extent the allegations in Paragraph 626 are legal conclusions, no response is required. To the extent Paragraph 626 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

627. To the extent the allegations in Paragraph 627 are legal conclusions, no response is required. To the extent Paragraph 627 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

628. To the extent the allegations in Paragraph 628 are legal conclusions, no response is required. To the extent Paragraph 628 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

629. To the extent the allegations in Paragraph 629 are legal conclusions, no response is required. To the extent Paragraph 629 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them. To the extent Paragraph 629 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

630. To the extent the allegations in Paragraph 630 are legal conclusions, no response is required. To the extent Paragraph 630 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them. To

the extent Paragraph 630 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

631. To the extent the allegations in Paragraph 631 are legal conclusions, no response is required. To the extent Paragraph 631 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them. To the extent Paragraph 631 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

632. To the extent the allegations in Paragraph 632 are legal conclusions, no response is required. To the extent Paragraph 632 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them. To the extent Paragraph 632 incorporates by reference any other paragraph, Moxy incorporates by reference its corresponding response to that paragraph.

633. The allegations in Paragraph 633 are not directed to Moxy, and no response is required. To the extent the allegations in Paragraph 633 are legal conclusions, no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 633.

634. To the extent the allegations in Paragraph 634 are legal conclusions, no response is required. To the extent Paragraph 634 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

635. To the extent the allegations in Paragraph 635 are legal conclusions, no response is required. To the extent Paragraph 635 alleges conduct by Moxy, Moxy denies those allegations. Moxy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies them.

///

///

636. Paragraph 636 does not contain an allegation, and no response is required. To the extent a response is required, Moxy denies the allegations in Paragraph 636.

**RESPONSE TO PRAYER FOR RELIEF**

Moxy denies that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief or to any other relief from Moxy.

**AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses to the 4AC as a whole, and to each claim for relief set forth therein, and without shifting the burden of proof as to any of them, Moxy alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The 4AC, and each purported claim for relief asserted against Moxy, fails to state facts sufficient to constitute a claim upon which relief may be granted with respect to each Plaintiff individually or Plaintiffs as a whole.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations and statutes of repose, including 18 U.S.C. § 2710(c)(3) and California Business and Professions Code § 17208. Moxy further denies that Plaintiffs are entitled to toll, suspend, or otherwise extend any applicable limitations period.

**THIRD AFFIRMATIVE DEFENSE**

**(Moxy Is Not a Video Tape Service Provider)**

Plaintiffs' VPPA claim is barred because Moxy was not a "video tape service provider" with respect to the transactions or alleged disclosures at issue within the meaning of 18 U.S.C. § 2710(a)(4).

///

///

**FOURTH AFFIRMATIVE DEFENSE**

**(Plaintiffs Were Not Consumers of Moxy)**

Plaintiffs' VPPA claim is barred because Plaintiffs were not "consumers" of Moxy within the meaning of 18 U.S.C. § 2710(a)(1), including because Plaintiffs did not rent, purchase, or subscribe to goods or services from Moxy.

**FIFTH AFFIRMATIVE DEFENSE**

**(No Personally Identifiable Information)**

Plaintiffs' VPPA claim is barred because no information allegedly disclosed by Moxy constitutes "personally identifiable information" within the meaning of 18 U.S.C. § 2710(a)(3).

**SIXTH AFFIRMATIVE DEFENSE**

**(No Knowing Disclosure)**

Plaintiffs' VPPA claim is barred because Moxy did not knowingly disclose personally identifiable information concerning any Plaintiff within the meaning of 18 U.S.C. § 2710(b)(1).

**SEVENTH AFFIRMATIVE DEFENSE**

**(Consent, Authorization, and Lawful or Permitted Disclosure)**

Plaintiffs' claims are barred, in whole or in part, because any access to, use of, transmission of, or disclosure of information attributable to Moxy was consented to, authorized, contractually permitted, or otherwise lawful, including pursuant to 18 U.S.C. § 2710(b)(2).

**EIGHTH AFFIRMATIVE DEFENSE**

**(Lack of Causation)**

Plaintiffs' claims are barred, in whole or in part, because no act or omission by Moxy caused the alleged injury, loss, expenditure, or disclosure. Any alleged injury resulted from independent acts or omissions of Plaintiffs, FIL, other Agency Defendants, Chatters, contractors, or other third parties over whom Moxy had no control.

**NINTH AFFIRMATIVE DEFENSE**

**(No Cognizable Injury or Recoverable Damages)**

Plaintiffs have not suffered any legally cognizable injury, loss, or damage attributable to Moxy and are not entitled to recover from Moxy damages, statutory or otherwise.

**TENTH AFFIRMATIVE DEFENSE**

**(Intervening or Superseding Acts and Third-Party Conduct)**

Plaintiffs' alleged injuries, if any, were caused in whole or in part by the independent, intervening, or superseding acts or omissions of persons or entities other than Moxy, including Plaintiffs themselves, Creators, FIL, other Agency Defendants, contractors, and other third parties, for which Moxy is not legally responsible.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Lack of UCL Standing)**

Plaintiffs lack standing to obtain relief against Moxy under the UCL because they did not lose money or property as a result of any alleged unlawful, unfair, or fraudulent business act or practice by Moxy.

**TWELFTH AFFIRMATIVE DEFENSE**

**(No Unlawful, Unfair, or Fraudulent Business Practice)**

The UCL claim is barred because Moxy did not engage in any unlawful, unfair, or fraudulent business act or practice with respect to Plaintiffs.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(No Predicate Statutory Violation)**

To the extent Plaintiffs' UCL claim is derivative of or predicated upon an alleged violation of the VPPA or any other statute or legal duty, the claim fails because Moxy committed no predicate violation.

///

///

///

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Restitutionary Interest)**

Plaintiffs are not entitled to restitution from Moxy because Moxy did not obtain money or property from Plaintiffs in which Plaintiffs have a vested ownership interest, and Plaintiffs cannot identify or trace any such money or property to Moxy.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(No Entitlement to Injunctive or Prospective Relief)**

Plaintiffs are not entitled to injunctive or other prospective equitable relief against Moxy because, among other reasons, they cannot establish a real and immediate threat of future injury attributable to Moxy, that the requested relief would redress any cognizable injury, or that legal remedies are inadequate.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Waiver and Estoppel)**

Plaintiffs' claims and requested relief are barred or limited, in whole or in part, by waiver and estoppel to the extent Plaintiffs knowingly relinquished applicable rights or their representations, conduct, consent, authorization, or course of dealing induced or permitted conduct on which they now base their claims.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Laches)**

Plaintiffs' claims for equitable relief are barred or limited by laches to the extent Plaintiffs unreasonably delayed in asserting their rights and that delay prejudiced Moxy.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Satisfy Rule 23 and Individualized Issues)**

This action may not be maintained against Moxy on a class basis because Plaintiffs cannot satisfy Federal Rule of Civil Procedure 23(a), Rule 23(b)(2), or Rule 23(b)(3), as applicable, including commonality, typicality, adequacy, predominance, superiority, and the requirements for class-wide injunctive relief. Individualized

issues include, among other things, each Plaintiff's subscriptions and purchases; the identity of each Creator and agency; the content and timing of communications; the existence, nature, and source of any alleged disclosure; consent or authorization; reliance; causation; injury; and damages.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(VPPA Ordinary Course of Business)**

Plaintiffs' VPPA claim is barred because any disclosure of personally identifiable information by Moxy was within its ordinary course of business within the meaning of 18 U.S.C. §§ 2710(a)(2) and 2710(b)(2)(E).

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Forum-Selection Clause /Forum Non Conveniens)**

Plaintiffs B.L., S.M., and A.L., and any putative class member who resides outside California, are barred from bringing claims against Moxy in this forum by the forum-selection clauses in the OnlyFans Terms of Service and in the Standard Contract between Fan and Creator.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Adequate Remedy at Law)**

Plaintiffs are not entitled to any equitable relief under the UCL or in general equity because they have an adequate remedy at law, including the statutory damages they seek under the VPPA based on the same alleged conduct.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Due Process/Excessive Fines/Unconstitutional Request for Damages)**

Plaintiffs' and putative class members' claims and requests for damages are barred in whole or in part by the United States Constitution. Upon information and belief, Plaintiffs and putative class members have not suffered any actual damages as a result of the conduct alleged in the 4AC. The 4AC, however, requests statutory and punitive damages. The statutory damages amounts alone are unreasonable, grossly excessive, and disproportionate to any injury suffered by Plaintiffs or by putative class

members. Imposition of any damages, including punitive or exemplary, would violate Moxy's due process rights under the United States and/or California Constitutions, including: (i) the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution; and (ii) Article I, section 7 of the California Constitution. Imposition of any damages would also violate Moxy's rights under section 3294 of the California Civil Code and common law. Further, the imposition of any damages would also constitute an excessive fine or penalty under (i) the Eighth Amendment to the United States Constitution; and (ii) Article I, section 17 of the California Constitution.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Additional Defenses By Co-Defendants)**

In the event that Moxy's co-defendants assert further or alternative defenses to Plaintiffs' claims, Moxy incorporates by reference those defenses into its Answer as if it had plead those defenses itself.

**PRAYER FOR RELIEF**

WHEREFORE, Moxy prays for the following relief:

a. That Plaintiffs take nothing by way of their 4AC;

b. That Moxy be dismissed from this action with prejudice and that judgment thereon be entered in favor of Moxy on all of Plaintiffs' claims; and

c. For such other and further relief as the Court may deem just and proper.

**RESERVATION OF RIGHTS TO AMEND ANSWER AND DEFENSES**

Moxy presently has insufficient knowledge or information upon which to form a belief as to whether there may be other as yet unstated defenses available to it, including because it is unaware of Plaintiffs' true names and identities. Moxy therefore expressly reserves the right to: (a) amend or supplement its Answer, defenses, and all other pleadings; and (b) assert any and all additional defenses under

any applicable law in the event that discovery indicates such defenses would be appropriate.

DATED: November 20, 2026

Oliver Rocos
Bill L. Clawges
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: ______________________
Oliver Rocos
Attorneys for Defendant Moxy Management

**<u>DEMAND FOR TRIAL BY JURY</u>**

Defendant Moxy hereby demands a trial by jury.

DATED: November 20, 2026

Oliver Rocos
Bill L. Clawges
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: ______________________
Oliver Rocos
Attorneys for Defendant Moxy Management